UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
ROBERT T. PERRY,                )
                                )
    PLAINTIFF,                  )
                                )   Case No.: **1:06CV01371**
                                )   Judge: **Richard J. Leon**
        vs.                     )
                                )
Vincent Snowbarger,             )
Executive Director              )
Pension Benefit Guaranty Corporation )
                                )
    DEFENDANT.                  )
_____)

**Plaintiff's Response to Minute Order to Show Cause**

Plaintiff hereby responds to the Court's Minute Order dated November 20, 2006 and states as follows:

1) Plaintiff sincerely apologizes for not implementing the Case Management Order in a timely fashion.

2) Plaintiff received the Case Management Order on or about September 28, 2006.

3) After a brief review of the Order, counsel believed that the order should be sent immediately after the Summons and Complaint had been served in accordance with FRCP Rule 4(m).

4) When Plaintiff received the Case Management Order, the Complaint had not yet been served.

5) On 11/16/06 the Plaintiff served the Summons and Complaint on all parties to the action. See Exhibit A.

6) Shortly after serving the complaint the Plaintiff faxed the Case Management order to all parties. See Exhibit B.

7) There is no prejudice or harm to the Defendant as the order effectively begins 30 days after all Defendants answers the complaint and to date, no answer or motion has been filed by the Defendant.

8) Plaintiff has served all Defendants with the Complaint and Summons well in advance of the 120 days provided by the FRCP.

Therefore, Plaintiff respectfully requests that this action should not be dismissed for lack of prosecution under Local Rule 83.23.

Respectfully Submitted

_____/s/_____
Michael J. Snider, Esq.
Ari Taragin, Esquire
Jeffery Taylor, Esquire
Andreas N. Akaras, Of Counsel
#46148
Snider & Associates, LLC
104 Church Lane, Suite 201
Baltimore, MD 21208
410-653-9060 phone
410-653-9061 fax
mike@sniderlaw.com email