**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ 0.87 |
| Certified Fee | 2.40 |
| Return Receipt Fee (Endorsement Required) | 1.85 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 5.12 |

Complaint
+ Summons
Postmark Here

Robert perry

Sent To: United States Attorney's office
Street, Apt. No.; or PO Box No. 555 4th street, NW
City, State, ZIP+4 Washington DC 20530

PS Form 3800, June 2002          See Reverse for Instructions

7005 1820 0005 9120 8738

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ 1.11 |
| Certified Fee | 2.40 |
| Return Receipt Fee (Endorsement Required) | 1.85 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 5.36 |

# Complaint
+ Summons
Postmark Here

Robert perry

Corporation Guaranty

Sent To: Bradley D. Belt pension Benefit
Street, Apt. No.; or PO Box No. 1200 K street, NW
City, State, ZIP+4 Washington DC 20005-4026

PS Form 3800, June 2002          See Reverse for Instructions

7005 1820 0005 9120 8745

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ 1.11 |
| Certified Fee | 2.40 |
| Return Receipt Fee (Endorsement Required) | 1.85 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 5.36 |

complaint
+ Summons
Postmark Here

Robert perry

Sent To: Attorney General of the United States
Street, Apt. No.; or PO Box No. 905 pennsylvania Avenue, NW
City, State, ZIP+4 Washington DC 20530

PS Form 3800, June 2002          See Reverse for Instructions

7005 1820 0005 9120 8752

 **UNITED STATES**
**POSTAL SERVICE**

Home | Help

Track & Confirm

# Track & Confirm

### Search Results

Label/Receipt Number: **7005 1820 0005 9120 8752**
Status: **Delivered**

Your item was delivered at 4:53 AM on November 20, 2006 in
WASHINGTON, DC 20530.

*Additional Details >*      *Return to USPS.com Home >*

Track & Confirm

Enter Label/Receipt Number.

Notification Options

**Track & Confirm by email**

Get current event information or updates for your item sent to you or others by email.    *Go >*

 POSTAL INSPECTORS      site map    contact us    government services    jobs    **National & Premier Accounts**
Preserving the Trust      Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use  Privacy Policy


**UNITED STATES POSTAL SERVICE**

Track & Confirm

# Track & Confirm

## Search Results

Label/Receipt Number: **7005 1820 0005 9120 8738**
Status: **Delivered**

Your item was delivered at 4:53 AM on November 20, 2006 in WASHINGTON, DC 20530.

Track & Confirm

Enter Label/Receipt Number.

*Additional Details >*    *Return to USPS.com Home >*

Notification Options

**Track & Confirm by email**

Get current event information or updates for your item sent to you or others by email.    *Go >*

POSTAL INSPECTORS    site map    contact us    government services    jobs    National & Premier Accounts
Preserving the Trust    Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use  Privacy Policy

 **UNITED STATES POSTAL SERVICE**

Home | Help

Track & Confirm

# Track & Confirm

## Search Results

Label/Receipt Number: **7005 1820 0005 9120 8745**
Status: **Delivered**

Your item was delivered at 9:01 AM on November 20, 2006 in
WASHINGTON, DC 20005.

Additional Details >   Return to USPS.com Home >

Track & Confirm

Enter Label/Receipt Number.

Notification Options

**Track & Confirm by email**

Get current event information or updates for your item sent to you or others by email.   Go >

 POSTAL INSPECTORS   site map   contact us   government services   jobs   National & Premier Accounts
Preserving the Trust   Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use   Privacy Policy