```
Transaction Report
Send
Transaction(s) completed
No. TX Date/Time    Destination                    Duration P.#    Result    Mode
351 NOV-21  15:36  12023073569                     0°01'33" 006    OK        N    ECM
```

# LAW OFFICES OF
# SNIDER & ASSOCIATES, LLC

Michael J. Snider, Esq.
Ari Taragin, Esq.
Jeff Taylor, Esq.
Jason Weisbrot, Esq.
Jacob Schnur, Esq.

104 Church Lane, Suite 100
Baltimore, Maryland 21208
www.sniderlaw.com

410-653-9060 phone
410-653-9061 fax
info@sniderlaw.com

| To: United States Attorney's Office | From: Mirit Shamir |
|---|---|
| Attention Of: | Date: 11/21/06 |
| Fax Number: 202-307-3569 | Total Pages (including Cover): 6 |
| Regarding: Civil Case No. 06cv1371 | |

1 Urgent

1 Reply ASAP

1 Please Comment

1 Please Review

1 For Your Information

Comments:

```
NOV-22-2006(WED) 13:23  Snider and Associates            (FAX)410 6539061        P.001
```

| Transaction Report |
|---|
| Send |
| Transaction(s) completed |

| No. | TX Date/Time | Destination | Duration | P.# | Result | Mode |
|---|---|---|---|---|---|---|
| 377 | NOV-22 13:20 | 202 514 6741 | 0°00'45" | 006 | OK | N  ECM |

# LAW OFFICES OF
# SNIDER & ASSOCIATES, LLC

Michael J. Snider, Esq.
Ari Taragin, Esq.
Jeff Taylor, Esq.
Jason Weisbrot, Esq.
Jacob Schnur, Esq.

104 Church Lane, Suite 100
Baltimore, Maryland 21208
www.sniderlaw.com

410-653-9060 phone
410-653-9061 fax
info@sniderlaw.com

| To: Pension Benefit Guaranty Corporation | From: Mirit Shamir |
|---|---|
| Attention Of: | Date: 11/22/06 |
| Fax Number: 202-326-1422 | Total Pages (including Cover): 6 |
| Regarding: Civil Case No. 06cv1371 | |

1 Urgent
1 Reply ASAP
1 Please Comment
1 Please Review
1 For Your Information

Comments:

```
Transaction Report
Send
Transaction(s) completed
No. TX Date/Time   Destination              Duration P.#    Result    Mode
381 NOV-22  13:54  202 514 6741             0°00'46" 006    OK        N  ECM
```

# LAW OFFICES OF
# SNIDER & ASSOCIATES, LLC

Michael J. Snider, Esq.
Ari Taragin, Esq.
Jeff Taylor, Esq.
Jason Weisbrot, Esq.
Jacob Schnur, Esq.

104 Church Lane, Suite 100
Baltimore, Maryland 21208
www.sniderlaw.com

410-653-9060 phone
410-653-9061 fax
info@sniderlaw.com

| To: Attorney General of the United States | From: Mirit Shamir |
|---|---|
| Attention Of: | Date: 11/22/06 |
| Fax Number: 202-307-6777 | Total Pages (including Cover): 6 |
| Regarding: Civil Case No. 06cv1371 | |

1 Urgent

1 Reply ASAP

1 Please Comment

1 Please Review

1 For Your Information

Comments: