UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ROBERT T. PERRY,                    )
                                    )
          Plaintiff,                )
                                    )
     v.                             )  Civil Action No. 06-1371 RJL
                                    )
ELAINE L. CHAO, et al.,             )
                                    )
          Defendants.               )
_____     )

PRAECIPE

     The Clerk will please enter the appearance of Assistant

United States Attorney W. Mark Nebeker as counsel for the

Defendants in this action.

                              Respectfully submitted,


                              _____
                              W. MARK NEBEKER, DC Bar #396739
                              Assistant United States Attorney
                              Civil Division
                              555 4th Street, N.W.
                              Washington, DC 20530
                              (202) 514-7230

<u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that service of the foregoing Praecipe has been made through the Court's electronic transmission system on this 16th day of January, 2007.

_____
W. MARK NEBEKER, DC Bar # 396739
Assistant United States Attorney
Civil Division
555 4th Street, N.W.
Washington, DC  20530
(202) 514-7230