UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROBERT T. PERRY, )<br>    Plaintiff, )<br> )<br>v. )<br> )<br>VINCENT K. SNOWBARGER[1], )<br>Interim Director )<br>Pension Benefit Guaranty )<br>Corporation, )<br>    Defendant. )<br>_____)<br>ROBERT T. PERRY, )<br>    Plaintiff, )<br> )<br>v. )<br> )<br>ELAINE L. CHAO, et al., )<br>    Defendants. )<br>_____)<br>ROBERT T. PERRY, )<br>    Plaintiff, )<br> )<br>v. )<br> )<br>ELAINE L. CHAO, et al., )<br>    Defendants. )<br>_____) | Civil Action No. 06-1371 RJL<br><br><br><br><br><br>Civil Action No. 04-1996 CKK<br><br><br><br><br><br>Civil Action No. 03-2495 CKK |

NOTICE OF RELATED CASES

Defendant hereby provides notice that, in Defendant's view, the above cases are related within the meaning of Local Civ. Rule 40.5.  In the latest civil action (06-1371), Plaintiff has raised claims involving issues resolved in the Stipulation of Settlement and Dismissal ("Stipulation") entered November 8, 2005 in the previous two cases (03-2495 and 04-1996) when those cases were assigned to Judge Colleen Kollar-Kotelly.  The District Court retained

---

[1] The caption has been modified to reflect the proper title of defendant in this matter, Vincent K. Snowbarger, is Interim Director.

jurisdiction for purposes of enforcing the terms of the Stipulation, and Count IV of Plaintiff's Amended Complaint filed in 06-1371 includes an allegation that Defendant breached the terms of the Stipulation.

In addition, many of the claims identified in the Amended Complaint in Civil Action No. 06-1371 RJL were resolved in the earlier Stipulation.  Specifically, the Stipulation includes a provision that "Plaintiff agrees not to institute any other actions . . . concerning any matter related to his employment that are based in any way on action or inaction as of [November 8, 2005]."  However, contrary to Plaintiff's assertions in the Amended Complaint, Plaintiff's Formal EEO Complaints, upon which Counts I,  II, and III are based, cite almost entirely, if not entirely, allegations of  hostile work environment and retaliation pre-dating the Stipulation. Consequently, matters that were at issue in 03-2495 and 04-1996 will also be at issue in 06-1371.

Therefore, Defendant respectfully requests 06-1371 be reassigned to Judge Kollar-Kotelly as it is related to 03-2495 and 04-1996.

Respectfully submitted,

_____
JEFFREY A. TAYLOR, DC Bar #498610
United States Attorney


_____
RUDOLPH CONTRERAS, DC Bar #434122
Assistant United States Attorney


_____
W. MARK NEBEKER, DC Bar #396739
Assistant United States Attorney

Agency Counsel:
PHILIP R. HERTZ
Acting General Counsel
JAY A. RESNICK
Assistant General Counsel
ROBIN S. HORNING
Attorney
MARGARET E. DRAKE
Attorney
PENSION BENEFIT GUARANTY CORPORATION
1200 K. Street, N.W.
Washington, D.C. 20005-4026
(202) 326-4000

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that service of the foregoing Notice Of Related Cases has been made through the Court's electronic transmission facilities on this ___ day of January, 2007.

_____
W. MARK NEBEKER
Assistant United States Attorney
555 4th Street, N.W.
Civil Division
Washington, DC  20530
(202) 514-7230