```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA

ROBERT T. PERRY,                  )
                                  )
        Plaintiff,                )
                                  )
   v.                             )   Civil Action No. 06-1371 RJL
                                  )
ELAINE L. CHAO, et al.,           )
                                  )
        Defendants.               )
                                  )
```

MOTION FOR ENLARGEMENT OF TIME,
AND MEMORANDUM IN SUPPORT THEREOF

Defendants hereby move, pursuant to Fed. R. Civ. P. 6(b)(1), for an enlargement of time to respond to Plaintiff's Amended Complaint in this action up to and including February 20, 2007. Plaintiff, through counsel, Michael J. Snider, Esq., has indicated that Plaintiff has no objection to this extension for filing an Answer but does object to any extension for any other responsive pleading.

This request is made because the Assistant United States Attorney ("AUSA") assigned primary responsibility in this action is attempting to gather the necessary information and complete the needed research in order to complete a possible dispositive motion in the case. However, there has not yet been sufficient time to complete this process. In addition, undersigned counsel must prepare several filings in other cases and has been called upon this month to participate in numerous depositions in a three-year-old case into which a federal defendant was only recently added. Counsel's need to familiarize himself with the

boxes of discovery in that case in a relatively brief period of time has taken time away from the completion of the dispositive motion in this case.

WHEREFORE, Defendants move for an enlargement of time until February 20, 2007, within which to respond to the Amended Complaint.

                Respectfully submitted,

_____
JEFFREY A. TAYLOR, DC Bar #498610
United States Attorney

_____
RUDOLPH CONTRERAS, DC Bar #434122
Assistant United States Attorney

_____
W. MARK NEBEKER, DC Bar #396739
Assistant United States Attorney

CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that service of the foregoing Motion For Enlargement Of Time, And Memorandum In Support Thereof and a proposed order has been made through the Court's electronic transmission facilities on the 16th day of January, 2007.

```
W. MARK NEBEKER, DC Bar #396739
Assistant United States Attorney
Civil Division
555 4th Street, N.W.
Washington, DC  20530
(202) 514-7230
```