```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA

ROBERT T. PERRY,                   )
                                   )
        Plaintiff,                 )
                                   )
    v.                             )   Civil Action No. 06-1371 RJL
                                   )
ELAINE L. CHAO, et al.,            )
                                   )
        Defendants.                )
_____)
_____)
```

ORDER

UPON CONSIDERATION of Defendants' Motion For Enlargement Of Time, And Memorandum In Support Thereof, for the grounds stated therefor and based upon the entire record in this matter, it is by the Court this _____ day of _____, 2007, hereby

ORDERED that the said motion is hereby granted; and it is

FURTHER ORDERED the date by which Defendants may respond to the Amended Complaint in this action be and is hereby enlarged up to and including February 20, 2007.

_____
UNITED STATES DISTRICT JUDGE

W. MARK NEBEKER
Assistant U.S. Attorney
Civil Division
555 4th Street, N.W.
Washington, DC  20530

MICHAEL J. SNIDER, ESQ.
SNIDER & ASSOCIATES, LLC
104 Church Lane
Suite 201
Baltimore, MD 21208