| | |
|---|---|
| ROBERT T. PERRY,            ) | |
|                             ) | |
|    PLAINTIFF, ) | |
|                             ) | Case No.: **1:06CV01371** |
|                             ) | Judge: **Colleen Kollar-Kotelly** |
|    vs.       ) | |
|                             ) | |
| Vincent Snowbarger,         ) | |
| Executive Director          ) | |
| Pension Benefit Guaranty Corporation, ) | |
|                             ) | |
|    DEFENDANT. ) | |

### Notice of Filing of Amended Complaint

Pursuant to Fed. R. Civ. P. 15 (a), the Plaintiff herby files its Amended Complaint prior to service of any responsive pleadings, for the following reasons:

1. Plaintiff's current federal complaint is based on Agency case number 06-04 which was dismissed by the EEO.

2. In his current complaint, Plaintiff claims that he has been discriminated against based on race, sex and retaliation when he was subject to a hostile work environment as well as when the Defendant issued him forms SF-50 with language designated to hinder the Plaintiff's future federal employment.

3. After filing the current complaint in federal court, two other complaints, Agency No. 06-11 and No. 06-18 with the EEO.

4. In these complaints, Plaintiff also alleged that was discriminated against based on race sex and retaliation when he was subject to hostile work environment as well as harmful language on the Form SF-

50. In addition, Plaintiff claimed that the Defendant's agents improperly misused the EEO process to further harm him.

5. These complaints, 06-11 and 06-18, were consolidated by the EEO and were dismissed by the Agency after the Plaintiff had already filed a suit against the Defendant under Title IIV in this court. See Exhibit 1 of the Amended Complaint.

6. The Plaintiff therefore amends his current federal complaint to include these additional claims, 06-11 and 06-18, of unlawful discrimination based on race, sex and retaliation as they are substantially related and similar to those facts and circumstances as filed in the original complaint.

Respectfully Submitted,

 /s/_____
Michael J. Snider, Esq.
Ari Taragin, Esquire
Jeffery Taylor, Esquire
Andreas N. Akaras, Of Counsel
#46148
Snider & Associates, LLC
104 Church Lane, Suite 201
Baltimore, MD 21208
410-653-9060 phone
410-653-9061 fax
mike@sniderlaw.com email

## Certificate of Service

I, Ari Taragin, hereby certify that, on 11/29/06, I caused the foregoing Notice of Filing, together with the Annexed Amended Complaint, to be served on all parties by having a copy mailed with return receipts to:

Attorney General of the United States
950 Pennsylvania Avenue, NW
Washington, DC 20530

United States Attorney's Office
555 4th Street, NW
Washington, DC 20530

Vincent Snowbarger,
Executive Director
Pension Benefit Guaranty Corporation
1200 K Street, N.W.
Washington, DC 20005-4026

Respectfully Submitted,

/s/_____
Michael J. Snider, Esq.
Ari Taragin, Esquire
Jeffery Taylor, Esquire
Andreas N. Akaras, Of Counsel
#46148
Snider & Associates, LLC
104 Church Lane, Suite 201
Baltimore, MD 21208
410-653-9060 phone
410-653-9061 fax
mike@sniderlaw.com email