```
                UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF COLUMBIA

ROBERT T. PERRY,                   )
                                   )
        Plaintiff,                 )
                                   )
     v.                            ) Civil Action No. 06-1371 CKK
                                   )
VINCENT K. SNOWBARGER,             )
Interim Director, Pension          )
  Benefit Guaranty Corporation     )
                                   )
        Defendant.                 )
_____)
```

NOTICE OF FILING

Defendant hereby notifies the Court and Plaintiff of the filing of the accompanying Exhibits which Defendant will reference in the Motion To Dismiss Or, In The Alternative, For Summary Judgment.  The exhibits are filed in accordance with the Court's rules, and have therefore been redacted to exclude personal information such as social security numbers and dates of birth.  A courtesy copy will be delivered to chambers.

                          Respectfully submitted,

                          _____
                          JEFFREY A. TAYLOR, DC Bar #498610
                          United States Attorney

                          _____
                          RUDOLPH CONTRERAS, DC Bar #434122
                          Assistant United States Attorney

                          _____
                          W. MARK NEBEKER, DC Bar #396739
                          Assistant United States Attorney

CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that service of the foregoing Defendant's Notice Of Filing and exhibits has been made through the Court's electronic transmission facilities on this 20th day of February, 2007.

 

W. MARK NEBEKER, D.C. Bar #396739
Assistant United States Attorney
Civil Division
555 4th Street, N.W.
Washington, DC  20530
(202) 514-7230