```
                      UNITED STATES DISTRICT COURT
                      FOR THE DISTRICT OF COLUMBIA

ROBERT T. PERRY,                     )
                                     )
         Plaintiff,                  )
                                     )
    v.                               ) Civil Action No. 06-1371 CKK
                                     )
VINCENT K. SNOWBARGER,               )
Interim Director, Pension            )
  Benefit Guaranty Corporation       )
                                     )
         Defendant.                  )
_____)
```

ORDER

UPON CONSIDERATION of Defendant's Motion To Dismiss Or, In The Alternative, For Summary Judgment, for the grounds stated therefor, and based upon the entire record herein, it is on this \_\_\_\_\_ day of _____, 2007, hereby

ORDERED that the said motion should be and hereby is granted; and it is

FURTHER ORDERED that this action be and is hereby dismissed.

```
                              _____
                              UNITED STATES DISTRICT JUDGE
```

W. MARK NEBEKER
Assistant U.S. Attorney
Civil Division
555 4th Street, N.W.
Washington, DC  20530

MICHAEL J. SNIDER, ESQ.
SNIDER & ASSOCIATES, LLC
104 Church Lane
Suite 201
Baltimore, MD 21208