UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ROBERT T. PERRY,                         )
                                         )
          Plaintiff,                     )
                                         )
     v.                                  ) Civil Action No. 06-1371 CKK
                                         )
VINCENT K. SNOWBARGER,                   )
Interim Director, Pension                )
  Benefit Guaranty Corporation           )
                                         )
          Defendant.                     )
_____ )

SECOND NOTICE OF FILING

     Defendant hereby again notifies the Court and Plaintiff of

the filing of the accompanying Exhibit B, which Defendant

referenced in the Motion To Dismiss Or, In The Alternative, For

Summary Judgment filed on February 20, 2007.  The exhibit was

initially filed on that date and a courtesy copy was forwarded to

chambers, but counsel has learned that the document cannot be

opened through the Court's Electronic Case Filing system.

Defendant has therefore provided another copy.

                         Respectfully submitted,


                         _____
                         JEFFREY A. TAYLOR, DC Bar #498610
                         United States Attorney


                         _____
                         RUDOLPH CONTRERAS, DC Bar #434122
                         Assistant United States Attorney


                         _____
                         W. MARK NEBEKER, DC Bar #396739
                         Assistant United States Attorney

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that service of the foregoing Second Notice Of Filing and Exhibit B has been made through the Court's electronic transmission facilities on this 26th day of February, 2007.

W. MARK NEBEKER, D.C. Bar #396739
Assistant United States Attorney
Civil Division
555 4th Street, N.W.
Washington, DC  20530
(202) 514-7230