UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROBERT T. PERRY, ) <br> ) <br> PLAINTIFF, ) <br> ) <br> ) <br> vs. ) <br> ) <br> VINCENT SNOWBARGER, ) <br> ) <br> DEFENDANT. ) <br> _____ ) | Case No.: **1:06CV01371** <br> Judge: **Colleen Kollar-Kotelly** <br><br><br><br> February 27, 2007 |

### PLAINTIFF'S UNOPPOSED MOTION TO EXTEND DEADLINE TO RESPOND TO THE AGENCY'S MOTION TO DISMISS AND FOR SUMMARY JUDGMENT

Plaintiff, by and through his counsel, Snider & Associates, LLC, herein moves this Court to grant leave to permit an extension of the deadline for the opposition to the Motion to Dismiss and for Summary Judgment and states in support:

1. On or about February 20, 2007, the Defendant filed a Motion to Dismiss and in the alternative for Summary Judgment.

2. The Opposition to the Motion for Summary Judgment is slated to be due on or about March 5, 2007.

3. Due to the complexity of the case and length of the Motion, Plaintiff anticipates that the Opposition will not be completed by the deadline.

4. Considering the nature of the Defendant's Motion and the fact that the case will be dismissed with prejudice if granted, Plaintiff is being reasonable in its request for an

extension of an additional twenty-one (21) days until March 26, 2007 until the Opposition to the Motion is due. The reply would then be due on or before April 16, 2007.

5. Counsel for Plaintiff contacted Mr. Mark Nebeker, Esq., counsel for the Defendant, and the Defendant does not oppose this motion.

WHEREFORE, for good cause shown, Plaintiff requests that the Opposition to the Motion for Summary Judgment be extended until March 26, 2007 and Defendant will then have until April 16, 2007, to reply.

Respectfully submitted,

_/s/_____
Ari Taragin, Esq. (MD: Bar No. 27409)
Michael J. Snider, Esq. (MD: Bar No. 24695)
Jason I. Weisbrot, Esq. (MD: Bar No. 28074)
Snider & Associates, LLC
104 Church Lane, Suite 100
Baltimore, Maryland 21208
(410) 653-9060 [p]
(410) 653-9061 [f]

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROBERT T. PERRY, ) | |
| ) | |
| PLAINTIFF, ) | |
| ) | Case No.: **06-1371** |
| ) | Judge: **Colleen Kollar-Kotelly** |
| vs. ) | |
| ) | |
| VINCENT SNOWBARGER, ) | |
| ) | |
| DEFENDANT. ) | |
| ) | February 27, 2007 |

## ORDER

Upon consideration of the Plaintiff's Motion to Extend Time to File a Response in Opposition to Defendant's Motion for Summary Judgment, it is on this _____ day of

_____, 2007,

ORDERED: that Plaintiff's Motion to Extend Time to File a Response in Opposition to Defendant's Motion for Summary Judgment be GRANTED.

It is FURTHER ORDERED: that Plaintiff shall have until and including, March 26, 2007, in which to file a Response in Opposition in this case and Defendant will then have until Aril 16, 2007 to reply.

_____
Judge Colleen Kollar-Kotelly

cc:

W. Mark Nebeker
Assistant United States Attorney

CERTIFICATE OF SERVICE

I hereby certify that on the 27th day of February 2007, the above Motion for Extension of Time was served on Mr. W. Mark Nebeker, Assistant U.S. Attorney, Counsel for Defendant, by filing on the Electronic Filing System (ECF).

                                                  /s/_____
                                                  Ari Taragin, Esq.