UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROBERT T. PERRY, ) | |
| ) | |
| PLAINTIFF, ) | |
| ) | Case No.: **1:06CV01371** |
| ) | Judge: **Colleen Kollar-Kotelly** |
| vs. ) | |
| ) | |
| VINCENT SNOWBARGER, ) | |
| ) | |
| DEFENDANT. ) | |
| _____ ) | March 22, 2007 |

**PLAINTIFF'S SECOND UNOPPOSED MOTION TO EXTEND DEADLINE TO RESPOND TO THE AGENCY'S MOTION TO DISMISS AND FOR SUMMARY JUDGMENT**

Plaintiff, by and through his counsel, Snider & Associates, LLC, herein moves this Court to grant leave to permit an additional extension of the deadline for the opposition to the Motion to Dismiss and for Summary Judgment and states in support:

1. On or about February 20, 2007, the Defendant filed a Motion to Dismiss and in the alternative for Summary Judgment.

2. The Opposition to the Motion for Summary Judgment was slated to be due on or about March 5, 2007 and Plaintiff received an extension to file his opposition through March 26, 2007.

3. Plaintiff is diligently working on his opposition but due to the complexity of the case, length of the Motion, and number of arguments presented, Plaintiff anticipates that the Opposition will not be completed by the deadline.

4. Considering the nature of the Defendant's Motion and the fact that the case will be dismissed with prejudice if granted, Plaintiff is being reasonable in its request for an extension of an additional twenty-one (21) days through April 16, 2007, to file his Opposition to the Motion.

5. The reply would then be due on or before May 11, 2007.

6. Counsel for Plaintiff contacted Mr. Mark Nebeker, Esq., counsel for the Defendant, and the Defendant does not oppose this motion.

WHEREFORE, for good cause shown, Plaintiff requests that the Opposition to the Motion for Summary Judgment be extended until April 16, 2007 and Defendant will then have until May 11, 2007, to reply.

Respectfully submitted,

_/s/_____
Ari Taragin, Esq.  (MD: Bar No. 27409)
Michael J. Snider, Esq. (MD: Bar No. 24695)
Jason I. Weisbrot, Esq. (MD: Bar No. 28074)
Snider & Associates, LLC
104 Church Lane, Suite 100
Baltimore, Maryland 21208
(410) 653-9060 [p]
(410) 653-9061 [f]

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROBERT T. PERRY, )<br>)<br>PLAINTIFF, )<br>)<br>)<br>vs. )<br>)<br>VINCENT SNOWBARGER, )<br>)<br>DEFENDANT. )<br>_____ ) | Case No.: **06-1371**<br>Judge: **Colleen Kollar-Kotelly**<br><br><br><br><br>March 22, 2007 |

## ORDER

Upon consideration of the Plaintiff's Motion to Extend Time to File a Response in Opposition to Defendant's Motion for Summary Judgment, it is on this _____ day of

_____, 2007,

ORDERED: that Plaintiff's Motion to Extend Time to File a Response in Opposition to Defendant's Motion for Summary Judgment be GRANTED.

It is FURTHER ORDERED: that Plaintiff shall have until and including, April 16, 2007, in which to file a Response in Opposition in this case and Defendant will then have until May 11, 2007 to file a reply.

_____
Judge Colleen Kollar-Kotelly

cc:

W. Mark Nebeker
Assistant United States Attorney

CERTIFICATE OF SERVICE

I hereby certify that on the 22nd day of March 2007, the above Motion for Extension of Time was served on Mr. W. Mark Nebeker, Assistant U.S. Attorney, Counsel for Defendant, by filing on the Electronic Filing System (ECF).

                                        /s/_____
                                      Ari Taragin, Esq.