Nov 14 06 06:25p       PERRY                           12026350885                    p.5

Standard Form 50
Rev. 7/91
U.S. Office of Personnel Management
FPM Supp. 296-33, Subch. 4

## NOTIFICATION OF PERSONNEL ACTION

| 1. Name (Last, First, Middle) | 2. Social Security Number | 3. Date of Birth | 4. Effective Date |
|---|---|---|---|
| PERRY, ROBERT T | 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 | 06/05/61 | 11/13/05 |

**FIRST ACTION**  **SECOND ACTION**

| 5-A. Code | 5-B. Nature of Action | 6-A. Code | 6-B. Nature of Action |
|---|---|---|---|
| 702 | PROMOTION | | |

| 5-C. Code | 5-D. Legal Authority | 6-C. Code | 6-D. Legal Authority |
|---|---|---|---|
| HAM | REG 250.101 | | |

| 5-E. Code | 5-F. Legal Authority | 6-E. Code | 6-F. Legal Authority |
|---|---|---|---|
| | | | |

| 7. FROM: Position Title and Number | 15. TO: Position Title and Number |
|---|---|
| AUDITOR 3420310        9101 | AUDITOR 3420310            9101 |

| 8. Pay Plan | 9. Occ. Code | 10. Grade or Level | 11. Step or Rate | 12. Total Salary | 13. Pay Basis | 16. Pay Plan | 17. Occ. | 18. Grade or Level | 19. Step or Rate | 20. Total Salary/Award | 21. Pay Basis |
|---|---|---|---|---|---|---|---|---|---|---|---|
| GS | 0511 | 13 | 03 | $79766 | PA | GS | 0511 | 13 | 10 | $97213 | PA |

| 12A. Basic Pay | 12B. Locality Adj. | 12C. Adj. Basic Pay | 12D. Other Pay | 20A. Basic Pay | 20B. Locality Adj. | 20C. Adj. Basic Pay | 20D. Other Pay |
|---|---|---|---|---|---|---|---|
| $68776 | $10990 | $79766 | | $83819 | $13394 | $97213 | |

| 14. Name and Location of Position's Organization | 22. Name and Location of Position's Organization |
|---|---|
| OFFICE OF THE EXEC DIRECTOR CHIEF OPERATING OFFICER INSURANCE PROGRAMS DEPT STANDARD TERM & COMPLIANCE DIV COMPLIANCE & AUDIT BR | OFFICE OF THE EXEC DIRECTOR CHIEF OPERATING OFFICER INSURANCE PROGRAMS DEPT STANDARD TERM & COMPLIANCE DIV COMPLIANCE & AUDIT BR |

**EMPLOYEE DATA**

| 23. Veterans Preference | 24. Tenure | 25. Agency Use | 26. Veterans Pref for RIF |
|---|---|---|---|
| 1 - None   3 - 10-Point/Disability   5 - 10-Point/Other<br>2 - 5-Point   4 - 10-Point/Compensable   6 - 10-Point/Compensable/30% : 2 | 0 - None   2 - Conditional<br>1 - Permanent   3 - Indefinite : 1 | | X YES   ☐ NO |

| 27. FEGLI | 28. Annuitant Indicator | 29. Pay Rate Determinant |
|---|---|---|
| DO BASIC & STANDARD OPTION | 9 NOT APPLICABLE | 0 |

| 30. Retirement Plan | 31. Service Comp. Date (Leave) | 32. Work Schedule | 33. Part-Time Hours Per Biweekly Pay Period |
|---|---|---|---|
| X FERS & FICA | 10/06/84 | F FULL-TIME | |

**POSITION DATA**

| 34. Position Occupied | 35. FLSA Category | 36. Appropriation Code | 37. Bargaining Unit Status |
|---|---|---|---|
| 1 - Competitive Service   3 - SES General<br>2 - Excepted Service   4 - SES Career : I | E (E - Exempt   N - Nonexempt) | | 0030 |

| 38. Duty Station Code | 39. Duty Station (City - County - State or Overseas Location) |
|---|---|
| 11-0010-001 | WASHINGTON, DISTRICT OF COLUMBIA |

| 40. AGENCY DATA | 41. | 42. | 43. | 44. |
|---|---|---|---|---|
| | | | | |

45. Remarks

PURSUANT TO A STIPULATION AND SETTLEMENT PRESENTED TO THE U.S.
DISTRICT COURT FOR THE DISTRICT OF COLUMBIA ON NOVEMBER 8, 2005

EMPLOYEE IS PROMOTED FROM GS-12 STEP 06 BUT BASED ON COURT AGREEMENT
PROMOTION IS FROM GS-13 STEP 3. EMPLOYEE IS NOT RECEIVING BACK PAY
IN ACCORDANCE WITH COURT AGREEMENT.

| 46. Employing Department or Agency | 50. Signature/Authentication and Title of Approving Official |
|---|---|
| BE - PENSION BNFT GTY CORP | MICHELE PILIPOVICH DIRECTOR OF HUMAN RESOURCES 051676991 |

| 47. Agency Code | 48. Personnel Office ID | 49. Approval Date |
|---|---|---|
| BG00 | 4158 | 11/23/05 |

5-Part              2 - OPF Copy - Long-Term Record — DO NOT DESTROY

Editions Prior to 7/91 Are Not Usable After
6/30/93
NSN 7540-01-333-6236

Standard Form 50
Rev. 7/91
U.S. Office of Personnel Management
FPM Supp. 296-33, Subch. 4

## NOTIFICATION OF PERSONNEL ACTION

| 1. Name (Last, First, Middle) | 2. Social Security Number | 3. Date of Birth | 4. Effective Date |
|---|---|---|---|
| PERRY, ROBERT T | 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 | 06-05-61 | 10-31-04 |

| FIRST ACTION | | SECOND ACTION | |
|---|---|---|---|
| 5-A. Code 5-B. Nature of Action | | 6-A. Code 6-B. Nature of Action | |
| 702 | PROMOTION | | |
| 5-C. Code 5-D. Legal Authority | | 6-C. Code 6-D. Legal Authority | |
| ZLM | SETTLEMENT AGREEMENT DTD 11-08-05 | | |
| 5-E. Code 5-F. Legal Authority | | 6-E. Code 6-F. Legal Authority | |

| 7. FROM: Position Title and Number 8807 | 15. TO: Position Title and Number 9101 |
|---|---|
| AUDITOR     1022133 | AUDITOR     3420310 |

| 8. Pay Plan | 9. Occ. Code | 10. Grade or Level | 11. Step or Rate | 12. Total Salary | 13. Pay Basis | 16. Pay Plan | 17. Occ. Code | 18. Grade or Level | 19. Step or Rate | 20. Total Salary/Award | 21. Pay Basis |
|---|---|---|---|---|---|---|---|---|---|---|---|
| GS | 0511 | 11 | 00 | $68225 | PA | GS | 0511 | 13 | 03 | $76916 | PA |

| 12A. Basic Pay | 12B. Locality Adj. | 12C. Adj. Basic Pay | 12D. Other Pay | 20A. Basic Pay | 20B. Locality Adj. | 20C. Adj. Basic Pay | 20D. Other Pay |
|---|---|---|---|---|---|---|---|
| $59544 | $8711 | $68225 | | $67099 | $9817 | $76916 | |

| 14. Name and Location of Position's Organization | 22. Name and Location of Position's Organization |
|---|---|
| OFFICE OF THE EXEC DIRECTOR<br>CHIEF OPERATING OFFICER<br>INSURANCE OPERATIONS DEPT<br>STANDARD TERMINATION & COMPL DIV<br>COMPLIANCE & AUDITS BR | OFFICE OF THE EXEC DIRECTOR<br>CHIEF OPERATING OFFICER<br>INSURANCE PROGRAMS DEPT<br>STANDARD TERMINATION & COMPL DIV<br>COMPLIANCE & AUDIT BR |

| EMPLOYEE DATA | | | |
|---|---|---|---|
| 23. Veterans Preference<br>2<br>1 - None  3 - 10-Point/Disability  5 - 10-Point/Other<br>2 - 5-Point  4 - 10-Point/Compensable  6 - 10-Point/Compensable/30% | 24. Tenure<br>1<br>0 - None  2 - Conditional<br>1 - Permanent  3 - Indefinite | 25. Agency Use | 26. Veterans Pref for RIF<br>X YES  NO |
| 27. FEGLI<br>D0 BASIC + STANDARD OPTION | 28. Annuitant Indicator<br>9 NOT APPLICABLE | | 29. Pay Rate Determinant<br>0 |
| 30. Retirement Plan<br>K FERS & FICA | 31. Service Comp. Date (Leave) | 32. Work Schedule<br>F FULL-TIME | 33. Part-Time Hours Per<br>Biweekly<br>Pay Period |

| POSITION DATA | | | |
|---|---|---|---|
| 34. Position Occupied<br>1<br>1 - Competitive Service  3 - SES General<br>2 - Excepted Service  4 - SES Career | 35. FLSA Category<br>E - Exempt<br>N - Nonexempt | 36. Appropriation Code | 37. Bargaining Unit Status<br>0030 |
| 38. Duty Station Code<br>11-0010-001 | 39. Duty Station (City - County - State or Overseas Location)<br>WASHINGTON, DISTRICT OF COLUMBI | | |

| 40. AGENCY DATA | 41. | 42. | 43. | 44. |
|---|---|---|---|---|

45. Remarks

PURSUANT TO A SETTLEMENT AND STIPULATION PRESENTED TO THE U.S.
DISTRICT COURT FOR THE DISTRICT OF COLUMBIA ON NOVEMBER 8, 2005
EMPLOYEE IS NOT TO RECEIVE BACK PAY IN ACCORDANCE WITH
COURT AGREEMENT.

| 46. Employing Department or Agency<br>BG - PENSION BNFT GTY CORP | 50. Signature/Authentication and Title of Approving Official<br>MICHELE PILIPOVICH<br>DIRECTOR, HUMAN RESOURCES |
|---|---|
| 47. Agency Code<br>BG00 | 48. Personnel Office ID<br>4158 | 49. Approval Date<br>11/23/05 | |

5-Part                2 - OPF Copy - Long-Term Record -- DO NOT DESTROY

Editions Prior to 7/91 Are Not Usable After
6/30/93
NSN 7540-01-333-6236

Nov 14 06 06:26p       PERRY                          12026350885                    p.7

Standard Form 50-B
Rev. 7/91
U.S. Office of Personnel Management
FPM Supp. 296-33, Subch. 4

## NOTIFICATION OF PERSONNEL ACTION

| 1. Name (Last, First, Middle) | 2. Social Security Number | 3. Date of Birth | 4. Effective Date |
|---|---|---|---|
| PERRY, ROBERT T | 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 | 06/05/61 | 11/13/05 |

**FIRST ACTION**

**SECOND ACTION**

| 5-A. Code | 5-B. Nature Of Action | | 6-A. Code | 6-B. Nature of Action |
|---|---|---|---|---|
| 919 | DETAIL NTE 05-13-06 | | | |
| 5-C. Code | 5-D. Legal Authority | | 6-C Code | 6-D. Legal Authority |
| | | | | |
| 5-E. Code | 5-F. Legal Authority | | 6-E. Code | 6-F. Legal Authority |
| | | | | |

| 7. FROM: Position Title and Number | 15. TO: Position Title and Number |
|---|---|
| AUDITOR | AUDITOR |
| 3420310        0009101 | 3520000        0009101 |

| 8. Pay Plan | 9. Occ. Code | 10. Grade/Level | 11. Step/Rate | 12. Total Salary | 13. Pay Basis | 16. Pay Plan | 17. Occ. Code | 18. Grade/Level | 19. Step/Rate | 20. Total Salary/Award | 21. Pay Basis |
|---|---|---|---|---|---|---|---|---|---|---|---|
| GS | 0511 | 13 | 10 | $ 97213 | PA | GS | 0511 | 13 | 10 | | PA |

| 12A. Basic Pay | 12B. Locality Adj. | 12C. Adj. Basic Pay | 12D. Other Pay | 20A. Basic Pay | 20B. Locality Adj. | 20C. Adj. Basic Pay | 20D. Other Pay |
|---|---|---|---|---|---|---|---|
| $ 83819 | $ 13394 | $ 97213 | $ 0 | | | | |

| 14. Name and Location of Position's Organization | 22. Name and Location of Position's Organization |
|---|---|
| OFFICE OF THE EXEC DIRECTOR<br>CHIEF OPERATING OFFICER<br>INSURANCE PROGRAMS DEPT<br>STANDARD TERMINATION & COMPLIANCE DIV<br>COMPLIANCE & AUDITS BR<br>WASHINGTON,DC | OFFICE OF THE EXEC DIRECTOR<br>CHIEF FINANCIAL OFFICER<br>CONTRACTS & CONTROL REVIEW DEPT<br><br>WASHINGTON,DC |

**EMPLOYEE DATA**

| 23. Veterans Preference | 24. Tenure | 25. Agency Use | 26. Veterans Preference for RIF |
|---|---|---|---|
| 2 — 1 - None  3 - 10-Point/Disability  5 - 10-Point Other<br>2 - 5-Point  4 - 10-Point Compensable  6 - 10-Point/Compensable/30% | 1 — 0 - None  2 - Conditional<br>1 - Permanent  3 - Indefinite | | X YES   NO |

| 27. FEGLI | 28. Annuitant Indicator | 29. Pay Rate Determinant |
|---|---|---|
| D0   BASIC + STANDARD OPTION | 9   NOT APPLICABLE | 0 |

| 30. Retirement Plan | 31. Service Comp. Date (Leave) | 32. Work Schedule | 33. Part-Time Hours Per Biweekly Pay Period |
|---|---|---|---|
| K   FERS & FICA | 10/06/84 | F   FULL-TIME | |

**POSITION DATA**

| 34. Position Occupied | 35. FLSA Category | 36. Appropriation Code | 37. Bargaining Unit Status |
|---|---|---|---|
| 1 — 1 - Competitive Service  3 - SES General<br>2 - Excepted Service  4 - SES Career Reserved | E   E - Exempt  N - Nonexempt | | 0030 |

| 38. Duty Station Code | 39. Duty Station (City - County - State or Overseas Location) |
|---|---|
| 11-0010-001 | WASHINGTON,DISTRICT OF COLUMBIA |

| 40. Agency Data  NC | 41. VET-STAT | 42. EDUC LVL | 43. SUPV STAT | 44. POSITION SENSITIVITY |
|---|---|---|---|---|
| CLS   00 | P | 13 | 8 | MODERATE RISK |

45. Remarks

PURSUANT TO A STIPULATION AND SETTLEMENT PRESENTED TO THE U.S.
DISTRICT COURT FOR THE DISTRICT OF COLUMBIA ON NOVEMBER 8, 2005

| 46. Employing Department or Agency | 50. Signature/Authentication and Title of Approving Official |
|---|---|
| BG - PENSION BNFT GTY CORP | MICHELE PILIPOVICH |
| 47. Agency Code  48. Personnel Office ID  49. Approval Date | DIRECTOR OF HUMAN RESOURCES |
| BG00        4158        11/14/05 | 051677089 |

1 - Employee Copy - Keep for Future Reference

Standard Form 50
Rev. 7/91
U.S. Office of Personnel Management
FPM Supp. 296-33, Subch. 4

**NOTIFICATION OF PERSONNEL ACTION**

| 1. Name (Last, First, Middle) | 2. Social Security Number | 3. Date of Birth | 4. Effective Date |
|---|---|---|---|
| PERRY, ROBERT T. | 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 | 06/05/61 | 05-14-06 |

**FIRST ACTION**                              **SECOND ACTION**

| 5-A. Code | 5-B. Nature of Action | 6-A. Code | 6-B. Nature of Action |
|---|---|---|---|
| 460 | LWOP NTE 11-12-06 | | |

| 5-C. Code | 5-D. Legal Authority | 6-C. Code | 6-D. Legal Authority |
|---|---|---|---|
| DAM | REG. 630.101 | | |

| 5-E. Code | 5-F. Legal Authority | 6-E. Code | 6-F. Legal Authority |
|---|---|---|---|
| | | | |

| 7. FROM: Position Title and Number | 15. TO: Position Title and Number |
|---|---|
| AUDITOR  3420310      0009101 | |

| 8. Pay Plan | 9. Occ. Code | 10. Grade or Level | 11. Step or Rate | 12. Total Salary | 13. Pay Basis | 16. Pay Plan | 17. Occ. Code | 18. Grade or Level | 19. Step or Rate | 20. Total Salary/Award | 21. Pay Basis |
|---|---|---|---|---|---|---|---|---|---|---|---|
| GS | 0511 | 13 | 10 | $100554 | PA | | | | | | |

| 12A. Basic Pay | 12B. Locality Adj. | 12C. Adj. Basic Pay | 12D. Other Pay | 20A. Basic Pay | 20B. Locality Adj. | 20C. Adj. Basic Pay | 20D. Other Pay |
|---|---|---|---|---|---|---|---|
| $ 85578 | $ 14976 | $100554 | | | | | |

| 14. Name and Location of Position's Organization | 22. Name and Location of Position's Organization |
|---|---|
| OFFICE OF THE EXEC DIRECTOR  CHIEF OPERATING OFFICER  INSURANCE PROGRAMS DEPT  STANDARD TERMINATION & COMPLIANCE  COMPLIANCE & AUDITS BR | |

**EMPLOYEE DATA**

| 23. Veterans Preference | 24. Tenure | 25. Agency Use | 26. Veterans Pref for RIF |
|---|---|---|---|
| 2  1 - None  2 - 5-Point  3 - 10-Point/Disability  4 - 10-Point/Compensable  5 - 10-Point/Other  6 - 10-Point/Compensable/30% | 1  0 - None  1 - Permanent  2 - Conditional  3 - Indefinite | | X YES ☐ NO |

| 27. FEGLI | 28. Annuitant Indicator | 29. Pay Rate Determinant |
|---|---|---|
| D0 BASIC + STANDARD OPTION | 9 NOT APPLICABLE | 0 |

| 30. Retirement Plan | 31. Service Comp. Date (Leave) | 32. Work Schedule | 33. Part-Time Hours Per Biweekly Pay Period |
|---|---|---|---|
| K FERS & FICA | 10/06/84 | F FULL-TIME | |

**POSITION DATA**

| 34. Position Occupied | 35. FLSA Category | 36. Appropriation Code | 37. Bargaining Unit Status |
|---|---|---|---|
| 1  1 - Competitive Service  2 - Excepted Service  3 - SES General  4 - SES Career | E  E - Exempt  N - Nonexempt | | 0030 |

| 38. Duty Station Code | 39. Duty Station (City - County - State or Overseas Location) |
|---|---|
| 11-0010-001 | WASHINGTON, DISTRICT OF COLUMBIA |

| 40. AGENCY DATA | 41. | 42. | 43. | 44. |
|---|---|---|---|---|
| 13 | 1985 | 220101 | 00 | |

45. Remarks

FEGLI COVERAGE CONTINUES UNTIL YOUR TIME IN NONPAY STATUS TOTALS 12
MONTHS. CONTRACT YOUR SERVICING HUMAN RESOURCES OFFICE OR SEE THE
FEGLI HANDBOOK AT HTTP://WWW.OPM.GOV/INSURE FOR DETAILED INFORMATION.
SERVICE CREDIT FOR RETIREMENT, REDUCTION-IN-FORCE, AND LEAVE ACCRUAL
PURPOSES CONTINUES FOR UP TO A MAXIMUM OF 6 MONTHS IN NONPAY STATUS PER
CALENDAR YEAR.
FORWARDING ADDRESS: 1354 MONACO DRIVE SEVERN MD 21144

| 46. Employing Department or Agency | 50. Signature/Authentication and Title of Approving Official |
|---|---|
| BG - PENSION BNFT GTY CORP | MICHELE PILIPOVICH  DIRECTOR, HUMAN RESOURCES DEPT |

| 47. Agency Code | 48. Personnel Office ID | 49. Approval Date | |
|---|---|---|---|
| BG00 | 4158 | 05/12/06 | |

TURN OVER FOR IMPORTANT INFORMATION
5-Part

1 - Employee Copy - Keep for Future Reference

Editions Prior to 7/91 Are Not Usable After 6/30/93
NSN 7540-01-333-6236