Apr 16 07 12:01p    PERRY                           2025260069                    p.6

Standard Form 50
Rev. 7/91
U.S. Office of Personnel Management
FPM Supp. 296-33, Subch. 4

**NOTIFICATION OF PERSONNEL ACTION**

| 1. Name (Last, First, Middle) | 2. Social Security Number | 3. Date of Birth | 4. Effective Date |
|---|---|---|---|
| PERRY, ROBERT T. | 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 | 06/05/61 | 01/08/06 |

**FIRST ACTION**

| 5-A. Code | 5-B. Nature of Action |
|---|---|
| 894 | PAY ADJ |
| 5-C. Code | 5-D. Legal Authority |
| QWM | REG. 531.205 |
| 5-E. Code | 5-F. Legal Authority |
| ZLM | EO 13393 DTD 12/22/05 |

**SECOND ACTION**

| 6-A. Code | 6-B. Nature of Action |
|---|---|
| | |
| 6-C. Code | 6-D. Legal Authority |
| | |
| 6-E. Code | 6-F. Legal Authority |
| | |

| 7. FROM: Position Title and Number | 15. TO: Position Title and Number |
|---|---|
| AUDITOR  3520000   0009101 | AUDITOR  3520000   0009101 |

| 8. Pay Plan | 9. Occ. Code | 10. Grade or Level | 11. Step or Rate | 12. Total Salary | 13. Pay Basis | 16. Pay Plan | 17. Occ. Code | 18. Grade or Level | 19. Step or Rate | 20. Total Salary/Award | 21. Pay Basis |
|---|---|---|---|---|---|---|---|---|---|---|---|
| GS | 0511 | 13 | 10 | $97213 | PA | GS | 0511 | 13 | 10 | $100554 | PA |

| 12A. Basic Pay | 12B. Locality Adj. | 12C. Adj. Basic Pay | 12D. Other Pay | 20A. Basic Pay | 20B. Locality Adj. | 20C. Adj. Basic Pay | 20D. Other Pay |
|---|---|---|---|---|---|---|---|
| $83819 | $13394 | $97213 | | $85578 | $14976 | $100554 | |

| 14. Name and Location of Position's Organization | 22. Name and Location of Position's Organization |
|---|---|
| OFFICE OF THE EXEC DIRECTOR  CHIEF FINANCIAL OFFICER  CONTRACTS & CONTROL REVIEW DEPT  WASHINGTON, DC | OFFICE OF THE EXEC DIRECTOR  CHIEF FINANCIAL OFFICER  CONTRACTS & CONTROL REVIEW DEPT  WASHINGTON, DC |

**EMPLOYEE DATA**

| 23. Veterans Preference | 24. Tenure | 25. Agency Use | 26. Veterans Pref for RIF |
|---|---|---|---|
| 2   1 - None  3 - 10-Point/Disability  5 - 10 Point/Other  2   5-Point  4 - 10-Point/Compensable  6 - 10-Point/Compensable/30% | 1   0 - None  2 - Conditional  1 - Permanent  3 - Indefinite | | X YES   NO |

| 27. FEGLI | 28. Annuitant Indicator | 29. Pay Rate Determinant |
|---|---|---|
| D0 BASIC & STANDARD OPT | 9 NOT APPLICABLE | 0 |

| 30. Retirement Plan | 31. Service Comp. Date (Leave) | 32. Work Schedule | 33. Part-Time Hours Per Biweekly Pay Period |
|---|---|---|---|
| K  FERS & FICA | 10/06/84 | F FULL-TIME | |

**POSITION DATA**

| 34. Position Occupied | 35. FLSA Category | 36. Appropriation Code | 37. Bargaining Unit Status |
|---|---|---|---|
| 1  1 - Competitive Service  3 - SES General  2 - Excepted Service  4 - SES Career | E  E - Exempt  N - Nonexempt | | 0030 |

| 38. Duty Station Code | 39. Duty Station (City - County - State or Overseas Location) |
|---|---|
| 11-0010-001 | WASHINGTON, DISTRICT OF COLUMBIA |

| 40. AGENCY DATA | 41. | 42. | 43. | 44. |
|---|---|---|---|---|
| | | | | |

45. Remarks

SALARY INCLUDES A LOCALITY PAYMENT (OR OTHER GEOGRAPHIC ADJUSTMENT) APPLICABLE IN THIS AREA

| 46. Employing Department or Agency | 50. Signature/Authentication and Title of Approving Official |
|---|---|
| BG - PENSION BNFT GTY CORP | MICHELE PILIPOVICH |
| 47. Agency Code | 48. Personnel Office ID | 49. Approval Date | DIRECTOR OF HUMAN RESOURCES |
| BG00 | 4158 | 01/09/06 | |

TURN OVER FOR IMPORTANT INFORMATION   1 - Employee Copy - Keep for Future Reference
5-Part

Editions Prior to 7/91 Are Not Usable After 6/30/93
NSN 7540-01-333-6235

Standard Form 50
Rev. 7/91
U.S. Office of Personnel Management
FPM Supp. 296-33, Subch. 4

**NOTIFICATION OF PERSONNEL ACTION**

| 1. Name (Last, First, Middle) | 2. Social Security Number | 3. Date of Birth | 4. Effective Date |
|---|---|---|---|
| PERRY, ROBERT T. | 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 | 05/05/61 | 05-14-06 |

**FIRST ACTION**

| 5-A. Code | 5-B. Nature of Action |
|---|---|
| 460 | LWOP NTE 11-12-06 |
| 5-C. Code | 5-D. Legal Authority |
| DAM | REG. 630.101 |
| 5-E. Code | 5-F. Legal Authority |
|  |  |

**SECOND ACTION**

| 6-A. Code | 6-B. Nature of Action |
|---|---|
|  |  |
| 6-C. Code | 6-D. Legal Authority |
|  |  |
| 6-E. Code | 6-F. Legal Authority |
|  |  |

7. FROM: Position Title and Number
AUDITOR
3420310    0009101

| 8. Pay Plan | 9. Occ. Code | 10. Grade or Level | 11. Step or Rate | 12. Total Salary | 13. Pay Basis |
|---|---|---|---|---|---|
| GS | 0511 | 13 | 10 | $100554 | PA |

| 12A. Basic Pay | 12B. Locality Adj. | 12C. Adj. Basic Pay | 12D. Other Pay |
|---|---|---|---|
| $ 85578 | $ 14976 | $100554 |  |

15. TO: Position Title and Number

| 16. Pay Plan | 17. Occ. Code | 18. Grade or Level | 19. Step or Rate | 20. Total Salary/Award | 21. Pay Basis |
|---|---|---|---|---|---|

| 20A. Basic Pay | 20B. Locality Adj. | 20C. Adj. Basic Pay | 20D. Other Pay |
|---|---|---|---|

14. Name and Location of Position's Organization
OFFICE OF THE EXEC DIRECTOR
CHIEF OPERATING OFFICER
INSURANCE PROGRAMS DEPT
STANDARD TERMINATION & COMPLIANCE
COMPLIANCE & AUDITS BR

22. Name and Location of Position's Organization

**EMPLOYEE DATA**

| 23. Veterans Preference | 24. Tenure | 25. Agency Use | 26. Veterans Pref for RIF |
|---|---|---|---|
| 2 - 5-Point | 1 - Permanent |  | X YES    NO |

27. FEGLI    DO BASIC + STANDARD OPTION
28. Annuitant Indicator    9 NOT APPLICABLE
29. Pay Rate Determinant    0

| 30. Retirement Plan | 31. Service Comp. Date (Leave) | 32. Work Schedule | 33. Part-Time Hours Per Biweekly Pay Period |
|---|---|---|---|
| K  FERS & FICA | 10/06/84 | F  FULL-TIME |  |

**POSITION DATA**

| 34. Position Occupied | 35. FLSA Category | 36. Appropriation Code | 37. Bargaining Unit Status |
|---|---|---|---|
| 1 - Competitive Service | E - Exempt |  | 0030 |

| 38. Duty Station Code | 39. Duty Station (City - County - State or Overseas Location) |
|---|---|
| 11-0010-001 | WASHINGTON, DISTRICT OF COLUMBIA |

| 40. Agency Data | 41. | 42. | 43. | 44. |
|---|---|---|---|---|
| 13 | 1985 | 220101 | 00 |  |

45. Remarks
FEGLI COVERAGE CONTINUES UNTIL YOUR TIME IN NONPAY STATUS TOTALS 12 MONTHS. CONTRACT YOUR SERVICING HUMAN RESOURCES OFFICE OR SEE THE FEGLI HANDBOOK AT HTTP://WWW.OPM.GOV/INSURE FOR DETAILED INFORMATION. SERVICE CREDIT FOR RETIREMENT, REDUCTION-IN-FORCE, AND LEAVE ACCRUAL PURPOSES CONTINUES FOR UP TO A MAXIMUM OF 6 MONTHS IN NONPAY STATUS PER CALENDAR YEAR.
FORWARDING ADDRESS: 1354 MONACO DRIVE SEVERN MD 21144

| 46. Employing Department or Agency | 50. Signature/Authentication and Title of Approving Official |
|---|---|
| BG - PENSION BNFT GTY CORP | MICHELE PILIPOVICH |
| 47. Agency Code | 48. Personnel Office ID | 49. Approval Date | DIRECTOR, HUMAN RESOURCES DEPT |
| BG00 | 4158 | 05/12/06 |  |

TURN OVER FOR IMPORTANT INFORMATION
5-Part           1 - Employee Copy - Keep for Future Reference

Editions Prior to 7/91 Are Not Usable After 6/30/93
NSN 7540-01-333-6236

Standard Form 50
Rev. 7/91
U.S. Office of Personnel Management
FPM Supp. 296-33, Subch. 4

## NOTIFICATION OF PERSONNEL ACTION

| 1. Name (Last, First, Middle) | 2. Social Security Number | 3. Date of Birth | 4. Effective Date |
|---|---|---|---|
| PERRY, ROBERT T | 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 | 06/05/61 | 11/13/05 |

**FIRST ACTION**

| 5-A. Code | 5-B. Nature of Action |
|---|---|
| 702 | PROMOTION |

| 5-C. Code | 5-D. Legal Authority |
|---|---|
| HAM | REG 250.101 |

| 5-E. Code | 5-F. Legal Authority |
|---|---|
| | |

**SECOND ACTION**

| 6-A. Code | 6-B. Nature of Action |
|---|---|
| | |

| 6-C. Code | 6-D. Legal Authority |
|---|---|
| | |

| 6-E. Code | 6-F. Legal Authority |
|---|---|
| | |

| 7. FROM: Position Title and Number | 15. TO: Position Title and Number |
|---|---|
| AUDITOR  3420310    9101 | AUDITOR  3420310    9101 |

| 8. Pay Plan | 9. Occ. Code | 10. Grade or Level | 11. Step or Rate | 12. Total Salary | 13. Pay Basis | 16. Pay Plan | 17. Occ. Code | 18. Grade or Level | 19. Step or Rate | 20. Total Salary/Award | 21. Pay Basis |
|---|---|---|---|---|---|---|---|---|---|---|---|
| GS | 0511 | 13 | 03 | $79766 | PA | GS | 0511 | 13 | 10 | $97213 | PA |

| 12A. Basic Pay | 12B. Locality Adj. | 12C. Adj. Basic Pay | 12D. Other Pay | 20A. Basic Pay | 20B. Locality Adj. | 20C. Adj. Basic Pay | 20D. Other Pay |
|---|---|---|---|---|---|---|---|
| $68776 | $10990 | $79766 | | $83819 | $13394 | $97213 | |

| 14. Name and Location of Position's Organization | 22. Name and Location of Position's Organization |
|---|---|
| OFFICE OF THE EXEC DIRECTOR  CHIEF OPERATING OFFICER  INSURANCE PROGRAMS DEPT  STANDARD TERM & COMPLIANCE DIV  COMPLIANCE & AUDIT BR | OFFICE OF THE EXEC DIRECTOR  CHIEF OPERATING OFFICER  INSURANCE PROGRAMS DEPT  STANDARD TERM & COMPLIANCE DIV  COMPLIANCE & AUDIT BR |

**EMPLOYEE DATA**

| 23. Veterans Preference | 24. Tenure | 25. Agency Use | 26. Veterans Pref for RIF |
|---|---|---|---|
| 2  1 - None  3 - 10-Point/Disability  5 - 10-Point/Other  2 - 5-Point  4 - 10-Point/Compensable  6 - 10-Point/Compensable/30% | 1  0 - None  2 - Conditional  1 - Permanent  3 - Indefinite | | X YES    NO |

| 27. FEGLI | 28. Annuitant Indicator | 29. Pay Rate Determinant |
|---|---|---|
| DO   BASIC & STANDARD OPTION | 9   NOT APPLICABLE | 0 |

| 30. Retirement Plan | 31. Service Comp. Date (Leave) | 32. Work Schedule | 33. Part-Time Hours Per Biweekly Pay Period |
|---|---|---|---|
| K   FERS & FICA | 10/06/84 | F   FULL-TIME | |

**POSITION DATA**

| 34. Position Occupied | 35. FLSA Category | 36. Appropriation Code | 37. Bargaining Unit Status |
|---|---|---|---|
| 1  1 - Competitive Service  3 - SES General  E - Exempt  2 - Excepted Service  4 - SES Career  N - Nonexempt | E | | 0030 |

| 38. Duty Station Code | 39. Duty Station (City - County - State or Overseas Location) |
|---|---|
| 11-0010-001 | WASHINGTON, DISTRICT OF COLUMBIA |

| 40. AGENCY DATA | 41. | 42. | 43. | 44. |
|---|---|---|---|---|
| | | | | |

45. Remarks

PURSUANT TO A STIPULATION AND SETTLEMENT PRESENTED TO THE U.S.
DISTRICT COURT FOR THE DISTRICT OF COLUMBIA ON NOVEMBER 3, 2005

EMPLOYEE IS PROMOTED FROM GS-12 STEP 06 BUT BASED ON COURT AGREEMENT
PROMOTION IS FROM GS-13 STEP 3. EMPLOYEE IS NOT RECEIVING BACK PAY
IN ACCORDANCE WITH COURT AGREEMENT.

| 46. Employing Department or Agency | 50. Signature/Authentication and Title of Approving Official |
|---|---|
| BE - PENSION BNFT GTY CORP | MICHELE PILIPOVICH  DIRECTOR OF HUMAN RESOURCES  051676991 |

| 47. Agency Code | 48. Personnel Office ID | 49. Approval Date |
|---|---|---|
| BG00 | 4158 | 11/23/05 |

5-Part    2 - OPF Copy - Long-Term Record -- DO NOT DESTROY

Standard Form 50
Rev. 7/91
U.S. Office of Personnel Management
FPM Supp. 296-33, Subch. 4

**NOTIFICATION OF PERSONNEL ACTION**

| 1. Name (Last, First, Middle) | 2. Social Security Number | 3. Date of Birth | 4. Effective Date |
|---|---|---|---|
| PERRY, ROBERT T | 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 | 06-05-61 | 10-31-04 |

**FIRST ACTION** | **SECOND ACTION**

| 5-A. Code | 5-B. Nature of Action | 6-A. Code | 6-B. Nature of Action |
|---|---|---|---|
| 702 | PROMOTION | | |

| 5-C. Code | 5-D. Legal Authority | 6-C. Code | 6-D. Legal Authority |
|---|---|---|---|
| ZLM | SETTLEMENT AGREEMENT DTD 11-08-05 | | |

| 5-E. Code | 5-F. Legal Authority | 6-E. Code | 6-F. Legal Authority |
|---|---|---|---|
| | | | |

| 7. FROM: Position Title and Number | | 15. TO: Position Title and Number | |
|---|---|---|---|
| AUDITOR | 8807  1022133 | AUDITOR | 9101  3420310 |

| 8. Pay Plan | 9. Occ. Code | 10. Grade or Level | 11. Step or Rate | 12. Total Salary | 13. Pay Basis | 16. Pay Plan | 17. Occ. Code | 18. Grade or Level | 19. Step or Rate | 20. Total Salary/Award | 21. Pay Basis |
|---|---|---|---|---|---|---|---|---|---|---|---|
| GS | 0511 | 11 | 00 | $68225 | PA | GS | 0511 | 13 | 03 | $76916 | A |

| 12A. Basic Pay | 12B. Locality Adj. | 12C. Adj. Basic Pay | 12D. Other Pay | 20A. Basic Pay | 20B. Locality Adj. | 20C. Adj. Basic Pay | 20D. Other Pay |
|---|---|---|---|---|---|---|---|
| $59544 | $8711 | $68225 | | $67099 | $9817 | $76916 | |

| 14. Name and Location of Position's Organization | 22. Name and Location of Position's Organization |
|---|---|
| OFFICE OF THE EXEC DIRECTOR<br>CHIEF OPERATING OFFICER<br>INSURANCE OPERATIONS DEPT<br>STANDARD TERMINATION & COMPL DIV<br>COMPLIANCE & AUDITS BR | OFFICE OF THE EXEC DIRECTOR<br>CHIEF OPERATING OFFICER<br>INSURANCE PROGRAMS DEPT<br>STANDARD TERMINATION & COMPL DIV<br>COMPLIANCE & AUDIT BR |

**EMPLOYEE DATA**

| 23. Veterans Preference | 24. Tenure | 25. Agency Use | 26. Veterans Pref for RIF |
|---|---|---|---|
| 2 — 1-None  2-5-Point  3-10-Point/Disability  4-10-Point/Compensable  5-10-Point/Other  6-10-Point/Compensable/30% | 1 — 0-None  1-Permanent  2-Conditional  3-Indefinite | | X YES  [ ] NO |

| 27. FEGLI | 28. Annuitant Indicator | 29. Pay Rate Determinant |
|---|---|---|
| DO BASIC + STANDARD OPTION | 9 NOT APPLICABLE | 0 |

| 30. Retirement Plan | 31. Service Comp. Date (Leave) | 32. Work Schedule | 33. Part-Time Hours Per Biweekly Pay Period |
|---|---|---|---|
| K FERS & FICA | | F FULL-TIME | |

**POSITION DATA**

| 34. Position Occupied | 35. FLSA Category | 36. Appropriation Code | 37. Bargaining Unit Status |
|---|---|---|---|
| 1 — 1-Competitive Service  2-Excepted Service  3-SES General  4-SES Career | E-Exempt  N-Nonexempt | | 0030 |

| 38. Duty Station Code | 39. Duty Station (City - County - State or Overseas Location) |
|---|---|
| 11-0010-001 | WASHINGTON, DISTRICT OF COLUMBI |

| 40. AGENCY DATA | 41. | 42. | 43. | 44. |
|---|---|---|---|---|
| | | | | |

45. Remarks

PURSUANT TO A SETTLEMENT AND STIPULATION PRESENTED TO THE U.S.
DISTRICT COURT FOR THE DISTRICT OF COLUMBIA ON NOVEMBER 8, 2005
EMPLOYEE IS NOT TO RECEIVE BACK PAY IN ACCORDANCE WITH
COURT AGREEMENT.

| 46. Employing Department or Agency | 50. Signature/Authentication and Title of Approving Official |
|---|---|
| BG - PENSION BNFT GTY CORP | MICHELE PILIPOVICH<br>DIRECTOR, HUMAN RESOURCES |

| 47. Agency Code | 48. Personnel Office ID | 49. Approval Date | |
|---|---|---|---|
| BG00 | 4158 | 11/23/05 | |

5-Part    2 - OPF Copy - Long-Term Record -- DO NOT DESTROY

Editions Prior to 7/91 Are Not Usable After 8/30/93
NSN 7540-01-333-6236

Apr 16 07 12:02p        PERRY                          2025260069                  p.9

Standard Form 50-B
Rev. 7/91
U.S. Office of Personnel Management
FPM Supp. 296-33, Subch. 4

## NOTIFICATION OF PERSONNEL ACTION

| 1. Name (Last, First, Middle) | 2. Social Security Number | 3. Date of Birth | 4. Effective Date |
|---|---|---|---|
| PERRY, ROBERT T | 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 | 06/05/61 | 11/13/05 |

**FIRST ACTION**

| 5-A. Code | 5-B. Nature Of Action |
|---|---|
| 919 | DETAIL NTE 05-13-06 |

| 5-C. Code | 5-D. Legal Authority |
|---|---|
| | |

| 5-E. Code | 5-F. Legal Authority |
|---|---|
| | |

**SECOND ACTION**

| 6-A. Code | 6-B. Nature of Action |
|---|---|
| | |

| 6-C. Code | 6-D. Legal Authority |
|---|---|
| | |

| 6-E. Code | 6-F. Legal Authority |
|---|---|
| | |

| 7. FROM: Position Title and Number | 15. TO: Position Title and Number |
|---|---|
| AUDITOR<br>3420310   0009101 | AUDITOR<br>3520000   0009101 |

| 8. Pay Plan | 9. Occ. Code | 10. Grade/Level | 11. Step/Rate | 12. Total Salary | 13. Pay Basis | 16. Pay Plan | 17. Occ. Code | 18. Grade/Level | 19. Step/Rate | 20. Total Salary/Award | 21. Pay Basis |
|---|---|---|---|---|---|---|---|---|---|---|---|
| GS | 0511 | 13 | 10 | $97213 | PA | GS | 0511 | 13 | 10 | | PA |

| 12A. Basic Pay | 12B. Locality Adj. | 12C. Adj. Basic Pay | 12D. Other Pay | 20A. Basic Pay | 20B. Locality Adj. | 20C. Adj. Basic Pay | 20D. Other Pay |
|---|---|---|---|---|---|---|---|
| $83819 | $13394 | $97213 | $0 | | | | |

| 14. Name and Location of Position's Organization | 22. Name and Location of Position's Organization |
|---|---|
| OFFICE OF THE EXEC DIRECTOR<br>CHIEF OPERATING OFFICER<br>INSURANCE PROGRAMS DEPT<br>STANDARD TERMINATION & COMPLIANCE DIV<br>COMPLIANCE & AUDITS BR<br>WASHINGTON, DC | OFFICE OF THE EXEC DIRECTOR<br>CHIEF FINANCIAL OFFICER<br>CONTRACTS & CONTROL REVIEW DEPT<br><br>WASHINGTON, DC |

**EMPLOYEE DATA**

| 23. Veteran's Preference | 24. Tenure | 25. Agency Use | 26. Veterans Preference for RIF |
|---|---|---|---|
| 2  1-None  3-10-Point/Disability  5-10-Point Other<br>   2-5-Point  4-10-Point Compensable  6-10-Point/Compensable/30% | 1  0-None  2-Conditional<br>   1-Permanent  3-Indefinite | | X YES   NO |

| 27. FEGLI | 28. Annuitant Indicator | 29. Pay Rate Determinant |
|---|---|---|
| D0  BASIC + STANDARD OPTION | 9  NOT APPLICABLE | 0 |

| 30. Retirement Plan | 31. Service Comp. Date (Leave) | 32. Work Schedule | 33. Part-Time Hours Per Biweekly Pay Period |
|---|---|---|---|
| K  FERS & FICA | 10/06/84 | F  FULL-TIME | |

**POSITION DATA**

| 34. Position Occupied | 35. FLSA Category | 36. Appropriation Code | 37. Bargaining Unit Status |
|---|---|---|---|
| 1  1-Competitive Service  3-SES General<br>   2-Excepted Service  4-SES Career Reserved | E  E-Exempt<br>   N-Nonexempt | | 0030 |

| 38. Duty Station Code | 39. Duty Station (City - County - State or Overseas Location) |
|---|---|
| 11-0010-001 | WASHINGTON, DISTRICT OF COLUMBIA |

| 40. Agency Data | 41. VET-STAT | 42. EDUC LVL | 43. SUPV STAT | 44. POSITION SENSITIVITY |
|---|---|---|---|---|
| CLS  00 | P | 13 | 8 | MODERATE RISK |

45. Remarks

PURSUANT TO A STIPULATION AND SETTLEMENT PRESENTED TO THE U.S.
DISTRICT COURT FOR THE DISTRICT OF COLUMBIA ON NOVEMBER 8, 2005

| 46. Employing Department or Agency | 50. Signature/Authentication and Title of Approving Official |
|---|---|
| BG - PENSION BNFT GTY CORP | *[signature]* MICHELE PILIPOVICH<br>DIRECTOR OF HUMAN RESOURCES<br>051677089 |

| 47. Agency Code | 48. Personnel Office ID | 49. Approval Date | |
|---|---|---|---|
| BG00 | 4158 | 11/14/05 | |

1 - Employee Copy - Keep for Future Reference

Standard Form 50
Rev. 7/91
U.S. Office of Personnel Management
FPM Supp. 296-33, Subch. 4

## NOTIFICATION OF PERSONNEL ACTION

| 1. Name (Last, First, Middle) | 2. Social Security Number | 3. Date of Birth | 4. Effective Date |
|---|---|---|---|
| PERRY, ROBERT T. | 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 | 06-05-61 | 10-31-04 |

**FIRST ACTION**

| 5-A. Code | 5-B. Nature of Action |
|---|---|
| 702 | PROMOTION |

| 5-C. Code | 5-D. Legal Authority |
|---|---|
| ASM | SETTLEMENT AGREEMENT DTD 11/08/05 |

| 5-E. Code | 5-F. Legal Authority |
|---|---|
| | |

**SECOND ACTION**

| 6-A. Code | 6-B. Nature of Action |
|---|---|
| | |

| 6-C. Code | 6-D. Legal Authority |
|---|---|
| | |

| 6-E. Code | 6-F. Legal Authority |
|---|---|
| | |

| 7. FROM: Position Title and Number | 15. TO: Position Title and Number |
|---|---|
| AUDITOR  1022133  #8807 | AUDITOR  3420310  #9101 |

| 8. Pay Plan | 9. Occ. Code | 10. Grade or Level | 11. Step or Rate | 12. Total Salary | 13. Pay Basis | 16. Pay Plan | 17. Occ. Code | 18. Grade or Level | 19. Step or Rate | 20. Total Salary/Award | 21. Pay Basis |
|---|---|---|---|---|---|---|---|---|---|---|---|
| GS | 0511 | 11 | 00 | $68225 | PA | GS | 0511 | 13 | 03 | $76916 | PA |

| 12A. Basic Pay | 12B. Locality Adj. | 12C. Adj. Basic Pay | 12D. Other Pay | 20A. Basic Pay | 20B. Locality Adj. | 20C. Adj. Basic Pay | 20D. Other Pay |
|---|---|---|---|---|---|---|---|
| $59544 | $8711 | $68225 | | $67099 | $9817 | $76916 | |

| 14. Name and Location of Position's Organization | 22. Name and Location of Position's Organization |
|---|---|
| OFFICE OF THE EXEC DIRECTOR  CHIEF OPERATING OFFICER  INSURANCE OPERATIONS DEPT  STANDARD TERMINATION & COMPL DIV  COMPLIANCE & AUDITS BR | OFFICE OF THE EXEC DIRECTOR  CHIEF OPERATING OFFICER  INSURANCE PROGRAMS DEPT  STANDARD TERMINATION & COMPL DIV  COMPLIANCE & AUDITS BR |

| 23. Veterans Preference | 24. Tenure | 25. Agency Use | 26. Veterans Pref for RIF |
|---|---|---|---|
| 2  1-None  3-10-Point/Disability  5-10-Point/Other  2-5-Point  4-10-Point/Compensable  6-10-Point/Compensable/30% | 1  0-None  2-Conditional  1-Permanent  3-Indefinite | | X YES   NO |

| 27. FEGLI | 28. Annuitant Indicator | 29. Pay Rate Determinant |
|---|---|---|
| D0 BASIC + STANDARD OPTION | 9 NOT APPLICABLE | 0 |

| 30. Retirement Plan | 31. Service Comp. Date (Leave) | 32. Work Schedule | 33. Part-Time Hours Per Biweekly Pay Period |
|---|---|---|---|
| K FERS & FICA | 10/06/84 | F FULL-TIME | |

**POSITION DATA**

| 34. Position Occupied | 35. FLSA Category | 36. Appropriation Code | 37. Bargaining Unit Status |
|---|---|---|---|
| 1  1-Competitive Service  3-SES General  2-Excepted Service  4-SES Career | E  E-Exempt  N-Nonexempt | | 0030 |

| 38. Duty Station Code | 39. Duty Station (City - County - State or Overseas Location) |
|---|---|
| 11-0010-001 | WASHINGTON, DICTRICT OF COLUMBIA |

| 40. AGENCY DATA | 41. | 42. | 43. | 44. |
|---|---|---|---|---|

45. Remarks

| 46. Employing Department or Agency | 50. Signature/Authentication and Title of Approving Official |
|---|---|
| BG - PENSION BNFT GTY CORP | MICHELE PILIPOVICH  DIRECTOR, HUMAN RESOURCES |

| 47. Agency Code | 48. Personnel Office ID | 49. Approval Date |
|---|---|---|
| BG00 | 4158 | 11/23/05 |

TURN OVER FOR IMPORTANT INFORMATION
5-Part    1 - Employee Copy - Keep for Future Reference

Editions Prior to 7/91 Are Not Usable After 6/30/93
NSN 7540-01-333-6236

Standard Form 50-B
Rev. 7/91
U.S. Office of Personnel Management
FPM Supp. 296-33, Subch. 4

## NOTIFICATION OF PERSONNEL ACTION

| 1. Name (Last, First, Middle) | 2. Social Security Number | 3. Date of Birth | 4. Effective Date |
|---|---|---|---|
| PERRY, ROBERT T | 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 | 06/05/61 | 11/13/05 |

**FIRST ACTION**

| 5-A. Code | 5-B. Nature Of Action |
|---|---|
| 919 | DETAIL NTE 05-13-06 |

| 5-C. Code | 5-D. Legal Authority |
|---|---|
| | |

| 5-E. Code | 5-F. Legal Authority |
|---|---|
| | |

**SECOND ACTION**

| 6-A. Code | 6-B. Nature of Action |
|---|---|
| | |

| 6-C. Code | 6-D. Legal Authority |
|---|---|
| | |

| 6-E. Code | 6-F. Legal Authority |
|---|---|
| | |

| 7. FROM: Position Title and Number | 15. TO: Position Title and Number |
|---|---|
| AUDITOR  3420310  0009101 | AUDITOR  3520000  0009101 |

| 8. Pay Plan | 9. Occ. Code | 10. Grade/Level | 11. Step/Rate | 12. Total Salary | 13. Pay Basis | 16. Pay Plan | 17. Occ. Code | 18. Grade/Level | 19. Step/Rate | 20. Total Salary/Award | 21. Pay Basis |
|---|---|---|---|---|---|---|---|---|---|---|---|
| GS | 0511 | 13 | 10 | $97213 | PA | GS | 0511 | 13 | 10 | | PA |

| 12A. Basic Pay | 12B. Locality Adj. | 12C. Adj. Basic Pay | 12D. Other Pay | 20A. Basic Pay | 20B. Locality Adj. | 20C. Adj. Basic Pay | 20D. Other Pay |
|---|---|---|---|---|---|---|---|
| $83819 | $13394 | $97213 | $0 | | | | |

| 14. Name and Location of Position's Organization | 22. Name and Location of Position's Organization |
|---|---|
| OFFICE OF THE EXEC DIRECTOR  CHIEF OPERATING OFFICER  INSURANCE PROGRAMS DEPT  STANDARD TERMINATION & COMPLIANCE DIV  COMPLIANCE & AUDITS BR  WASHINGTON, DC | OFFICE OF THE EXEC DIRECTOR  CHIEF FINANCIAL OFFICER  CONTRACTS & CONTROL REVIEW DEPT  WASHINGTON, DC |

**EMPLOYEE DATA**

| 23. Veterans Preference | 24. Tenure | 25. Agency Use | 26. Veterans Preference for RIF |
|---|---|---|---|
| 2   1-None  3-10-Point/Disability  5-10-Point Other  2-5-Point  4-10-Point Compensable  6-10-Point/Compensable/30% | 1   0-None  2-Conditional  1-Permanent  3-Indefinite | | X YES   NO |

| 27. FEGLI | 28. Annuitant Indicator | 29. Pay Rate Determinant |
|---|---|---|
| D0  BASIC + STANDARD OPTION | 9  NOT APPLICABLE | 0 |

| 30. Retirement Plan | 31. Service Comp. Date (Leave) | 32. Work Schedule | 33. Part-Time Hours Per Biweekly Pay Period |
|---|---|---|---|
| K  FERS & FICA | 10/06/84 | F  FULL-TIME | |

**POSITION DATA**

| 34. Position Occupied | 35. FLSA Category | 36. Appropriation Code | 37. Bargaining Unit Status |
|---|---|---|---|
| 1   1-Competitive Service  3-SES General  2-Excepted Service  4-SES Career Reserved | E  E-Exempt  N-Nonexempt | | 0030 |

| 38. Duty Station Code | 39. Duty Station (City - County - State or Overseas Location) |
|---|---|
| 11-0010-001 | WASHINGTON, DISTRICT OF COLUMBIA |

| 40. Agency Data NC | 41. VET-STAT | 42. EDUC LVL | 43. SUPV STAT | 44. POSITION SENSITIVITY |
|---|---|---|---|---|
| CLS  00 | P | 13 | 8 | MODERATE RISK |

45. Remarks

| 46. Employing Department or Agency | 50. Signature/Authentication and Title of Approving Official |
|---|---|
| BG - PENSION BNFT GTY CORP | *Jacqueline A Isaac*  MICHELE PILIPOVICH  DIRECTOR OF HUMAN RESOURCES  051677089 |

| 47. Agency Code | 48. Personnel Office ID | 49. Approval Date |
|---|---|---|
| BG00 | 4158 | 11/14/05 |

1 - Employee Copy - Keep for Future Reference

Standard Form 50
Rev. 7/91
U.S. Office of Personnel Management
FPM Supp. 296-33, Subch. 4

**NOTIFICATION OF PERSONNEL ACTION**

| 1. Name (Last, First, Middle) | 2. Social Security Number | 3. Date of Birth | 4. Effective Date |
|---|---|---|---|
| PERRY, ROBERT T. | 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 | 06/05/61 | 11/13/05 |

**FIRST ACTION**

| 5-A. Code | 5-B. Nature of Action |
|---|---|
| 702 | PROMOTION |

| 5-C. Code | 5-D. Legal Authority |
|---|---|
| ASM | SETTLEMENT AGREEMENT DTD 11/08/05 |

| 5-E. Code | 5-F. Legal Authority |
|---|---|
| | |

**SECOND ACTION**

| 6-A. Code | 6-B. Nature of Action |
|---|---|
| | |

| 6-C. Code | 6-D. Legal Authority |
|---|---|
| | |

| 6-E. Code | 6-F. Legal Authority |
|---|---|
| | |

| 7. FROM: Position Title and Number | 15. TO: Position Title and Number |
|---|---|
| AUDITOR  3420310  #9101 | AUDITOR  3420310  #9101 |

| 8. Pay Plan | 9. Occ. Code | 10. Grade or Level | 11. Step or Rate | 12. Total Salary | 13. Pay Basis | 16. Pay Plan | 17. Occ. Code | 18. Grade or Level | 19. Step or Rate | 20. Total Salary/Award | 21. Pay Basis |
|---|---|---|---|---|---|---|---|---|---|---|---|
| GS | 0511 | 13 | 03 | $79766 | PA | GS | 0511 | 13 | 10 | $97213 | PA |

| 12A. Basic Pay | 12B. Locality Adj. | 12C. Adj. Basic Pay | 12D. Other Pay | 20A. Basic Pay | 20B. Locality Adj. | 20C. Adj. Basic Pay | 20D. Other Pay |
|---|---|---|---|---|---|---|---|
| $68776 | $10990 | $79766 | | $83819 | $13394 | $97213 | |

| 14. Name and Location of Position's Organization | 22. Name and Location of Position's Organization |
|---|---|
| OFFICE OF THE EXEC DIRECTOR CHIEF OPERATING OFFICER INSURANCE PROGRAMS DEPT STANDARD TERM & COMPLIANCE DIV COMPLIANCE & AUDIT BR | OFFICE OF THE EXEC DIRECTOR CHIEF OPERATING OFFICER INSURANCE PROGRAMS DEPT STANDARD TERM & COMPLIANCE DIV COMPLIANCE & AUDIT BR |

**EMPLOYEE DATA**

| 23. Veterans Preference | 24. Tenure | 25. Agency Use | 26. Veterans Pref for RIF |
|---|---|---|---|
| 2 - 5-Point | 1 - Permanent | | X YES |

| 27. FEGLI | 28. Annuitant Indicator | 29. Pay Rate Determinant |
|---|---|---|
| D0 BASIC & STANDARD OPTION | 9 NOT APPLICABLE | 0 |

| 30. Retirement Plan | 31. Service Comp. Date (Leave) | 32. Work Schedule | 33. Part-Time Hours Per Biweekly Pay Period |
|---|---|---|---|
| K FERS & FICA | 10/06/84 | F FULL-TIME | |

**POSITION DATA**

| 34. Position Occupied | 35. FLSA Category | 36. Appropriation Code | 37. Bargaining Unit Status |
|---|---|---|---|
| 1 - Competitive Service | E - Exempt | | 0030 |

| 38. Duty Station Code | 39. Duty Station (City - County - State or Overseas Location) |
|---|---|
| 11-0010-001 | WASHINGTON, DISTRICT OF COLUMBIA |

| 40. Agency Data | 41. | 42. | 43. | 44. |
|---|---|---|---|---|

45. Remarks

| 46. Employing Department or Agency | 50. Signature/Authentication and Title of Approving Official |
|---|---|
| BG - PENSION BNFT GTY CORP | MICHELE PILIPOVICH  DIRECTOR, HUMAN RESOURCES |

| 47. Agency Code | 48. Personnel Office ID | 49. Approval Date |
|---|---|---|
| BG00 | 4158 | 11/23/05 |

TURN OVER FOR IMPORTANT INFORMATION
5-Part                    1 - Employee Copy - Keep for Future Reference

Editions Prior to 7/91 Are Not Usable After 6/30/93
NSN 7540-01-333-6236