## Perry Robert

**From:** Perry Robert
**Sent:** Tuesday, December 13, 2005 1:06 PM
**To:** Lattimer Rick
**Cc:** Barber Stephen; Starr Judith; Pilipovich Michele; Silva Ricardo; Bledsoe Lori; Jeffers Dwayne; Perry Robert
**Subject:** RE: Your OPF's

Rick, I have tried for the past weeks to view my OPF records without success. Today I was informed that my file was not available as well. Please let me know what is needed to view my OPF file.

Rick, I received three (3) SF 50's on November 23, 2005 as a result of a settlement agreement signed and executed by a Federal Magistrate on November 8, 2005. I believe these SF forms contain information that is unwarranted and contrary to the intent of the previously stated settlement agreement between PBGC and me. Particularly, each of the SF forms make it blatantly obvious that my promotion was the result of litigation against PBGC. This specified language is in addition to the codes on the forms used for this purpose, when and if the codes are needed. Rick, the SF forms were provided to me after I informed you that I wanted these forms to apply for employment outside of PBGC. Therefore, I respectfully request that you review these forms and let me know if the information is needed on the SF forms and within the requirement and intent of the above stated settlement agreement between PBGC and me.

Please contact me if you need further information.

Robert T. Perry
Contracts and Controls Review
 Department, Auditor
(202) 326-4000, Ext. 3495
perry.robert@pbgc.gov
1-202-326-4161 ext. 3495
FAX: (202) 326-4197

Pension Benefit Guaranty Corporation
1200 K Street, NW, Suite 10907
Washington, D.C. 20005-4046

-----Original Message-----
**From:** Cannon Gina
**Sent:** Wednesday, December 07, 2005 3:54 PM
**To:** Jeffers Dwayne; Perry Robert
**Cc:** Beyene Almaz
**Subject:** Your OPF's

I have your OPF's for your review...please see me tomorrow. I should be here anytime after 9.

Gina F. Cannon
Pension Benefit Guaranty Corporation
Human Resources Department, Business Center
202-326-4110, ext 3173

1

3