**Perry Robert**

**From:** Bledsoe Lori
**Sent:** Monday, January 23, 2006 2:22 PM
**To:** Perry Robert
**Cc:** Williams David; Apergis Steve; Jeffers Dwayne
**Subject:** RE: SF-50

**Importance:** High
**Sensitivity:** Confidential

Mr. Perry, This serves as an update to you in regard to our attempt to resolve at the lowest possible level the matters you raised to Counselor Steve Apergis regarding the corrections to the SF-50's generated as a result of your November settlement agreement. We have been informed that HRD will be issuing an SF-50 to you this week for the January COLA, this SF-50 is said to have no reference to the previous actions and may be used for employment purposes. We are still awaiting additional information from HRD regarding any changes to the November SF-50's and will let you know when new information is obtained.

If you were and still are interested in addressing any modifications to your previous settlement agreement as was relayed from Counselor Apergis to this office, we are referring you back to your attorney to address those matters. Again, If you have any questions in regard to my email or this matter, please contact me or David Williams of my staff directly and as always we will be more than happy to assist you.

-----Original Message-----
**From:** Perry Robert
**Sent:** Friday, January 20, 2006 9:38 AM
**To:** Bledsoe Lori
**Cc:** Williams David; Apergis Steve; Jeffers Dwayne; Perry Robert
**Subject:** FW: SF-50
**Importance:** High
**Sensitivity:** Confidential

Ms. Bledsoe, I request for my relief of my EEO complaints **all that is available by law**.

Thank you, Robert

Robert T. Perry
EEO Complainant

-----Original Message-----
**From:** Bledsoe Lori
**Sent:** Thursday, January 19, 2006 3:47 PM
**To:** Perry Robert
**Cc:** Williams David; Jeffers Dwayne; Apergis Steve
**Subject:** RE: SF-50
**Importance:** High
**Sensitivity:** Confidential

Mr. Perry,

Obviously my earlier email sent at 12:48 and yours sent at 12:45 below, crossed each other .(See my email below). Your email below provides the further clarification requested regarding what we understood was relayed to us by the counselor. We did not understand when EEO Counselor Steve Apergis discussed the matter with us, that you were alleging the matter was retaliation. I take full responsibility for that misunderstanding and Steve Apergis may have very well relayed that. However, since there is typically specific language included in EEO settlement agreements to include the process for addressing any issues and concerns that arise after a settlement agreement is effected, based on that knowledge, we directed the matter from the counselor to the EEO Office to address resolution.

Let me remind you that one of this Office's primary goals which includes the EEO Officials and the EEO Counselors, is to attempt to resolve matters at the lowest possible level. Although your notice of right to file was issued and there was a misunderstanding on my part of your allegations of retaliation, we maintain our responsibility to attempt