*The Truth Behind the E-mail Discipline*

# Robert Perry and Dwayne Jeffers
# Divulged E-Mails to Executive Director

---
*Management Informants Exposed*
---

The **firing and discipline** of numerous contractors and PBGC employees was not an accident. It was not the result of a "random" review of e-mails. Rather, ROBERT PERRY in collusion with DWAYNE JEFFERS ratted on and fingered employees and turned them in to the Executive Director, Inspector General and other top management officials. Jeffers bragged that as far as he was concerned, if employees suffered, they were just "collateral damage" for his selfish scheme.

In 2004, Perry with the aid of Jeffers forwarded copies of employees' e-mails to Bradley Belt and the Inspector General. Perry along with Jeffers demanded that management find these individuals. He pledged to help weed them out.

After management initiated disciplinary action, Jeffers gloated. As officials of the union local, Perry and Jeffers reportedly acted to undermine the efforts of employees to defend themselves. Here is what Perry and Jeffers sent to management:

| | |
|---|---|
| From: | Perry Robert |
| Sent: | Tuesday, April 27, 2004 6:27 p.m |
| To: | Apergis Steve; Belt Bradley; Snowbarger Vince; Grant Joseph; Seal John; Pilipovich Michelle; Keightley James; Hagans Bennie; Emmons Robert; Smith Noisette |
| Cc: | Jeffers Dwayne; Perry Robert |
| Subject: | EEO Summary for EEO Counselor |

To: Bradley Belt, Steve Apergis
From: Robert Perry

The attached e-mail is Vulgar and should be viewed with CAUTION. I have more of these e-mails to support my case if needed. I received these e-mails and never participated in the dissemination of this smut. I believe that many PBGC employees engaged in these types of e-mails to include management officials. PBGC expends lots of its money on computers and should have the technology to find these individuals if it really finds this behavior offensive.

[e-mail on Grandma's Doggy Style]        [e-mail on Why _____ Come in Boxes]

I feel that I should continue to help PBGC do its job of weeding out inappropriate activity within the PBGC to maintain its good order.

Respectfully Submitted
Robert Perry

---

*Now you know what ROBERT PERRY and DWAYNE JEFFERS are really about.*

# ROBERT PERRY and DWAYNE JEFFERS Roles in Discipline Over E-mails Bring Angry Reactions

**Employees have expressed disgust and outrage after seeing the proof that ROBERT PERRY and DWAYNE JEFFERS provided top management with copies of employees' e-mail messages that led to the firing of contractors and discipline of PBGC employees.  Here is a sample of reactions:**

–    **I hope that Perry and Jeffers don't run into one of the fired contractors. It might not be too pleasant.**

–    **So that's how it happened!  I always knew that Robert Perry and Dwayne Jeffers were no good.**

–    **Robert Perry.  Isn't he the one who got people downgraded?**

–    **They should be ashamed to show their faces around here.**

–    **Perry and Jeffers.  They are as bad as management.**

–    **Aren't Perry and Jeffers <u>NAGE</u> union officials?  They should resign.**

–    **The union is no good.  Getting people into trouble.  We need a new union.**

–    **So they helped get people fired?  Maybe they should get out of here.**

---

| From: | Perry Robert |
|---|---|
| Sent: | Tuesday, April 27, <u>2004</u> 6:27 p.m |
| To: | Apergis Steve; <u>Belt Bradley</u>; Snowbarger Vince; Grant Joseph; Seal John; Pilipovich Michelle; Keightley James; Hagans Bennie; Emmons Robert; Smith Noisette |
| Cc: | <u>Jeffers Dwayne</u>; Perry Robert |
| Subject: | EEO Summary for EEO Counselor |

To:    <u>Bradley Belt</u>, Steve Apergis
From: Robert Perry

The attached e-mail is Vulgar and should be viewed with CAUTION.  I have more of these e-mails to support my case if needed.  I received these e-mails and never participated in the dissemination of this smut.  I believe that many PBGC employees engaged in these types of e-mails to include management officials.  PBGC expends lots of its money on computers and should have the technology to find these individuals if it really finds this behavior offensive.

[e-mail on Grandma's Doggy Style]          [e-mail on Why _____ Come in Boxes]

I feel that I should continue to help PBGC do its job of weeding out inappropriate activity within the PBGC to maintain its good order.

Respectfully Submitted

## *The Robert Perry - Dwayne Jeffers Scandal*

# "So do I admit having adult conversations at work?  Sure."

**Sworn Statement of**

**ROBERT PERRY**

---

**Under the law, and PBGC policies and directives, all employees and contractors are entitled to a work environment that is free of unwelcome and offensive behavior.**

**ROBERT PERRY, assisted by Dwayne Jeffers (both of NAGE), snitched on employees by sending e-mail messages to management.  Contractors were fired.  Employees were disciplined.  But, ROBERT PERRY admits under oath that he has "adult conversations" in the workplace.  (Transcript available.)**

**If Robert Perry's behavior is offensive to you, protect yourself right away.**

**Call the EEO Manager.  Lori Bledsoe.  Ext. 3345.**

# JOHN SEAL FEARS THE TRUTH

### *Employees Charge Violation of Free Speech and Civil Rights*

## Management's Coverup of Robert Perry-Jeffers Scandal Is Exposed

John Seal is unhappy that people are learning the truth behind the firing of contractors and the discipline of employees. So, on Thursday, June 16, he sent a threatening message to try to prevent employees from learning more. Seal is afraid that employees will learn about management's coverup of the truth and its use of Robert Perry and Dwayne Jeffers to hurt employees. In the bigger scheme of things, Seal and management want to suppress the First Amendment rights of employees to communicate about their working conditions and their civil rights to report discrimination by management and NAGE.

In response, several employees are challenging Seal's attack on everyone's rights. We urge all employees to contact the EEO office and the Federal Labor Relations Authority to ask them to protect your basic American rights.

<u>Here is the TRUTH that John Seal does not want you to know:</u>

**TRUTH: Perry and Jeffers of NAGE Snitched on Employees**

It was Robert Perry with the aid of Dwayne Jeffers of NAGE who gave employees' e-mails to top management and demanded an investigation. The hard proof is out there. Jeffers reportedly bragged that if contractors and employees were fired or disciplined, that was just "collateral damage."

**TRUTH: It Was Not a Random Search**

Management went after employees based on the documents that Robert Perry provided with Jeffers' assistance.

**TRUTH: The Executive Director Did Not Tell Employees the Facts**

Contrary to the Executive Director's claim in his February 11 all-employee e-mail, the investigation and discipline was not the result of a "random search." Rather, it started with Robert Perry and Dwayne Jeffers turning in employees.

**TRUTH: Management Was Covering Up for Perry, Jeffers and NAGE**

The February 11 all employees e-mail from the Executive Director was a deliberate effort to protect Perry and Jeffers and help NAGE in the campaign to stop an independent union. Word was going around at the time about Perry and Jeffers being the cause of the investigation and discipline. In return for management covering up for Perry and Jeffers, NAGE and Dick Petta showed that they would not defend disciplined employees.

**TRUTH: Management Is Trying to Rescue Perry and Jeffers**

Seal's June 16 e-mail is meant to immediately stop publicity that would teach employees more about Perry and Jeffers and how they and NAGE have been working directly with management to harm employees. But, by its blatant, public reaction, and its heavy-handed attempt to sew fear, management is proving that Robert Perry and Dwayne Jeffers have been working for management. **Reportedly, Perry and Jeffers have been rewarded by getting to "work" at home!**

**TRUTH: Jeffers, Perry and NAGE Have Been Threatening Employees in Order to Help Management**

For nearly two years, management has allowed Dwayne Jeffers and others from NAGE to send messages that threaten employees. Jeffers has sent messages to incite hatred and possible physical attacks, using vicious and charged language. In messages, Jeffers calls certain co-workers "OSAMA BIN LADEN" and

"SADDAM HUSSEIN" and TERRORISTS. Jeffers' messages bring up the MAFIA. He denounces employees as "PORNOGRAPHERS" and PSYCHOTIC. This behavior comes from Jeffers as an officer and Chief Steward of NAGE. Robert Perry admits that he engaged in "adult conversation" in the workplace. That is a form of bullying. Other NAGE officials, namely Dick Petta and Cynthia Greene, have assisted management in disciplinary investigations of employees.

**TRUTH: John Seal Is Intolerant of Employee Rights and Has a Long Anti-Employee Record**

John Seal's latest effort to suppress free speech and civil rights activity, and his use of bullies from NAGE are reminders of his history of seeking to maintain total dominion and control over the workplace, his efforts to reduce employee benefits, and his fostering of unfairness and prejudice. John Seal:
- refused to implement the agreement to double flexiplace
- refused to eliminate performance awards quotas
- refused to implement the agreement to increase awards
- was found by the EEOC to have violated employees' civil rights by improperly serving as EEO Director
- was found by an arbitrator to be unlawfully failing to provide employees with a neutral and independent EEO complaint processing system
- was found by the NAACP Federal Sector Task Force to be involved in making PBGC into an agency that, for its size, has one of the worst federal agency civil rights records
- was found by an arbitrator to discriminate against a GS-4 disabled employee
- is ultimately responsible for what an arbitrator found to be retaliation against a staff attorney
- was found by a Magistrate Judge to have unjustly handled an employee's EEO complaint; as a result, the PBGC ended up paying tens of thousands of dollars
- ultimately oversaw personnel decisions that caused the agency to pay out tens of thousands of dollars in EEO cases

**TRUTH: Seal Has Interfered in the Rights of Former Union Officials**

An arbitrator found that the Human Resources Department under John Seal improperly interfered in the work relations of a former union official and improperly smeared that individual.

**Cloud Over John Seal**

While John Seal reportedly is retiring for "family reasons," some have been asking whether there may be other reasons as well. They have noted that while Seal oversaw PBGC's budget and procurement process, there have been very serious procurement ethics issues. One manager under John Seal left the agency while being investigated over allegations that a procurement contract for around $900,000 went to a personal friend. Another manager reportedly was suspended after being charged with procurement ethics violations.

**WHAT TO DO?**

The bottom line is, don't let John Seal, management and NAGE scare you from exercising your basic rights to free speech and to oppose discrimination. You have a right to read and to talk to your co-workers. You have a right to file a complaint. Employees' knowledge of the truth is more powerful than fear. Though you no longer have a union, you do have rights. Exercise those rights. Obtain and share information. Associate with your coworkers. *Contact the EEO Manager (ext. 3345) and the Federal Labor Relations Authority at (202) 482-6700.*

# YOUR NEW CBA

## (Collective Bargaining Agreement)

On February 19, PBGC bargaining unit employees will start to enjoy the many new benefits and protections of a new CBA. The hard work and persistence of the original local union leaderswill provide PBGC employees with one of the best contracts for federal employees anywhere. As described below, the new CBA will make for a more employee friendly, family friendly workplace that is good for everyone, including management.

### How the CBA Was Won

Employees need to keep in mind that your new rights and benefits are not free gifts. They were won by a collective effort of PBGC employees who worked together, and who paid $11,000 to have an arbitrator rule against management on important articles of AWARDS and FLEXIPLACE. Your new CBA also came about as a result of the skills and dedication of the former leaders of the union local. These key facts are important to remember, because PBGC management is not happy about the tremendous success this new CBA represents.

### Management's Opposition

While management should see this as a win-win for everyone, unfortunately, management fought tooth and nail against Awards, Flexiplace, Metrocheck, Office Space, Merit System Principles and many other provisions. Management could have implemented the new Flexiplace and Awards articles back in 2002, but refused. In the past few months Mr. Belt tried to have the new CBA dropped and discarded. He and Stephen Barber made sure that employees would not receive new benefits in time for last year's performance appraisals and awards. Dick Petta went along.

### Independent Action Saves the Day

The CBA is being implemented now because employees spoke out and expressed displeasure over the benefits denied when appraisals came out. The undersigned, and others who supported the Independent Union of Pension Employees, circulated flyers and other information to let employees know what Belt and Petta were up to and to share information about what was being lost. Furthermore, the Federal Labor Relations Authority has been considering whether PBGC employees should have the right to vote again for the Independent Union. With the possible competition of a real union and the prospect of employees uniting, Belt and Petta have been forced to come to their senses – at least temporarily.

### NEW BENEFITS

Here is a summary of some of what your improved working conditions include:

**FLEXIPLACE**: Flexiplace doubles. A hundred employees will be added to flexiplace to bring it up to 50%. Those now in the flexiplace program will be entitled to 2 days a week to work at home! (Management wanted to leave it up to each manager to decide who could and could not participate or to deny flexiplace days anytime.) Employees with health problems will be able to work at home.

**PERFORMANCE**: Many more employees will receive Outstandings based on 18 points instead of the current 19 points, and Excellents based on 13 points instead of 15. Ratings will no longer be based on a quota system driven by dividing up a limited amount of awards money and playing favorites so that particular individuals will get higher appraisals at others' expense.

**AWARDS**: Excellent employees will receive a full 2% of salary with time off available to make up any difference. In the past, some Excellent employees have received as low as one-fifth of a percent.

**DISCIPLINE**: No employee may be disciplined (suspended) until after a neutral, third party makes a final decision. (Remember all the people who faced discipline over the email investigation last year when NAGE officials Robert Perry and Dwayne Jeffers ratted on employees?)

**MERIT SYSTEM PRINCIPLES**: Even though PBGC is a government corporation, it will now have to abide by Merit System Principles and treat employees fairly with respect to personnel matters and career opportunities. Individual managers can be held accountable.

**OFFICE SPACE**: Guaranteed private offices and office sizes and a fair selection process. (Management wanted to be able to double employees up in offices or force employees into cubicles.)

**METROCHECK**: The maximum metrocheck allowable under law, including any increases, is guaranteed by the contract. (Management had proposed only $45 a month.)

**FLEXIBLE LUNCH**: Employees may take more than 45 minutes for lunch, so long as they work later.

**STARTING TIME**: Employees on 5/4-9 may start as late as 9:30 a.m.

### What's Ahead?.

It is gratifying to know that PBGC employees will be enjoying very real improvements that we worked so hard and paid so much to win – including $11,000 to an arbitrator.

The two problems ahead, though are, first, that management controls the local union through Dick Petta, Robert Perry and Dwayne Jeffers. (Robert Perry has quit, and will be gone by May.) That means that managers can easily decide not to provide you with some of your new benefits because they know that the NAGE National and local will never stand up for you.

Second, management already has an agenda to force many concessions and move towards a pay-for-performance system as soon as a year from now. There are signs that they plan to justify it by accusing some employees now of poor performance.

**Study your new contract. Take advantage of your new rights and benefits. Pay attention to what is going on. Remember who really worked hard for you. And, if you have any questions, feel free to give me a call.**

*Stuart Bernsen*
Stuart Bernsen, ext. 3060

_Good News for PBGC Employees_

# Court Orders Trial Against NAGE Over Retaliation

A federal Judge has ordered a jury trial against NAGE over claims that it violated basic civil rights and democratic rights of PBGC employees.

Smelling something very rotten about NAGE and the behavior of its National President, David Holway, the Court ordered that a jury here in Washington, D.C. will decide on the retaliatory removal of Valda Johnson and Stuart Bernsen from their elected local positions of President and Executive Vice President, and their improper removal from membership. _Johnson v. Holway_, No. 03-2513 (D.D.C.). The Judge wrote that there is "sufficient evidence to support a finding" that NAGE acted in retaliation, and not for the reasons given by NAGE.

The Court's decision comes on the heels of a federal jury in Massachusetts awarding a NAGE union member $2.2 million because of retaliation by NAGE.

The upcoming trial marks a major turning point for PBGC employees. It provides an opportunity for PBGC employees to restore some democracy to their workplace.

The jury will hear how NAGE acted against its own members and hurt PBGC employees. It will hear how NAGE helped management to violate employees' rights by failing to represent PBGC employees.

It is time to hold accountable NAGE and those individuals here at PBGC who aided NAGE's wrongdoing.

_If you have any information, or would like to testify, please let the plaintiffs know._

# New Years Resolutions

### That You Will Never Hear From

# DICK PETTA

—  I promise to try to tell employees and union members the truth once in a while.

—  I promise to have the new Collective Bargaining Agreement (CBA) implemented some day.

—  I will apologize to more than 125 employees who have been denied **flexiplace** because of my failure to finish up the new CBA

—  I will apologize to all the employees who got appraisal ratings of Excellent but did not get a full 2% of salary as a performance award because I did not finish up the new CBA.

—  I will apologize to the employees who missed getting Outstandings based on 18 points instead 19 because of my failure to finish the new CBA

—  I will apologize to all employees who missed getting Excellent appraisals based on 13 points instead of 15 points because of my failure to finish the new CBA

—  I will denounce **Robert Perry** and **Dwayne Jeffers** for ratting on employees and helping management fire contractors and discipline employees for use of the email system

—  I will publicly admit that I was the one who first called for a trusteeship of the local union and to impose a dictatorship

—  I will reveal the names of those in management whose orders I followed to get rid of the former elected union leaders

—  I will apologize for working to undermine and sabotage the arbitration cases of several employees, including a GS--4 disabled employee

—  **I will tell the truth about how I am working for Brad Belt to help him implement a pay for performance system that will eliminate step increases and annual salary increases**

—  I will resign from union office, quit the union in February when anyone can, and will retire from PBGC

—  I will confess to my sins against PBGC employees

# SAM BATSELL

# For a Union With Management

Hi!  Sam Batsell here.

Here are my reasons for wanting to be a union officer:

I would like to have a union to serve management.

I have met Brad Belt.  He's the greatest!

Anything that can be done to please Brad – that's what I'm about.

I have never been elected to union office.

But, now it should be easy!

The union is so much smaller.  As they say – "small is beautiful."

Dick Petta is pleased with me.

And, I believe Brad is rooting for me.

Brad must know that I've been doing all I could to help him.

For example:

- I helped rush through that big reorganization Brad wanted last year even though many employees lost out.

- When Brad said he did not want a new Collective Bargaining Agreement (CBA), I helped delay it.

- When union officials Robert Perry and Dwayne Jeffers along with the support of Dick Petta got employees and contractors into trouble over e-mails, I did nothing about it.  Management loved it.

- I hoodwinked a few new employees to believe that some day management would pay for student loans and would be fair.

So, as I say, I'd be happy to serve in order to please management.

(Paid for by Employees Against the Election of Sam "Sell You Out" Batsell.  Statements are based on their own impressions)

# Petta Loses It

Trying to hide the truth from Union members, Dick Petta is calling the Vice President and Chief Steward a liar.

As they say, when you can't face the truth of a message – attack the messenger.

A flyer the other day quoted word for word from an e-mail message saying that Dick Petta and Sam Batsell missed a deadline. This caused an employee to lose their right to challenge a disciplinary suspension. So, the employee had to "eat" the suspension.

The flyer identified the messenger as a high level union official who said he had seen the documents that proved what he was saying.

Petta lied by saying that the information was anonymous. It was not – as Petta himself knows.

In fact, last week, at an open union meeting, neither Petta nor Batsell denied the charge about missing the deadline.

Petta still does not deny the charge. Instead, all he can do is blast away and call the Chief Steward a liar while saying that he himself cannot tell the members the whole truth.

***Now that he is being exposed, Dick Petta is losing it.***

(Paid for by Committee for Union Integrity)

# DICK PETTA

# PAYS THE PRICE

### Petta Admits He Owed $248

After publicity throughout the workplace reported on his wrongfully keeping hundreds of dollars of an employee's money for many months, local union president Dick Petta finally coughed up $248. Petta admitted that the money did not belong to him. Petta also confessed that union treasurer Barry Greenhill owed the employee another $13.

Disgusted union members are upset over what they see as Petta mishandling money that he used to go to a union conference in Las Vegas. They intend to raise questions again at the next union meeting on March 8. The union's vice president and chief steward has indicated that he believes that Petta should be disqualified from holding office.

*It's time for the union to hold Dick Petta accountable for what sure looks like <u>financial misfeasance</u>, to say the least.*

# *Union Allows Management*

# *to Discipline Employee*

## Petta - Batsell Accused of Missing Grievance Deadline

"I have documents that show that Dick [Petta] and Sam [Batsell] missed grievance deadlines while representing an employee in a disciplinary action.  Sam was the official representative and Dick Petta was the de facto Chief Steward."

"PBGC gave them a document stating that the Step 2 Grievance was dismissed as untimely."

"The employee had to eat the suspension while Sam blamed the matter on the employee."

*High Level Local Union Official*

(quoted from e-mail message)

# Dick Petta Shocks Union Members With Financial Impropriety

On February 8, a union meeting erupted over questions about union president Dick Petta's failure to refund over $230 that belongs to an employee. Petta is keeping the money for himself.

Petta got the money months ago from a union fundraising event. To help pay union treasurer Greenhill and Petta's way to Las Vegas for a union conference, the union held an auction. A union member donated to the union a timeshare vacation in Cancun, Mexico. At the auction, a PBGC employee paid over $230 for the timeshare. Petta took this $230 and had a grand old time in Vegas.

But, it turned out that there were hidden, extra costs for the timeshare. The employee would have to pay more in order to use the Cancun vacation timeshare. So, the employee requested a refund of his money. He has given up the timeshare, and has been trying to get the union to repay his money for months now!

Petta is the one who has to repay the money because he received those funds. But, Petta won't-- claiming he does not know how to repay the money!

Union members and others are outraged. Said one, "I always knew that Dick Petta was sneaky. But this really does it."

One chimed in, "Petta – he's such a snake."

"Petta keeping the money – that is known as unlawful conversion," added another. "Petta has no right to that $230."

One member has an idea for Dick: "Bring in your checkbook, and I'll write the check for you since you don't know how to write it yourself!"

What it comes down to for Dick Petta is greed – pure and simple greed.

## *DICK – PAY THE $230 BACK NOW!*

**Perry Robert**

| | |
|---|---|
| **From:** | Perry Robert |
| **Sent:** | Thursday, June 16, 2005 9:01 AM |
| **To:** | Belt Bradley; Snowbarger Vince; Pilipovich Michele; Bledsoe Lori |
| **Cc:** | Petta Richard; Greene Cynthia; Jeffers Dwayne; Perry Robert; Silva Ricardo; Forster Raymond; Nappier Juanita; Lattimer Rick; Callaghan Tim |
| **Subject:** | FW: Possible Physical Harm from False and Misleading Content of Flyers |

Mr. Belt, I write to inform you again that I have received another flyer. This flyer took my statement from another sworn statement out of context and meaning and placed a call to PBGC employees to contact PBGC EEO Manager Lori Bledsoe if my behavior is offensive to them. The flyer start off with: **"So do I admit having adult conversations at work? Sure."**

In addition, the flyer continues to falsely state that I along with Dwayne Jeffers had contract employees fired and disciplined by sending management officials e-mails. It is clear to me that the e-mails referred to in this latest flyer refer to e-mails stated to in previous flyers which stated that I provided PBGC management officials e-mails used to have Federal and contract employees fired and disciplined for disseminating pornographic material. It is clear to me that the flyers circulating for the past week are written to cause Dwayne Jeffers and myself physical harm and discredit us before our peers and management officials.

I must state the obvious that my work place is not conducive for concentrating on my duties. My sense of personal safety has increased my awareness and need for personal security. I am more concerned now of people who approach me or my direction that I do not know. Mr. Belt, respectfully, I have tolerated enough of this workplace madness initiated and conducted at the hands of Ms. Baird and Mr. Bernsen.

I will provide a copy of the latest flyer to HRD and PBGC investigators Silver and Forster.

Robert T. Perry
**Auditor**
**IPD/STCD/CAB**
**(202) 326-4000, Ext. 3495**

-----Original Message-----

| | |
|---|---|
| **From:** | Jeffers Dwayne |
| **Sent:** | Wednesday, June 15, 2005 11:33 AM |
| **To:** | Silva Ricardo; Perry Robert |
| **Cc:** | Forster Raymond; Nappier Juanita; Palli Bela; Merkel Gerald; Brown Marjorie |
| **Subject:** | RE: Possible Physical Harm from False and Misleading Content of Flyers |

Absolutely.
I just had Robert Perry on the phone and he confirmed that the time and place is fine with him.

-----Original Message-----

| | |
|---|---|
| **From:** | Silva Ricardo |
| **Sent:** | Wednesday, June 15, 2005 11:32 AM |
| **To:** | Perry Robert; Jeffers Dwayne |
| **Cc:** | Forster Raymond |
| **Subject:** | RE: Possible Physical Harm from False and Misleading Content of Flyers |

Gentlemen,

Could we meet at 11:45 in conference room 3119 to discuss the matter below?

7

Thanks,
Rick

-----Original Message-----
**From:**   Perry Robert
**Sent:**   Tuesday, June 14, 2005 2:46 PM
**To:**     Belt Bradley; Snowbarger Vince; Pilipovich Michele; Lattimer Rick; Bledsoe Lori; Forster Raymond; Silva Ricardo; Nappier Juanita; Palli Bela; Merkel Gerald; Brown Marjorie
**Cc:**     Petta Richard; Greene Cynthia; Perry Robert; Jeffers Dwayne
**Subject:** FW: Possible Physical Harm from False and Misleading Content of Flyers

**Mr. Belt, I along with Dwayne Jeffers request that we are placed on flexi place until PBGC concludes its investigation and or until our workplace environment is free of workplace intimidation and violence. Our safety is at stake and many PBGC employees to include contractors have commented on possible realization by current and former PBGC employees and contractors. Several of the employees disciplined and or fired have family and friends who still work at PBGC and are receiving flyers and information from their previous co-workers. I believe that our request is reasonable based on the information and documentation provided to PBGC investigators assigned to resolve the harm caused to Dwayne Jeffers and myself from false allegations contained in several flyers.**

**I believe the sooner we are permitted to work flexi place the safer our environment will be. Therefore, we respectfully request a speedy response to our request for flexi place to facilitate coordination with our management officials as needed.**

**For further information, please contact either Robert Perry at extension 3495 or Dwayne Jeffers at extension 3750. Sir, thank you in advance for your attention to our concerns.**

Robert T. Perry
**Auditor**
**IPD/STCD/CAB**
**(202) 326-4000, Ext. 3495**

-----Original Message-----
**From:**   Jeffers Dwayne
**Sent:**   Tuesday, June 14, 2005 12:59 PM
**To:**     Belt Bradley; Snowbarger Vince; Pilipovich Michele; Lattimer Rick; Bledsoe Lori; Forster Raymond; Silva Ricardo; Merkel Gerald; Brown Marjorie
**Cc:**     Petta Richard; Greene Cynthia; Perry Robert; Jeffers Dwayne
**Subject:** RE: Possible Physical Harm from False and Misleading Content of Flyers

I concur with Robert's sentiments below about the new flyer that I received today.
I also want to add the possible physical harm is not just limited to the fired PBGC contract employees. There may be possible physical harm from current PBGC employees, especially the ones who have been disciplined.

Dwayne Jeffers
Federal Employee

-----Original Message-----
**From:**       Perry Robert
**Sent:**       Tuesday, June 14, 2005 9:57 AM
**To:** Belt Bradley; Snowbarger Vince; Pilipovich Michele; Lattimer Rick; Bledsoe Lori; Forster Raymond; Silva Ricardo; Nappier Juanita
**Cc:** Petta Richard; Greene Cynthia; Jeffers Dwayne; Perry Robert
**Subject:**    FW: Possible Physical Harm from False and Misleading Content of Flyers

**Mr. Belt, I write to inform you again that a new flyer is circulating PBGC once again**

2

8

with false and inflammatory language designed to promote confrontation of fired PBGC contract employees with either Dwayne Jeffers or myself. The intent of the flyer is clear to incite former fired employees to take actions against Mr. Jeffers and or myself. Based on the frequency and increased harsh language of the flyers, I believe this may lead to someone having severe and catastrophic bodily harm. I do not intend to be on the losing end of such a confrontation. As a result of these flyers within the past week, I will take all safeguards as necessary to prevent myself from bodily harm and will defend myself as necessary.

The flyer that I received from a fellow co-worker read "ROBERT PERRY AND DWAYNE JEFFERS Roles in Discipline Over E-Mails Bring Angry Reactions" and "I hope that Perry and Jeffers don't run into one of the fired contractors." I believe that Stuart Bernsen and Rhonda Baird are instigation workplace violence.

As once before, I will deliver a copy of the flyer to your office and HRD.


Robert T. Perry
Auditor
IPD/STCD/CAB
(202) 326-4000, Ext. 3495

-----Original Message-----
**From:**     Perry Robert
**Sent:**     Tuesday, June 07, 2005 5:39 PM
**To:** Belt Bradley; Snowbarger Vince; Pilipovich Michele; Lattimer Rick; Bledsoe Lori
**Cc:** Petta Richard; Greene Cynthia; Jeffers Dwayne; Perry Robert
**Subject:**     Possible Physical Harm from False and Misleading Content of Flyers


Mr. Belt, I write to you to inform you of flyers circulating within the PBGC building that may inflame contract and Federal employees to take untold actions against me. I am informing you of this possible threat in the event that I may be required to defend myself from possible physical harm. The flyer that I received today contains cut and past excerpts from an e-mail that I sent to you April 27, 2004 as a result of an EEO complaint filed with my EEO Counselor. Regardless of who is behind the dissemination of the inflammatory flyers, I filed my EEO complaint as a result of violations of my civil rights.

The flyer contains language that I "fingered employees and turned them in to the Executive Director, Inspector General and other top management officials." The flyers contain false information that I believe will incite some current and past employees to want to approach me in a threatening manner and cause bodily harm. I will use reasonable restraint to not act unprofessionally, however, I will take appropriate actions to defend myself from such bodily harm as necessary.

I personally believe that Stuart Bernsen wrote and disseminated the flyers within PBGC. I will deliver a copy of the flyers to HRD and your office.



Robert T. Perry
Auditor
IPD/STCD/CAB
(202) 326-4000, Ext. 3495