# Mirit Shamir

| | |
|---|---|
| From: | Bledsoe Lori [Bledsoe.Lori@pbgc.gov] |
| Sent: | Friday, November 04, 2005 5:40 PM |
| To: | Perry Robert |
| Cc: | Jeffers Dwayne; Hicks Rixene; Williams David |
| Subject: | RE: Request for extension |

Mr. Perry,

Your request to terminate (or withdraw) your current pending informal EEO Complaint (assigned to EEO Counselor Hicks), is acknowledged effective today. As a result, there is no need for issuance of a notice of right to file letter, on your matter.

Lori J. Bledsoe
EEO Manager
Pension Benefit Guaranty Corporation
(202) 326-4000 Ext. 3345
(202) 326-4276 (Fax)


> -----Original Message-----
> From:    Perry Robert
> Sent:    Friday, November 04, 2005 4:10 PM
> To: Bledsoe Lori
> Cc: Jeffers Dwayne; Perry Robert
> Subject:  RE: Request for extension
>
>
> Mrs. Bledsoe, I wish to terminate my EEO complaints with PBGC.  The
> termination of my EEO complaints is based on a settlement agreement
> executed with PBGC.
>
> Thanks, Robert.
>
> Robert T. Perry
> Auditor
> IPD/STCD/CAB
> (202) 326-4000, Ext. 3495
>
>       -----Original Message-----
>       From:    Perry Robert
>       Sent: Friday, November 04, 2005 4:05 PM
>       To:  Hicks Rixene
>       Cc:  Jeffers Dwayne; Perry Robert; Bledsoe Lori
>       Subject:   RE: Request for extension
>
>       Rixene, I wish to terminate my EEO complaint with PBGC.  Please
> consult with the EEO office for further information on this matter.
>
>       Thanks for your time, Robert.
>
>       Robert T. Perry
>       Auditor
>       IPD/STCD/CAB
>       (202) 326-4000, Ext. 3495
>
>             -----Original Message-----
>             From:     Hicks Rixene
>             Sent: Friday, November 04, 2005 2:18 PM
>             To:  Perry Robert
>             Cc:  Jeffers Dwayne
>             Subject:   Request for extension

1

```
>
>                As of today, I was able to contact HRD personnel however, I will not
> be able to meet with parties until Monday.  Mr.
> Perry you had requested an extension until today, November 4, 2005.
> Please inform me would you like to extend your counseling further or
> if you would like to be issued A Notice of Right to File?
```