*The Truth Behind the E-mail Discipline*

# Robert Perry and Dwayne Jeffers Divulged E-Mails to Executive Director

*Management Informants Exposed*

The firing and discipline of numerous contractors and PBGC employees was not an accident. It was not the result of a "random" review of e-mails. Rather, ROBERT PERRY in collusion with DWAYNE JEFFERS ratted on and fingered employees and turned them in to the Executive Director, Inspector General and other top management officials. Jeffers bragged that as far as he was concerned, if employees suffered, they were just "collateral damage" for his selfish scheme.

In 2004, Perry with the aid of Jeffers forwarded copies of employees' e-mails to Bradley Belt and the Inspector General. Perry along with Jeffers demanded that management find these individuals. He pledged to help weed them out.

After management initiated disciplinary action, Jeffers gloated. As officials of the union local, Perry and Jeffers reportedly acted to undermine the efforts of employees to defend themselves. Here is what Perry and Jeffers sent to management:

From: Perry Robert
Sent: Tuesday, April 27, 2004 6:27 p.m
To: Apergis Steve; Belt Bradley; Snowbarger Vince; Grant Joseph; Seal John; Pilipovich Michelle; Keightley James; Hagans Bennie; Emmons Robert; Smith Noisette
Cc: Jeffers Dwayne; Perry Robert
Subject: EEO Summary for EEO Counselor

To:   Bradley Belt, Steve Apergis
From: Robert Perry

The attached e-mail is Vulgar and should be viewed with CAUTION. I have more of these e-mails to support my case if needed. I received these e-mails and never participated in the dissemination of this smut. I believe that many PBGC employees engaged in these types of e-mails to include management officials. PBGC expends lots of its money on computers and should have the technology to find these individuals if it really finds this behavior offensive.

[e-mail on Grandma's Doggy Style]        [e-mail on Why _____ Come in Boxes]

I feel that I should continue to help PBGC do its job of weeding out inappropriate activity within the PBGC to maintain its good order.

Respectfully Submitted
Robert Perry

*Now you know what ROBERT PERRY and DWAYNE JEFFERS are really about.*

# NAGE Ordered to Pay $2.2 M[i]llion to Union Member

## Jury Finds Retaliation

A federal jury has ordered NAGE to pay a union member over $2.2 million in damages because of retaliation. The jury found that NAGE violated the member's civil rights.

NAGE officials harassed the member and tried to get her fired. When she complained, NAGE waged a public campaign to smear and humiliate her and drive her out of the union.

The jury issued its verdict on October 18, 2005, according to court records and the *Boston Globe*. (See the case of Vanessa Dixon against NAGE's subdivision, the International Brotherhood of Police Officers, Case 01-11806 (D. Massachusetts) and the *Boston Globe*, Oct. 19, 2005, article by Shelley Murphy. See web at www.nagemembers.blogspot.com.)

NAGE National President David Holway and current NAGE officials have continued to support the outrageous retaliation.

In addition to winning her case against NAGE, the union member, Vanessa Dixon, won a jury award of $25,000 against NAGE Local 382 and $2,500 against NAGE National Vice President Gerald Flynn. Flynn is the NAGE official who headed the retaliatory heari[ng]s against the former local union officers [at] PBGC.

Reportedly, the N[AG]E National Board held an emergenc[y] meeting to discuss how it could pay th[e] $2.2 million. One proposal would requir[e] every NAGE member around the countr[y to] pay a $75 assessment.

The verdict comes wh[en] NAGE is in serious financial trouble. N[A]GE has been running deficits, and has hac [to] lay off staff. According to Department o[f] Labor reports, since 2002 NAGE has los[t $]9 million in assets, and expenses have ex[c]eeded income by $5 million. NAGE ha[s] been paying exorbitant salaries to top off[ici]als, including about $230,000 to its Nat[io]nal President Holway and about $125,00[0 t]o Flynn.

PBGC employees [wh]o heard the news reacted with disgu[st]. Said one, "NAGE – they are a sham[ef]ul and rotten bunch of bullies." Anoth[er] commented, "Sounds just like what NA[G]E did here at PBGC. NAGE atta[ck]s its own members." Added anothe[r,] "Right. And look what the NAGE local [h]ere has done. Petta, Perry and Jeffers b[ad]mouth other employees and rat on t[he]m to PBGC management to get peopl[e] into trouble. NAGE needs to go."

Apr 13 07 03:41p    PERRY              2025260069              p.9

# BELT - PETTA STOP NEW BENEFITS FOR EMPLOYEES
## MANAGEMENT AND NAGE PREPARE FOR CUTS

Employees are continuing to lose major new benefits as the Executive Director and the NAGE Local officers fail to sign and implement the new collective bargaining agreement. The lost benefits — a fair appraisal system, improvements in awards and flexiplace, protections against retaliatory discipline, holding managers accountable to merit system principles, more attendance and leave options, and better health and safety standards — are working conditions that are good for PBGC and for employees and managers. So, what's going on? Why stop something good?

Well, Mr. Belt let the cat out of the bag. In his speeches to groups of employees, Mr. Belt's plan became clear— he wants to implement the Bush administration's anti-employee personnel policies instead of the new benefits in the collective bargaining agreement. For example, Mr. Belt wants to implement pay for performance systems that eliminate career ladders and step increases.

As for the so-called union – Dick Petta, Robert Perry and Dwayne Jeffers – they have sat back and let management do as it pleases. In fact, documents show that Petta has gone along with management's tactics.

For two years now, the NAGE union has played along with management to stop the benefit improvements. The next step is that management will take away basic career progression rights and opportunities.

This acquiescence by the NAGE union and its mis-leaders is not an accident. It is not that Dick Petta, Robert Perry and Dwayne Jeffers are in over their heads and are clueless. The problem is that management was dedicated all along to stopping a new collective bargaining agreement, and Petta, Perry and Jeffers helped them. You don't hear them speaking out and educating employees about management's tactics.

As employees learn the real truth, and lose out on improvements more and more are starting to complain. But, employees also need to realize how management has played and suckered employees.

Don't let Mr. Belt, or management, or NAGE or Dick Petta and his sidekicks fool you. Think for yourself. Think about how employees can start to re-unite and work together for our common interests. Demand that the new benefits be implemented, and that the more generous appraisal scale and awards system be implemented for the last appraisal year.

## DEMAND THE NEW CBA NOW!

*Arbitration Decision*

# 3 Strikes Against NAGE

The third arbitration case that NAGE National tried to sabotage has, instead, yielded a resounding victory for the employee. The Arbitrator blasted PBGC management for its horrible violations of civil rights and union rights and found that management retaliated against and mistreated the employee. This decision provides important protection for all PBGC employees.

NAGE, however, failed and refused to provide representation or financial support. In fact, when the case started, NAGE sided with management, said PBGC did not violate the employee's civil rights and tried to stop the case. Now that the Arbitrator has ruled that NAGE was totally wrong, as have two other arbitrators, it is absolutely clear that NAGE has been working hand in glove with management to suppress employees' rights. Indeed, NAGE's fraudulent excuse for taking over the Local and throwing out its legitimate leaders was that the local was spending too much money on arbitrations and was financially insolvent. Rubbish! NAGE National was derelict in its duty to represent, and its obligation to pay its share and provide support. As the Arbitrator implied, NAGE was doing management's dirty work.

The imposters known as the Overthrowers who were installed to continue the takeover of the Local also collaborated with management to sabotage this arbitration and two other ultimately successful cases. **Dick Petta, Cynthia Greene, Robert Perry and Dwayne Jeffers** all joined with NAGE National in demanding that this and the other two arbitrations cases be dropped.

Congratulations are in order to the valiant employee who stood up for everyone's rights and succeeded. Employees are indebted to her, and to other employees who have almost single-handedly been fighting the injustices of management and NAGE.

Employees must join the battle. Management and NAGE are totally enraged, and are out for blood. The Arbitrator is scheduling a hearing on damages and relief for the employee. Yet, once again, NAGE, Petta, Greene, Perry and Jeffers are working with management to try to stop the case.

This is outrageous. Employees cannot sit back and watch. Your rights are at stake too.

*Speak out to stop NAGE's treason.*

# Arbitrator Blasts Management for Retaliation

*— Finds Civil Rights Violations and Unfair Labor Practices —*

*— Supervisor Guilty of Assault —*

*— NAGE's Treachery Exposed —*

An arbitrator has ruled that management officials in the Office of the General Counsel (OGC) and in the Human Resources Department (HRD) retaliated against a staff attorney because she testified in a hearing concerning civil rights matters and because she was associated with another staff attorney who was serving as a representative in labor relations and EEO matters. The arbitrator found that PBGC officials, particularly **Jay Resnick** and **Rick Lattimer**, under the direction of **Philip Hertz**, violated the civil rights laws and also committed unfair labor practices. Ray Forster and Karen Esser acted as losing attorneys in the arbitration case, under the direction of Hertz and Resnick.

The arbitrator also held that an OGC/OCC supervisor violated the PBGC's policy against Workplace Violence and the policy on professional courtesy when he acted in a belligerent and threatening manner toward the attorney who filed the grievance.

The arbitrator's decision, which is 90 pages long, single-spaced, paints a detailed picture of management labor relations attorneys and officials who are filled with venomous hostility toward individuals who stand up for their rights or the rights of others. To retaliate against the grievant, PBGC labor relations officials condoned a supervisor's workplace violence.

The arbitrator found that these PBGC officials were wrongly obsessed with making sure that the staff attorney would never be able to resolve her complaint or receive relief. The arbitrator held that PBGC was obligated instead to act fairly to ensure that employees such as the grievant enjoyed a workplace free of violence and discrimination.

The arbitrator describes how management officials were out to destroy the union local and its ousted leaders by retaliating against those leaders and the grievant.

The arbitrator keenly pointed out that the NAGE National union worked with management to sabotage the employee's arbitration case. NAGE refused to provide representation, and refused to pay any of the arbitration costs.

This is the fourth arbitration case that NAGE tried to sabotage. In this case, NAGE's attorneys sided with management.

The arbitrator has ordered a hearing to determine the amount of damages and other relief. However, NAGE Local officials, under the direction of Dick Petta and Dwayne Jeffers, are trying to block the employee from continuing the case.

---

It is time for PBGC employees to see the true nature of ugly management attitudes toward employees and NAGE's collusion.

It is time for top PBGC management to respect employees' rights.

It is time for employees to act against NAGE's treachery.

## *Arbitration Decision*

# HERTZ LOSES

# Along With

# Resnick, Lattimer, Forster and Esser

Phil Hertz has lost big time. Also big losers are Jay Resnick, Rick Lattimer, Ray Forster and Karen Esser.

An arbitrator has ruled that management officials in OGC and in the Human Resources Department (HRD) retaliated against a staff attorney because she testified in a hearing concerning civil rights matters and because she was associated with another staff attorney who was serving as a representative in labor relations and EEO matters. The arbitrator found that PBGC officials, particularly Resnick and Lattimer, under the direction of Hertz, violated the civil rights laws and also committed unfair labor practices. Forster and Esser acted as losing "litigators" in the arbitration case, under the direction of Hertz and Resnick.

The arbitrator also held that an OGC/OCC supervisor violated the PBGC's policy against Workplace Violence and the policy on professional courtesy when he acted in a belligerent and threatening manner toward the attorney who filed the grievance.

The arbitrator's decision, which is 90 pages long, single-spaced, paints a detailed picture of management labor relations attorneys and officials who are filled with venomous hostility toward individuals who stand up for their rights or the rights of others. To retaliate against the grievant, PBGC labor relations officials condoned a supervisor's workplace violence.

The arbitrator found that these PBGC labor relations attorneys and HRD officials were wrongly obsessed with making sure that the violent supervisor would be protected and that the staff attorney would never be able to resolve her complaint or receive relief. The arbitrator held that PBGC was obligated instead to act fairly to ensure that all employees, including the grievant, enjoy a workplace free of violence and discrimination.

The arbitrator describes how management officials were out to destroy the union local and its ousted leaders by retaliating against those leaders and the grievant.

The arbitrator keenly pointed out that the NAGE National union essentially tried to sabotage the employee's arbitration case. NAGE refused to provide representation, and refused to pay any of the arbitration costs.

This is the fourth arbitration case that NAGE tried to sabotage.

---

It is time for PBGC employees to see the true nature of ugly management attitudes toward employees.

It is time for employees to unite.

It is time for top PBGC management to respect employees' rights.

*The Truth Behind the E-mail Discipline*

# Robert Perry and Dwayne Jeffers Divulged E-Mails to Executive Director

*Management Informants Exposed*

The firing and discipline of numerous contractors and PBGC employees was not an accident. It was not the result of a "random" review of e-mails. Rather, ROBERT PERRY in collusion with DWAYNE JEFFERS ratted on and fingered employees and turned them in to the Executive Director, Inspector General and other top management officials. Jeffers bragged that as far as he was concerned, if employees suffered, they were just "collateral damage" for his selfish scheme.

In 2004, Perry with the aid of Jeffers forwarded copies of employees' e-mails to Bradley Belt and the Inspector General. Perry along with Jeffers demanded that management find these individuals. He pledged to help weed them out.

After management initiated disciplinary action, Jeffers gloated. As officials of the union local, Perry and Jeffers reportedly acted to undermine the efforts of employees to defend themselves. Here is what Perry and Jeffers sent to management:

---

From:     Perry Robert
Sent:     Tuesday, April 27, 2004 6:27 p.m
To:       Apergis Steve; Belt Bradley; Snowbarger Vince; Grant Joseph; Seal John; Pilipovich Michelle; Keightley James; Hagans Bennie; Emmons Robert; Smith Noisette
Cc:       Jeffers Dwayne; Perry Robert
Subject:  EEO Summary for EEO Counselor

To:    Bradley Belt, Steve Apergis
From: Robert Perry

The attached e-mail is Vulgar and should be viewed with CAUTION. I have more of these e-mails to support my case if needed. I received these e-mails and never participated in the dissemination of this smut. I believe that many PBGC employees engaged in these types of e-mails to include management officials. PBGC expends lots of its money on computers and should have the technology to find these individuals if it really finds this behavior offensive.

[e-mail on Grandma's Doggy Style]         [e-mail on Why _____ Come in Boxes]

I feel that I should continue to help PBGC do its job of weeding out inappropriate activity within the PBGC to maintain its good order.

Respectfully Submitted
Robert Perry

---

*Now you know what ROBERT PERRY and DWAYNE JEFFERS are really about.*

**The Robert Perry - Dwayne Jeffers Scandal**

# "So do I admit having adult conversations at work? Sure."

Sworn Statement of

**ROBERT PERRY**

---

Under the law, and PBGC policies and directives, all employees and contractors are entitled to a work environment that is free of unwelcome and offensive behavior.

ROBERT PERRY, assisted by Dwayne Jeffers (both of NAGE), snitched on employees by sending e-mail messages to management. Contractors were fired. Employees were disciplined. But, ROBERT PERRY admits under oath that he has "adult conversations" in the workplace. (Transcript available.)

If Robert Perry's behavior is offensive to you, protect yourself right away.

Call the EEO Manager. <u>Lori Bledsoe</u>. Ext. 3345.

# Spotlight on PBGC: Fight for Justice

*"Injustice anywhere is a threat to justice everywhere." Dr. Martin Luther King*

## [Wh]y this Publication

It's time. It's time to shed light on the chronic and [pervas]ive problems here at PBGC that have derailed careers and [ruined] many lives. The purpose and mission of this [pub]lication is to shed light by disclosing the truth and to educate [emp]loyees about what is really going on here at PBGC.

Why should you care? Because what affects one [dire]ctly, affects all indirectly, eventually. This first issue [disc]usses a recently successful arbitration and how management [has] worked, and continues to work, to cover-up serious [wor]kplace issues.

### Caught in its own Trap

Just imagine being assaulted by a supervisor in your [off]ice, reporting it to your department director and PBGC labor [rela]tions staff . . . and nothing happens. Well, something [hap]pens— the agency works to cover-up the incident and to [pun]ish the assaulted employee.

You might ask, "why would PBGC not investigate such [a se]rious complaint?" Because the employee who reported the [assa]ult had recently testified against the agency's unlawful EEO [pro]gram, and PBGC's labor relations staff were out to retaliate [aga]inst her for daring to stand up and speak out about the [age]ncy's violation of federal civil rights laws and regulations.

Almost 2 ½ years after the incident, an arbitrator finally [did] what PBGC should have done . . . properly investigated the [inc]ident. The arbitrator found PBGC violated its own rules, the [CB]A, and federal labor and civil rights laws, including:

- violations of the workplace violence policy by the assaulting supervisor;
- violations of the professional courtesy directive by the supervisor and the General Counsel;
- violations of several provisions of the CBA (Articles 2.1, 5.7, 42.1, 42.2, and 55);
- multiple unfair labor practices; and
- civil rights violations by both OGC and HRD labor management relations officials.

## PBGC Hires Big Gun

Instead of addressing the ongoing serious issues the [em]ployee complained of, PBGC up the ante by hiring the private [la]w firm of Seyfarth Shaw to help it continue its baseless attacks [on] the employee.

PBGC has almost a dozen labor relations attorneys in [O]GC, yet the agency is spending huge sums of money to pay a [p]rivate firm to represent it! Notably, while none of PBGC's labor [re]lations attorneys are black, the two private firm attorneys now [o]n the case are both black! Did I mention that the aggrieved [em]ployee is also a black female. Hmmmm. . . .

## Monkey on Employee's Back

The next step in the arbitration is to decide relief. Instead of allowing the employee to proceed, Local R3-77 [Executive Board is interfering in the case in a manner that is] likely to be harmful to the employee.

For reasons they cannot sensibly explain, the Local's Board is reneging on the actions of the Trustee, who threatened to withdraw the case if the employee did not agree to pay for it herself and to obtain her own representation.

Now that the arbitration has been successful, the Board is trying to infiltrate the proceedings, at the expense of the Local. Indeed, the Local reported having only $315 in its account, yet it is risking being on the hook for thousands by interfering in a case that can only award relief to the individual employee.

Why? To disrupt the proceedings, prolong it, drive up costs, and aid management's attempts to discredit the employee.

## Exposed: PBGC Caught trying to Destroy the Local

In his decision, the arbitrator acknowledged what Local activists have known for years: PBGC has been trying to destroy the Local. Not only did the arbitrator find strong evidence of anti-union animus, he also found that PBGC labor management officials did not want to see the reemergence of the Local after trusteeship. The decision also noted that if management's actions against the active members and former leaders of Local R3-77 did not result in a decertification drive, it could sow further "discord in the ranks." In the words of the arbitrator, "what more could the OGC and HRD have wanted?"

### Upcoming Features

1. Big Wheel Keeps on Turning: Labor Management at PBGC
2. "Who let the LMR's In?": How Labor Management infiltrated Local R3-77
3. Expose: The E-mail Investigation Uncovered
4. Breakfast in Boston: NAGE & PBGC Leaders' Tete-a-Tete
5. Oh Where, oh Where is the CBA?
6. Lost in Space or Clueless: Local R3-77 Leaders
7. When is a "Mistake" Really a Lie

### Contact Information for the Publisher

Have a story you would like to tell? Want to submit an article or an idea for an article? Contact Rhonda Baird, Room 4163 or at extension 3880.

[. . . to] reform Labor Management and to expose the corruption here at PBGC continues, and those of us still in the trenches pledge to continue to fight until the war is won.

Apr 13 07 03:44p        PERRY                          2025260069                    p.16

# ROBERT PERRY and DWAYNE JEFFERS Roles in Discipline Over E-mails Bring Angry Reactions

Employees have expressed disgust and outrage after seeing the proof that ROBERT PERRY and DWAYNE JEFFERS provided top management with copies of employees' e-mail messages that led to the firing of contractors and discipline of PBGC employees. Here is a sample of reactions:

- I hope that Perry and Jeffers don't run into one of the fired contractors. It might not be too pleasant.

- So that's how it happened! I always knew that Robert Perry and Dwayne Jeffers were no good.

- Robert Perry. Isn't he the one who got people downgraded?

- They should be ashamed to show their faces around here.

- Perry and Jeffers. They are as bad as management.

- Aren't Perry and Jeffers <u>NAGE</u> union officials? They should resign.

- The union is no good. Getting people into trouble. We need a new union.

- So they helped get people fired? Maybe they should get out of here.

---

From:     Perry Robert
Sent:     Tuesday, April 27, 2004 6:27 p.m
To:       Apergis Steve; Belt Bradley; Snowbarger Vince; Grant Joseph; Seal John; Pilipovich Michelle; Keightley James; Hagans Bennie; Emmons Robert; Smith Noisette
Cc:       Jeffers Dwayne; Perry Robert
Subject:  EEO Summary for EEO Counselor

To:     Bradley Belt, Steve Apergis
From:   Robert Perry

. The attached e-mail is Vulgar and should be viewed with CAUTION. I have more of these e-mails to support my case if needed. I received these e-mails and never participated in the dissemination of this smut. I believe that many PBGC employees engaged in these types of e-mails to include management officials. PBGC expends lots of its money on computers and should have the technology to find these individuals if it really finds this behavior offensive.

[e-mail on Grandma's Doggy Style]        [e-mail on Why _____ Come in Boxes]

I feel that I should continue to help PBGC do its job of weeding out inappropriate activity within the PBGC to maintain its good order.

Respectfully Submitted
Robert Perry

# JOHN SEAL FEARS THE TRUTH

## Employees Charge Violation of Free Speech and Civil Rights

### Management's Coverup of Robert Perry-Jeffers Scandal Is Exposed

John Seal is unhappy that people are learning the truth behind the firing of contractors and the discipline of employees. So, on Thursday, June 16, he sent a threatening message to try to prevent employees from learning more. Seal is afraid that ... management's coverup of the truth and its use of Robert Perry and Dwayne Jeffers to hurt employees. In the bigger scheme of things, Seal and management want to suppress the First Amendment rights of employees to communicate about their working conditions and their civil rights to report discrimination by management and NAGE.

In response, several employees are challenging Seal's attack on everyone's rights. We urge all employees to contact the EEO office and the Federal Labor Relations Authority to ask them to protect your basic American rights.

Here is the TRUTH that John Seal does not want you to know:

**TRUTH: Perry and Jeffers of NAGE Snitched on Employees**

It was Robert Perry with the aid of Dwayne Jeffers of NAGE who gave employees' e-mails to top management and demanded an investigation. The hard proof is out there. Jeffers reportedly bragged that if contractors and employees were fired or disciplined, that was just "collateral damage."

**TRUTH: It Was Not a Random Search**

Management went after employees based on the documents that Robert Perry provided with Jeffers' assistance.

**TRUTH: The Executive Director Did Not Tell Employees the Facts**

Contrary to the Executive Director's claim in his February 11 all-employee e-mail, the investigation and discipline was not the result of a "random search." Rather, it started with Robert Perry and Dwayne Jeffers turning in employees.

**TRUTH: Management Was Covering Up for Perry, Jeffers and NAGE**

The February 11 all employees e-mail from the Executive Director was a deliberate effort to protect Perry and Jeffers and help NAGE in the campaign to stop an independent union. Word was going around at the time about Perry and Jeffers being the cause of the investigation and discipline. In return for management covering up for Perry and Jeffers, NAGE and Dick Petta showed that they would not defend disciplined employees.

**TRUTH: Management Is Trying to Rescue Perry and Jeffers**

Seal's June 16 e-mail is meant to immediately stop publicity that would teach employees more about Perry and Jeffers and how they and NAGE have been working directly with management to harm employees. But, by its blatant, public reaction, and its heavy-handed attempt to sew fear, management is proving that Robert Perry and Dwayne Jeffers have been working for management. Reportedly, Perry and Jeffers have been rewarded by getting to "work" at home!

**TRUTH: Jeffers, Perry and NAGE Have Been Threatening Employees in Order to Help Management**

For nearly two years, management has allowed Dwayne Jeffers and others from NAGE to send messages that threaten employees. Jeffers has sent messages to incite hatred and possible physical attacks, using vicious and charged language. In messages, Jeffers calls certain co-workers "OSAMA BIN LADEN" and "SADDAM HUSSEIN" and TERRORISTS. Jeffers' messages bring up the MAFIA. He denounces employees as "PORNOGRAPHERS" and PSYCHOTIC. This behavior comes from Jeffers as an officer and Chief Steward of NAGE. Robert Perry admits that he engaged in "adult conversation" in the workplace. That is a form of bullying. ... NAGE officials, namely Dick Petta and Cynthia Greene, have assisted management in disciplinary investigations of employees.

**TRUTH: John Seal Is Intolerant of Employee Rights and Has a Long Anti-Employee Record**

John Seal's latest effort to suppress free speech and civil rights activity, and his use of bullies from NAGE are reminders of his history of seeking to maintain total domination and control over the workplace, his efforts to reduce employee benefits, and his fostering of unfairness and prejudice. John Seal:
- refused to implement the agreement to double flexiplace
- refused to eliminate performance awards quotas
- refused to implement the agreement to increase awards
- was found by the EEOC to have violated employees' civil rights by improperly serving as EEO Director.
- was found by an arbitrator to be unlawfully failing to provide employees with a neutral and independent EEO complaint processing system
- was found by the NAACP Federal Sector Task Force to be involved in making PBGC into an agency that, for its size, has one of the worst federal agency civil rights records
- was found by an arbitrator to discriminate against a GS-4 disabled employee
- is ultimately responsible for what an arbitrator found to be retaliation against a staff attorney
- was found by a Magistrate Judge to have unjustly handled an employee's EEO complaint; as a result, the PBGC ended up paying tens of thousands of dollars
- ultimately oversaw personnel decisions that caused the agency to pay out tens of thousands of dollars in EEO cases :

**TRUTH: Seal Has Interfered in the Rights of Former Union Officials**

An arbitrator found that the Human Resources Department under John Seal improperly interfered in the work relations of a former union official and improperly smeared that individual.

**Cloud Over John Seal.**

While John Seal reportedly is retiring for "family reasons," some have been asking whether there may be other reasons as well. They have noted that while Seal oversaw PBGC's budget and procurement process, there have been very serious procurement ethics issues. One manager under John Seal left the agency while being investigated over allegations that a procurement contract for around $900,000 went to a personal friend. Another manager reportedly was suspended after being charged with procurement ethics violations.

**WHAT TO DO?**

The bottom line is, don't let John Seal, management and NAGE scare you from exercising your basic rights to free speech and to oppose discrimination. You have a right to read and to talk to your co-workers. You have a right to file a complaint. Employees' knowledge of the truth is more powerful than fear. Though you no longer have a union, you do have rights. Exercise those rights. Obtain and share information. Associate with your coworkers. *Contact the EEO Manager (ext. 3345) and the Federal Labor Relations Authority at (202) 482-6700.*