

**Pension Benefit Guaranty Corporation**
1200 K Street, N.W., Washington, D.C. 20005-4026

April 19, 2004

**TO:** Robert Perry
Auditor, Compliance and Audits Branch, IOD

**FROM:** Michele Pilipovich
Director, Human Resources Division

**SUBJECT:** Your Memorandum Alleging Inappropriate Conduct

This is in response to your undated memorandum to me, alleging that other agency employees, Valda Johnson and Stuart Bernsen, engaged in "inappropriate conduct of harassment, slander, liable, extortion, and racketeering (RICO)" when they accused you of sexual harassment against Elizabeth Baker.

As you are aware, the agency recently retained an investigator, Anthony Vergnetti of Shaw, Bransford, Veilleux, and Roth law firm, to conduct an investigation of Ms. Baker's allegations under the agency's Workplace Harassment Prevention Policy. As part of that investigation, Mr. Vergnetti interviewed you, Ms. Johnson, Mr. Bernsen, and Ms. Baker.

As a result of Mr. Vergnetti's investigation, the agency was unable to find a basis for the allegations in your memorandum. Indeed, you acknowledged during your interview that you had nothing other than your "belief" to support your allegations. Consequently, the agency has concluded that there is no basis to conduct any further investigation into your allegations. Therefore, this matter is closed.

bcc: Robin Horning