Jun-02-2004 02:00pm    From-PENSION BENEFIT GUARANTY CORP                    +                    T-616    P.002/003    F-291

2



**Pension Benefit Guaranty Corporation**
1200 K Street, N.W., Washington, D.C. 20005-4026

TO:     Joseph Grant
        Chief Operating Officer                                JAN -3 2002

FROM:   James J. Keighley
        General Counsel

        Philip R. Hertz
        Deputy General Counsel
        General Law & Operations

SUBJECT:   Legal Staffing of Equal Employment Opportunity Matters

You have recently been designated the Corporation's EEO Director. As part of the restructuring of the Corporation's EEO program, we will also restructure the manner in which the Office of the General Counsel staffs EEO matters.

The Equal Employment Opportunity Commission's Management Directive 110 requires federal agencies to bifurcate the legal staffing of EEO matters. Attorneys who represent agencies in EEO litigation or provide advice on personnel matters cannot provide advice to the EEO Director or EEO Manager concerning the EEO pre-complaint or complaint processes. Similarly, attorneys who represent the Corporation in EEO litigation or provide advice on personnel matters may not review the agency's decisions on EEO matters for legal sufficiency. Instead, an attorney in a "functional unit" separate from the litigators must conduct legal sufficiency reviews. Ultimately, attorneys litigating EEO cases or providing advice on personnel matters may not serve as fact-finders or become involved in deliberations concerning specific EEO cases. In order to implement this requirement in the Corporation, we have decided that the General Counsel will provide advice during the EEO pre-complaint and complaint process and conduct the legal sufficiency reviews of EEO matters. If necessary, he will assign one or more attorneys from groups other than the General Law Group to assist him in researching and writing. Attorneys from the General Law Group will conduct all litigation involving EEO matters. They will report to Philip Hertz, Deputy General Counsel for General Law & Operations. Mr Hertz and his staff will advise you directly concerning EEO litigation. The General Counsel may render separate advice in those cases regarding the legal sufficiency of a particular matter. The General Counsel will not supervise Mr. Hertz or his staff concerning the litigation of EEO cases. Both Mr. Hertz and the General Counsel will present their legal opinions to you separately.

Here is how the Office of the General Counsel will divide the staffing of EEO matters.

General Counsel. Provides advice to the EEO Director, EEO Manager, and individual supervisors during the EEO pre-complaint and complaint processes. Assists in fact-finding as necessary. Drafts or conducts legal sufficiency reviews of Final Agency Decisions and Final Agency Orders. Advises decision-makers concerning requests for reasonable accommodation as necessary. Conducts legal sufficiency reviews of settlement agreements, decisions concerning requests for reasonable accommodation, including undue hardship, disability, and qualified-individual-with-a-disability determinations, and new or revised Corporate EEO policies, practices, and procedures.

General Law Group. Litigates all EEO cases, including mixed cases (those involving disciplinary actions that can be appealed to the Merit Systems Protection Board). Negotiates and prepares all settlement agreements. Participates in and renders legal advice concerning development of new EEO policies, practices, and procedures.

Under this new procedure, attorneys from the General Law Group will not provide advice to the EEO Director or EEO Manager concerning EEO pre-complaint or complaint matters or concerning requests for reasonable accommodation. Yet this does not mean that General Law Group attorneys must be completely isolated from these matters and requests. EEO matters, including requests for reasonable accommodation, frequently overlap with litigation, grievances, or other personnel matters about which General Law Group attorneys are very familiar. The General Counsel or his representative, as well as other EEO personnel, should gather information from General Law Group attorneys who are familiar with the facts and legal positions taken in particular cases. Gathering such information is prudent and necessary to ensure the Corporation fully understands the facts of a particular case before taking action on that case.

As you know, NAGE, Local R3-77 challenged the structure of the Corporation's EEO Program in arbitration. The arbitrator found that the Corporation had to restructure the manner in which it provides legal representation and advice in EEO cases. This new division of responsibilities is necessary in order to comply with the arbitrator's decision and the EEOC's Management Directive 110.

If you have any questions, please contact us. You may reach Jim Keightley on extension 3206 or Philip Hertz on extension 3055.

cc:    John Seal
       Janice Mackey
       Sharon Barbee Fletcher
       Jay Resnick