**Jeffers Dwayne**

| | |
|---|---|
| **From:** | Kelly Scott |
| **Sent:** | Monday, April 03, 2006 2:58 PM |
| **To:** | Jeffers Dwayne; Lee Daniel; Woel-Popovich Arabella; Scott Jarred; Pham Quyen; Kim Sue |
| **Cc:** | Merkel Gerald; Graul John; Walker Jennifer |
| **Subject:** | Reassignment of Cases |

The management team met to discuss the reassignment of cases due to the departure of Valda and Elizabeth to TPD3. See assignments below -- you should met with the prior actuary to discuss transition. If you have any questions or concerns please let us know and we will set up a meeting. I will also start making the changes to CAS.

| Case | Prior Actuary | New Actuary |
|---|---|---|
| Liam Ventures | Valda (briefly Arabella) | Jarred |
| Plastigage | Arabella | Quyen |
| Brentwood | Arabella | Sue |
| IAM USAir | Elizabeth | Arabella |
| CE USAir | Elizabeth | Dwayne |
| FA USAir | Elizabeth | Dwayne |
| B&L | Valda | Dan |
| Fellows | Valda | Dwayne |
| Goldman | Valda | Dwayne |