# Jeffers Dwayne

**From:** Jeffers Dwayne
**Sent:** Friday, December 23, 2005 4:29 PM
**To:** Hicks Rixene
**Cc:** Jeffers Dwayne; Perry Robert; Bledsoe Lori; Williams David
**Subject:** RE: Your request per your e-mail December 20

**Importance:** High
**Sensitivity:** Confidential

Ms. Hicks,

Please be advised that I will be out of the office next week on use or lose vacation.
I believe that this offer is not substantive as is does not constitute a real agreement offer. While it offers me something, I am unsure of what I would have to give up in exchange.
My representative and myself recall you stating when we last met that the offer was contingent upon me postponing my EEO case until Littler Mendelson completed their investigation.



RE: EEO Meeting
with Dwayne Je...

I am unaware of a specific date of when Littler Mendelson will complete their investigation.
I am also unsure if the offer below constitutes myself having the obligation to withdraw my EEO case.

Please provide me more specifics as previously requested in prior e-mails. I cannot reach a conclusion on this offer if I don't know what the proposed agreement entails.

Thank you,
Dwayne Jeffers
Federal Employee
EEO Complainant

-----Original Message-----
**From:** Hicks Rixene
**Sent:** Thursday, December 22, 2005 4:22 PM
**To:** Jeffers Dwayne
**Cc:** Perry Robert; Bledsoe Lori; Williams David
**Subject:** Your request per your e-mail December 20
**Importance:** High

As you requested in your e-mail December 20, 2005, here is the offer of possible resolution:

Flexi-place in Kingstowne effective the date of the signed agreement until January 20, 2006, or until the investigation is complete, whichever is sooner. Please respond If you accept or decline, no later than Tuesday, December 27, 2005. If I do not get a response by December 27. 2005, please be aware that the deadline to end your counseling is December 28, 2005, which I will then have to issue you a notice of right to file. Thank you for your cooperation.