Jeffers Dwayne

| | |
|---|---|
| **From:** | Hicks Rixene |
| **Sent:** | Friday, December 30, 2005 2:18 PM |
| **To:** | Jeffers Dwayne |
| **Cc:** | Perry Robert |
| **Subject:** | Notice of Right to File |

Mr. Jeffers since you did not accept the offer of possible resolution (flexi place at Kingstowne), I am issuing you the Notice of Right to file a formal complaint. You will receive a hard copy and one is also attached..

 

NOTICE OF RIGHT   PBGC COMPLAINT
TO FILE COMPLA... FORM 176.doc (3...

1