Standard Form 50-B
Rev. 7/91
U.S. Office of Personnel Management
FPM Supp. 296-33, Subch. 4

# NOTIFICATION OF PERSONNEL ACTION

| 1. Name (Last, First, Middle) | 2. Social Security Number | 3. Date of Birth | 4. Effective Date |
|---|---|---|---|
| JEFFERS, DWAYNE C | | | 05/05/02 |

## FIRST ACTION

| 5-A. Code | 5-B. Nature Of Action |
|---|---|
| 702 | PROMOTION |
| 5-C. Code | 5-D. Legal Authority |
| HAM | REG 250.101 |
| 5-E. Code | 5-F. Legal Authority |
| | |

## SECOND ACTION

| 6-A. Code | 6-B. Nature of Action |
|---|---|
| | |
| 6-C Code | 6-D. Legal Authority |
| | |
| 6-E. Code | 6-F. Legal Authority |
| | |

| 7. FROM: Position Title and Number | 15. TO: Position Title and Number |
|---|---|
| ACTUARY | ACTUARY |
| 1022070    0848528 | 1022070    0008486 |

| 8. Pay Plan | 9. Occ. Code | 10. Grade/Level | 11. Step/Rate | 12. Total Salary | 13. Pay Basis | 16. Pay Plan | 17. Occ. Code | 18. Grade/Level | 19. Step/Rate | 20. Total Salary/Award | 21. Pay Basis |
|---|---|---|---|---|---|---|---|---|---|---|---|
| GS | 1510 | 12 | 05 | $ 63119 | PA | GS | 1510 | 13 | 03 | $ 70644 | PA |

| 12A. Basic Pay | 12B. Locality Adj. | 12C. Adj. Basic Pay | 12D. Other Pay | 20A. Basic Pay | 20B. Locality Adj. | 20C. Adj. Basic Pay | 20D. Other Pay |
|---|---|---|---|---|---|---|---|
| $ 61614 | $ 1505 | $ 63119 | $ 0 | $ 65349 | $ 5295 | $ 70644 | $ 0 |

| 14. Name and Location of Position's Organization | 22. Name and Location of Position's Organization |
|---|---|
| OFFICE OF THE EXEC DIRECTOR<br>DEP EXEC DIR & CH OPERATING OF<br>INSURANCE OPERATIONS DEPT<br>TRUSTEESHIP PROCESSING DIV-6<br><br>WASHINGTON, DC | OFFICE OF THE EXEC DIRECTOR<br>DEP EXEC DIR & CH OPERATING OF<br>INSURANCE OPERATIONS DEPT<br>TRUSTEESHIP PROCESSING DIV-6<br><br>WASHINGTON, DC |

## EMPLOYEE DATA

| 23. Veterans Preference | 24. Tenure | 25. Agency Use | 26. Veterans Preference for RIF |
|---|---|---|---|
| 1 — 1-None  2-5-Point  3-10-Point/Disability  4-10-Point Compensable  5-10-Point Other  6-10-Point/Compensable/30% | 1 — 0-None  1-Permanent  2-Conditional  3-Indefinite | M SEX | YES  NO X |

| 27. FEGLI | 28. Annuitant Indicator | 29. Pay Rate Determinant |
|---|---|---|
| C0  BASIC ONLY | 9  NOT APPLICABLE | 6 |

| 30. Retirement Plan | 31. Service Comp. Date (Leave) | 32. Work Schedule | 33. Part-Time Hours Per Biweekly Pay Period |
|---|---|---|---|
| K  FERS & FICA | 08/20/95 | F  FULL-TIME | |

## POSITION DATA

| 34. Position Occupied | 35. FLSA Category | 36. Appropriation Code | 37. Bargaining Unit Status |
|---|---|---|---|
| 1 — 1-Competitive Service  2-Excepted Service  3-SES General  4-SES Career Reserved | E  E-Exempt  N-Nonexempt | | 0030 |

| 38. Duty Station Code | 39. Duty Station (City - County - State or Overseas Location) |
|---|---|
| 11-0010-001 | WASHINGTON, DISTRICT OF COLUMBIA |

| 40. Agency Data | 41. VET-STAT | 42. EDUC LVL | 43. SUPV LVL | 44. POSITION SENSITIVITY |
|---|---|---|---|---|
| NC  CLS  31 | X | 17 | 8 | NONSENSITIVE/LOW RI |

45. Remarks

| 46. Employing Department or Agency | 50. Signature/Authentication and Title of Approving Official |
|---|---|
| BG - PENSION BNFT GTY CORP | SHARON BARBEE-FLETCHER<br>DIRECTOR OF PERSONNEL |
| 47. Agency Code | 48. Personnel Office ID | 49. Approval Date | |
| BG00 | 4158 | 05/09/02 | 020565327 |

2 - OPF Copy - Long-Term Record - DO NOT DESTROY