Jeffers Dwayne
___

| | |
|---|---|
| From: | Perry Robert |
| Sent: | Tuesday, April 27, 2004 6:27 PM |
| To: | Apergis Steve; Belt Bradley; Snowbarger Vince; Grant Joseph; Seal John; Pilipovich Michele; Keightley James; Hagans Bennie; Emmons Robert; Smith Noisette; 'avergnet@shawbransford.com'; 'SBVR@SHAWBRANSFORD.COM'; 'wbransford@shawbransford.com'; 'droth@shawbransford.com'; 'jwheat@shawbransford.com' |
| Cc: | Jeffers Dwayne; Perry Robert; 'dhshapiro@swickandshapiro.com'; 'kaeichenholz@swickandshapiro.com' |
| Subject: | EEO Summary for EEO Counselor |

**To:** Bradley Belt, Steve Apergis
**From:** Robert T. Perry

**Subject:** Inappropriate Investigation on Robert T. Perry Harassment Complaint

Mr. Belt, welcome to the PBGC. I believe you have inherited a number of your senior and lower level management staff who are willing to commit unethical, deceptive, and lying behavior and activities. The information that I will provide you is backed by many of your employees if you should choose to inquire of them just a little. I think that you should first ask the PBGC IG and your OGC for all open and past investigation and complaints on the PBGC. I think that you will be more than surprise of your findings.

Many of your managers are the same individuals who are willing to mustard punishment on other employees for the same inappropriate acts that they have committed. I have been informed of your management officials committing time reporting fraud, unethical contract violations worth millions of dollars by a department head, and lying under an oath. I intend to provide you more than enough information for you to understand that your leaders, I believe, are out of control and abusing their Federal authority.


d01715t.pdf (124 KB)


Sarc29,RT

I cannot cover every violation and infraction of your new leadership staff so I will provide you with the latest unfounded and bogus decision from your HRD director (Michele Pilipovich). I filed a complaint to your HRD Director requesting that she address my workplace harassment. The attached e-mails covers the charges I made and provides some of the evidence to support my claim. I initiated a complaint of workplace harassment with enough evidence that "Stevie Wonder" could see that some form of harassment was inflicted on me.


HARASSMENTVB.w pd (18 KB)


RE: Harassment Investigation


RE: Your Complaint dated Janu...

1

I believe the Pilipovich decision is a sham for solving my workplace harassment. The Pilipovich decision is equivalent to a victim of a burglary case being dismissed by the courts because the victim did not know why the known burglar robed the house. The real issue for any valid investigation is do we know who the robber is and not the reason for the robbery.

I also was interviewed by a PBGC hired investigator/attorney named Anthony Vergnetti of Shaw, Bransford, Veilleux & Roth, P.C.. Vergnetti was provided enormous information on my complaint by me to include a witness list of individuals to contact for support of my claims. None of the key individuals on my witness list were interviewed to my knowledge. One of my witnesses is Sharon Barbee-Fletcher. Barbee-Fletcher was PBGC previous HRD Director and filed an institutional grievance against V. Johnson on June 20, 2001, for lying and libel. Johnson, Bernsen, Elizabeth Baker are my harassers. I think it is safe to say that the PBGC is aware of V. Johnson, S. Bernsen, and E. Baker willingness to lie. My complaint to Pilopovich was closed by her with the below lame excuse:

> "As a result of Mr. Vergnetti's investigation, the agency was unable to find a basis for the allegations in your memorandum. Indeed, you acknowledged during your interview that you had nothing other than your "belief" to support your allegations. Consequently, the agency has concluded that there is no basis to conduct any further investigation into your allegations. Therefore, this matter is closed."



PBGC Policy
Concerning Sexual ..

I made many other statements in my testimony to Vergnetti that provided evidence of the harassment against me. In addition, my interview with Vergnetti was specifically for Elizabeth Bakers' complaint and not my complaint. If my case had been investigated, I could have provided more and specific evidence of my complaint to further support my workplace harassment. Even with the testimony that I did provide to PBGC's (E. Baker's) complaint against me, there was sufficient evidence to warrant a decision on my behalf. Your HRD should have a copy of my testimony for your review.

I think you need to read the investigation report for your own understanding of my case and the premise for an incredible decision by Pilipovich. As an attorney, I expect that you understand evidence and a "snow" job. I also understand that Vergnetti has published a book on investigations titled <u>2004 IG and OSC Investigations Handbook</u>. I hope that his investigation is a thorough analysis for his conclusions on his investigation of E. Baker's complaint. If his investigation is similar to Pilipovich's decision then Vergnetti an attorney of Shaw, Bransford, Veilleux & Roth, P.C. should be concerned.

The question I think that a neutral party would ask at this point is why would PBGC management want to dismiss my complaint for false and deceptive reasons? I believe the answer is simple. I believe PBGC's management is trying to cover-up and maintain a culture and history of fraud, waste, and abuse of federal funds and abuse of authority within the PBGC. Again the reason is not important. The fact that the harassment occurred is the real issue. PBGC is an autonomous agency with very little accountability of direct federal control. Another question is how many management officials' are willing to cover up the misdeeds of many PBGC officials activities. That is an open question. However, I believe Pilipovich is the newest member of the group.

I have learned that Lattimer and Pilipovich competed for the HRD top spot. Many believe the decision to place Lattimer as the HRD head was derailed after talks of Lattimer getting the position. Why is this important? I believe that Pilipovich is an HRD figure head at this point. The new structure in HRD places Lattimer in complete charge of key employees within HRD. These key employees report to Lattimer and then he in turn reports to Pilipovich. PBGC has a mentor program in which Seal was Lattimer's mentor. This is the same PBGC official over Pilipovich and the individual found guilty of instituting an improper EEO structure by an independent arbitrator. It is time to read another e-mail. This e-mail discusses the improper interaction of Lattimer and the PBGC's EEO system.


EEO Structure
Electronic Docum...

Lattimer was a senior attorney with the OGC Labor Management staff and later became the Acting Manager for the HRD Management Labor staff. Lattimer is an attorney now over HRD employees where he is now in charge of the previous Operations and Programs sections. These sections are consolidated under Lattimer's complete control. Lattimer is now in control of critical knowledge and implementation of issues of employees' careers.

I have been informed that PBGC initiated an investigation on its own against me for a false and bogus complaint made against me by E. Baker. I am informed that some PBGC official gathered E. Baker's complaint from Court filings. The e-mail attached makes its clear that the alleged (E. Baker) victim did not file a complaint against me to the PBGC. The investigator Vergnetti made it known as well that the PBGC has a right to initiate investigations on complaints that it learns about and believes are necessary to maintain good order within the agency. It sounds good to me that the PBGC is willing to go looking for these complaints and is willing to investigate them. The PBGC initiated complaint is still ongoing for PBGC (E. Baker) against me and my complaint is now closed without an investigation that I am aware of.

 
FW: Harassment    RE: Harassment
Investigation     Investigation

I have talked to some of the witnesses Vergnetti questioned for PBGC's (E. Baker) complaint. Many of the witnesses for PBGC (E. Baker) made it known to me that they wanted nothing to do with the PBGC's investigation on me. Some of the witnesses such as Pamela Baker made it known that she believes that her testimony was used inappropriately. Some of the witnesses stated that they were personally informed by senior management officials to provide testimony for E. Baker's complaint. Vergnetti brought P. Baker's name up as a witness along with S. Williams. As I stated to Vergnetti, he needs to find better witnesses if he wants to make a sexual harassment case against me. The attached e-mail is Vulgar and should be viewed with CAUTION. I have more of these e-mails to support my case if needed. I received these e-mails and never participated in the dissemination of this smut. I believe that many PBGC employees engaged in these types of e-mails to include management officials. PBGC spends lots of money on computers and should have the technology to find these individuals if it really finds this behavior offensive.

 

FW: Grandma's       FW: Why Condoms
Doggy Style.mpe     Come in Boxes ...

I feel that I should continue to help PBGC do its job of weeding out inappropriate activity within the PBGC to maintain its good order. Since the false complaint of harassment against me was old, I will not place a time frame on the information that I will provide to you. I hope that the PBGC will use the same due diligence that it used to initiate a complaint against me and apply the same due diligence of its investigation against me to the below individuals' cases.

**Complaints of Improper Behaviors and Actions:**

1) Bennie Hagans: Michael Jones I believed filed a complaint against Hagans in which he believes Hagans promoted females employees as compared to employees' ability. The GAO report published September 21, 2000, I believe, provides sufficient information that the final investigation reports of inappropriate behavior on Hagans. I was once told that Hagans should have a file cabinet of sexual harassment complaints against him in the EEO office.

1) Robert Stokes - I was told that an employee filed a complaint to Hagans on Stokes for inappropriate relationship with (2) of Stokes female employees. It is believed by many employees that Stokes fathered a child with one of these employees. Stokes is a Division Manager of PBGC.

1) Romaine Nelson - An EEO complaint I believe is now underway regarding Nelson providing a promotion to a male employee above him. Nelson I am told is or was under another investigation for time sheet fraud as well. I am told that she is out of the building so long that by the time she comes back to work that most employees are leaving work. I am also told that she and Hagans once were involved. Nelson is an Associate Division Manager.

1) George Williams - (1) during an EEO hearing held on January 30, 2003 answered the following questions under an oath.

```
13    Q.   There has never been any discriminatory
14 actions based on sex?
15    A.   No.
16    Q.   Do you recall Miss Diana Lavik
17 requesting that you put up a flyer for a cat that
18 she had become custodian of?
19    A.   Yes.
20    Q.   Do you recall what the poster said that
21 you ended up creating for that?
22    A.   Not exactly.
23    Q.   Was it something to the effect of
24 contact Diana Lavik for free pussy?
25    A.   No.
1022
 1    Q.   It wasn't?
```

4

```
2    A.  No.
3    Q.  Do you recall what it did say?
4    A.  I believe it said, and this was in
5   conjunction with her giving away her cat, for no
6   charge, free pussy, see Diana Lavik.
7    Q.  And does that, you think that's
8   appropriate language?
9    A.  No, it certainly is not.
10   Q.  And that's probably offensive to
11  females?
12   A.  Yes.
```

    (2) Williams also sent an e-mail to selected PBGC employees. Williams was a supervisor during the time of the e-mail then became a Branch Manager and later an Associated Division Manager.

1)    Robert Bacon - This manager was under investigation for sexual harassment initiated to the HRD and later dismissed by OGC/HRD. This complaint is now pending in court actions.

**Is flirting a crime?**

I was told that the PBGC had a culture of sexual deviance by many employees. I was told of wife swapping and behind doors activity within the PBGC at alarming number. I believe that this culture has not completely changed and the rewards benefited many. I think it safe to say there was a lot of flirting going on and possibly still is within the PBGC.

1)    Bella Palli - having inappropriate relationship with a PBGC employee. The employee I am told made it known of his conquest with this married woman. I often wondered why I saw them coming back from lunch late. Some people should not park their cars in front of the building.

1)    Marjorie Bernadi and Steve Finucane - known by many that they were caught in the stairwell of a PBGC building making-out. These two have since married each other so I guess it ok for them now.

1)    James Keightley - I was told that Keightley is fond of an attorney in the agency and the rumor is that she may have a chance of rising to Deputy General Counsel like Jeffery Cohen did when he was reportedly involved with a General Counsel. Cohen relationship with a General Counsel I understand was somewhat of an issue at that time.

1)    Richard Lattimer - He dated a few employees and later married an auditor within IOD.

Note:    I understand that many of these individuals are divorced. A thorough investigator may want to review complete and full divorce filings to see if there are any relevant facts from these documents.

Vergnetti accused me of being a flirt. I guess if this is true then I am in good company of managers who are more successful than I could ever imagine to aspire to become. Many of these managers are from the old regime and appear that they cannot let good times go away. I believe these individuals have abused their authority and powers and are willing to use all means to their disposal to fabricate

events or issues to meet their need to have me and others discredited and ultimately harmed through their actions.

I believe that my management officials have canceled my complaint of workplace harassment against me to pursue their PBGC initiated complaint against me of sexual harassment. The conclusion to terminate my complaint I believe is with the concurrence of senior management officials such as Vincent Snowbarger (Acting Executive Director), John Seal (PBGC CMO), and Joseph Grant (PBGC COO). These senior officials, I believe are fully aware of the harassment and retaliatory actions taken against me and have aided subordinate managers and supervisors to violate my workplace and civil rights. Many of theses senior officials on my case are attorneys who are well versed in evidence and have permitted their lower level officials to publish decisions based on evidence not permitted in a "kangaroo court."



Articles: The
dangers of tunin...

I am a Federal employee within PBGC. I am obligated under Federal laws to report what I believe are violations to my superiors. My statement is for that purpose. I also was requested to provide a written statement to my EEO Counselor for my EEO complaint. This statement serves that purpose as well. I will provide my EEO Counselor other names and events for my complaint.

Respectfully Submitted,


Robert T. Perry
EEO Complainant

6