# Charges Against ROBERT PERRY, DWAYNE JEFFERS and NAGE for Setting Up Employees to Be Disciplined

Form Exempt Under 44 U.S.C. 3512

| UNITED STATES OF AMERICA<br>FEDERAL LABOR RELATIONS AUTHORITY<br><br>CHARGE AGAINST A LABOR ORGANIZATION | FOR FLRA USE ONLY<br><br>Case No. WA-CO-05-0361<br><br>Date Filed |
|---|---|

Complete instructions are on the back of this form.

| 1. Charged Labor Organization<br>Name: Local R3-77 Nat'l Ass'n Gov't Employees<br>Address: Box 27, 1200 K Street, NW<br>Washington, DC 20005<br>Tel.#: (202) 326-4000   Ext. 3026<br>Fax#: ( ) | 2. Charging Party (Individual, Labor Organization, Activity, or Agency)<br>Name: Stuart Bernsen (individual)<br>Address: 1<br>Tel.#: (202) 326-4020   Ext. 3060<br>Fax#: ( ) |
|---|---|
| 3. Charged Labor Organization Contact Information<br>Name: Richard Petta<br>Title: President<br>Address: Box 27, 1200 K Street, NW<br>Washington, DC 20005<br>Tel.#: (202) 326-4000   Ext. 3026<br>Fax#: ( ) | 4. Charging Party Contact Information<br>Name: same as above<br>Title:<br>Address:<br>Tel.#: ( )   Ext.<br>Fax#: ( ) |

5. Which subsection(s) of 5 U.S.C. 7116(b) and/or (c) do you believe have been violated? [See reverse]   (b)(1), (2), (8) 7114(a)(1)

6. Tell exactly WHAT the labor organization did. Start with the DATE and LOCATION, state WHO was involved, including titles.

VIOLATIONS BY UNION AND REPS <u>ROBERT PERRY</u> AND <u>DWAYNE JEFFERS</u>

Local R3-77 of the National Association of Government Employees ("NAGE"), by and through its Executive Committee and officers and agents ROBERT PERRY and DWAYNE JEFFERS, and NAGE, through its agent, Stephanie Zaiser, violated 5 U.S.C. §§ 7116 (b)(1), (2) and (8) and 7114(a)(1) by:
- ROBERT PERRY along with DWAYNE JEFFERS providing high level agency officials at the Pension Benefit Guaranty Corporation ("PBGC") with copies of certain employees' e-mail messages and demanding that the agency investigate and take action against those employees when PERRY and JEFFERS had a conflict of interest with respect to the representation of those employees (a copy of the transmittal from PERRY with JEFFERS to the PBGC Executive Director and the Inspector General is available)
- misleading and intimidating one or more employees who received disciplinary notices from the PBGC with respect to what rights such employee(s) had and what representatives they would receive from the union
- failing to disclose to such employee(s) that PERRY and JEFFERS had conflicts of interest and adverse interests with respect to representation of the employees
- failing to represent one or more employees, discriminating against such employee(s), missing deadlines with respect to representation of such employee(s), and supporting management's claims against employee(s).

In 2004, ROBERT PERRY with the assistance of DWAYNE JEFFERS sent to the PBGC's Executive Director and Inspector General copies of employees' e-mail messages. They demanded that the employees be investigated and knew that the agency was likely to discipline such employees. PERRY had an adverse interest against at least one of the employees and JEFFERS was representing PERRY. JEFFERS reportedly stated that although other employees could face discipline, he considered discipline against other employees to be "collateral damage." Consequently, in December 2004 or January 2005, the PBGC did initiate disciplinary action against several employees over alleged misuse of the agency's e-mail system. With respect to one or more employees, JEFFERS and PERRY reportedly solicited and pressured the employee(s) to have JEFFERS and PERRY serve as their union representative (s) even though JEFFERS and PERRY had adverse interests against and conflicts of interest with respect to such employee(s) which they failed to disclose. PERRY and/or JEFFERS as representatives for one or more of the employees reportedly missed the deadline(s) to respond to the agency's notice(s) of proposed discipline. NAGE and Local R3-77 failed to provide fair representation and discriminated against employees by failing to advise employees of NAGE's, Perry's and Jeffers' conflicting interests against such employees, by aiding and abetting the PBGC in its disparate and discriminatory actions against the affected employees and by labeling one or more employees as "pornographers."
    Relief requested includes, but is not limited to posting and distribution of appropriate notices, make whole relief for all employees adversely affected, and all other relief that is just and proper.

| 7. Have you or anyone else raised this matter in any other procedure?   ✓ No   ___ Yes   If yes, where? [see reverse] |
|---|
| 8. I DECLARE THAT I HAVE READ THIS CHARGE AND THAT THE STATEMENTS IN IT ARE TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF. I UNDERSTAND THAT MAKING WILLFULLY FALSE STATEMENTS CAN BE PUNISHED BY FINE AND IMPRISONMENT, 18 U.S.C. 1001. THIS CHARGE WAS SERVED ON THE PERSON IDENTIFIED IN BOX #3 BY [check "x" box]   ☐ Fax   ✓ 1st Class Mail   ✓ In Person   ☐ Commercial Delivery   ☐ Certified Mail |

| Stuart Bernsen | *Stuart Bernsen* | 05/11/2005 |
|---|---|---|
| Type or Print Your Name | Your Signature | Date |

**If you have information, call FLRA Investigator S. Cowan at (202) 482-6700 ext. 6015**