*The Truth Behind the E-mail Discipline*

# Robert Perry and Dwayne Jeffers Divulged E-Mails to Executive Director

*Management Informants Exposed*

The **firing and discipline** of numerous contractors and PBGC employees was not an accident. It was not the result of a "random" review of e-mails. Rather, ROBERT PERRY in collusion with DWAYNE JEFFERS ratted on and fingered employees and turned them in to the Executive Director, Inspector General and other top management officials. Jeffers bragged that as far as he was concerned, if employees suffered, they were just "collateral damage" for his selfish scheme.

In 2004, Perry with the aid of Jeffers forwarded copies of employees' e-mails to Bradley Belt and the Inspector General. Perry along with Jeffers demanded that management find these individuals. He pledged to help weed them out.

After management initiated disciplinary action, Jeffers gloated. As officials of the union local, Perry and Jeffers reportedly acted to undermine the efforts of employees to defend themselves. Here is what Perry and Jeffers sent to management:

| | |
|---|---|
| From: | Perry Robert |
| Sent: | Tuesday, April 27, 2004 6:27 p.m |
| To: | Apergis Steve; Belt Bradley; Snowbarger Vince; Grant Joseph; Seal John; Pilipovich Michelle; Keightley James; Hagans Bennie; Emmons Robert; Smith Noisette |
| Cc: | Jeffers Dwayne; Perry Robert |
| Subject: | EEO Summary for EEO Counselor |

To:   Bradley Belt, Steve Apergis
From: Robert Perry

The attached e-mail is Vulgar and should be viewed with CAUTION. I have more of these e-mails to support my case if needed. I received these e-mails and never participated in the dissemination of this smut. I believe that many PBGC employees engaged in these types of e-mails to include management officials. PBGC expends lots of its money on computers and should have the technology to find these individuals if it really finds this behavior offensive.

[e-mail on Grandma's Doggy Style]        [e-mail on Why _____ Come in Boxes]

I feel that I should continue to help PBGC do its job of weeding out inappropriate activity within the PBGC to maintain its good order.

Respectfully Submitted
Robert Perry

*Now you know what ROBERT PERRY and DWAYNE JEFFERS are really about.*