# ROBERT PERRY and DWAYNE JEFFERS Roles in Discipline Over E-mails Bring Angry Reactions

Employees have expressed disgust and outrage after seeing the proof that ROBERT PERRY and DWAYNE JEFFERS provided top management with copies of employees' e-mail messages that led to the firing of contractors and discipline of PBGC employees. Here is a sample of reactions:

- I hope that Perry and Jeffers don't run into one of the fired contractors. It might not be too pleasant.

- So that's how it happened! I always knew that Robert Perry and Dwayne Jeffers were no good.

- Robert Perry. Isn't he the one who got people downgraded?

- They should be ashamed to show their faces around here.

- Perry and Jeffers. They are as bad as management.

- Aren't Perry and Jeffers **NAGE** union officials? They should resign.

- The union is no good. Getting people into trouble. We need a new union.

- So they helped get people fired? Maybe they should get out of here.

---

| | |
|---|---|
| From: | Perry Robert |
| Sent: | Tuesday, April 27, 2004 6:27 p.m |
| To: | Apergis Steve; Belt Bradley; Snowbarger Vince; Grant Joseph; Seal John; Pilipovich Michelle; Keightley James; Hagans Bennie; Emmons Robert; Smith Noisette |
| Cc: | Jeffers Dwayne; Perry Robert |
| Subject: | EEO Summary for EEO Counselor |

To:   Bradley Belt, Steve Apergis
From: Robert Perry

The attached e-mail is Vulgar and should be viewed with CAUTION. I have more of these e-mails to support my case if needed. I received these e-mails and never participated in the dissemination of this smut. I believe that many PBGC employees engaged in these types of e-mails to include management officials. PBGC expends lots of its money on computers and should have the technology to find these individuals if it really finds this behavior offensive.

[e-mail on Grandma's Doggy Style]        [e-mail on Why _____ Come in Boxes]

I feel that I should continue to help PBGC do its job of weeding out inappropriate activity within the PBGC to maintain its good order.

Respectfully Submitted