**The Robert Perry - Dwayne Jeffers Scandal**

# "So do I admit having adult conversations at work? Sure."

Sworn Statement of

**ROBERT PERRY**

---

Under the law, and PBGC policies and directives, all employees and contractors are entitled to a work environment that is free of unwelcome and offensive behavior.

ROBERT PERRY, assisted by Dwayne Jeffers (both of NAGE), snitched on employees by sending e-mail messages to management. Contractors were fired. Employees were disciplined. But, ROBERT PERRY admits under oath that he has "adult conversations" in the workplace. (Transcript available.)

If Robert Perry's behavior is offensive to you, protect yourself right away.

Call the EEO Manager. **Lori Bledsoe.** Ext. 3345.