# JOHN SEAL FEARS THE TRUTH

*Employees Charge Violation of Free Speech and Civil Rights*

## Management's Coverup of Robert Perry-Jeffers Scandal Is Exposed

John Seal is unhappy that people are learning the truth behind the firing of contractors and the discipline of employees. So, on Thursday, June 16, he sent a threatening message to try to prevent employees from learning more. Seal is afraid that employees will learn about management's coverup of the truth and its use of Robert Perry and Dwayne Jeffers to hurt employees. In the bigger scheme of things, Seal and management want to suppress the First Amendment rights of employees to communicate about their working conditions and their civil rights to report discrimination by management and NAGE.

In response, several employees are challenging Seal's attack on everyone's rights. We urge all employees to contact the EEO office and the Federal Labor Relations Authority to ask them to protect your basic American rights.

Here is the TRUTH that John Seal does not want you to know:

**TRUTH: Perry and Jeffers of NAGE Snitched on Employees**

It was Robert Perry with the aid of Dwayne Jeffers of NAGE who gave employees' e-mails to top management and demanded an investigation. The hard proof is out there. Jeffers reportedly bragged that if contractors and employees were fired or disciplined, that was just "collateral damage."

**TRUTH: It Was Not a Random Search**

Management went after employees based on the documents that Robert Perry provided with Jeffers' assistance.

**TRUTH: The Executive Director Did Not Tell Employees the Facts**

Contrary to the Executive Director's claim in his February 11 all-employee e-mail, the investigation and discipline was not the result of a "random search." Rather, it started with Robert Perry and Dwayne Jeffers turning in employees.

**TRUTH: Management Was Covering Up for Perry, Jeffers and NAGE**

The February 11 all employees e-mail from the Executive Director was a deliberate effort to protect Perry and Jeffers and help NAGE in the campaign to stop an independent union. Word was going around at the time about Perry and Jeffers being the cause of the investigation and discipline. In return for management covering up for Perry and Jeffers, NAGE and Dick Petta showed that they would not defend disciplined employees.

**TRUTH: Management Is Trying to Rescue Perry and Jeffers**

Seal's June 16 e-mail is meant to immediately stop publicity that would teach employees more about Perry and Jeffers and how they and NAGE have been working directly with management to harm employees. But, by its blatant, public reaction, and its heavy-handed attempt to sew fear, management is proving that Robert Perry and Dwayne Jeffers have been working for management. Reportedly, Perry and Jeffers have been rewarded by getting to "work" at home!

**TRUTH: Jeffers, Perry and NAGE Have Been Threatening Employees in Order to Help Management**

For nearly two years, management has allowed Dwayne Jeffers and others from NAGE to send messages that threaten employees. Jeffers has sent messages to incite hatred and possible physical attacks, using vicious and charged language. In messages, Jeffers calls certain co-workers "OSAMA BIN LADEN" and "SADDAM HUSSEIN" and TERRORISTS. Jeffers' messages bring up the MAFIA. He denounces employees as "PORNOGRAPHERS" and PSYCHOTIC. This behavior comes from Jeffers as an officer and Chief Steward of NAGE. Robert Perry admits that he engaged in "adult conversation" in the workplace. That is a form of bullying. Other NAGE officials, namely Dick Petta and Cynthia Greene, have assisted management in disciplinary investigations of employees.

**TRUTH: John Seal Is Intolerant of Employee Rights and Has a Long Anti-Employee Record**

John Seal's latest effort to suppress free speech and civil rights activity, and his use of bullies from NAGE are reminders of his history of seeking to maintain total domination and control over the workplace, his efforts to reduce employee benefits, and his fostering of unfairness and prejudice. John Seal:
- refused to implement the agreement to double flexiplace
- refused to eliminate performance awards quotas
- refused to implement the agreement to increase awards
- was found by the EEOC to have violated employees' civil rights by improperly serving as EEO Director
- was found by an arbitrator to be unlawfully failing to provide employees with a neutral and independent EEO complaint processing system
- was found by the NAACP Federal Sector Task Force to be involved in making PBGC into an agency that, for its size, has one of the worst federal agency civil rights records
- was found by an arbitrator to discriminate against a GS-4 disabled employee
- is ultimately responsible for what an arbitrator found to be retaliation against a staff attorney
- was found by a Magistrate Judge to have unjustly handled an employee's EEO complaint; as a result, the PBGC ended up paying tens of thousands of dollars
- ultimately oversaw personnel decisions that caused the agency to pay out tens of thousands of dollars in EEO cases

**TRUTH: Seal Has Interfered in the Rights of Former Union Officials**

An arbitrator found that the Human Resources Department under John Seal improperly interfered in the work relations of a former union official and improperly smeared that individual.

**Cloud Over John Seal**

While John Seal reportedly is retiring for "family reasons," some have been asking whether there may be other reasons as well. They have noted that while Seal oversaw PBGC's budget and procurement process, there have been very serious procurement ethics issues. One manager under John Seal left the agency while being investigated over allegations that a procurement contract for around $900,000 went to a personal friend. Another manager reportedly was suspended after being charged with procurement ethics violations.

**WHAT TO DO?**

The bottom line is, don't let John Seal, management and NAGE scare you from exercising your basic rights to free speech and to oppose discrimination. You have a right to read and to talk to your co-workers. You have a right to file a complaint. Employees' knowledge of the truth is more powerful than fear. Though you no longer have a union, you do have rights. Exercise those rights. Obtain and share information. Associate with your coworkers. *Contact the EEO Manager (ext. 3345) and the Federal Labor Relations Authority at (202) 482-6700.*