# YOUR NEW CBA

## (Collective Bargaining Agreement)

On February 19, PBGC bargaining unit employees will start to enjoy the many new benefits and protections of a new CBA. The hard work and persistence of the original local union leaders will provide PBGC employees with one of the best contracts for federal employees anywhere. As described below, the new CBA will make for a more employee friendly, family friendly workplace that is good for everyone, including management.

### How the CBA Was Won

Employees need to keep in mind that your new rights and benefits are not free gifts. They were won by a collective effort of PBGC employees who worked together, and who paid $11,000 to have an arbitrator rule against management on important articles of AWARDS and FLEXIPLACE. Your new CBA also came about as a result of the skills and dedication of the former leaders of the union local. These key facts are important to remember, because PBGC management is not happy about the tremendous success this new CBA represents.

### Management's Opposition

While management should see this as a win-win for everyone, unfortunately, management fought tooth and nail against Awards, Flexiplace, Metrocheck, Office Space, Merit System Principles and many other provisions. Management could have implemented the new Flexiplace and Awards articles back in 2002, but refused. In the past few months Mr. Belt tried to have the new CBA dropped and discarded. He and Stephen Barber made sure that employees would not receive new benefits in time for last year's performance appraisals and awards. Dick Petta went along.

### Independent Action Saves the Day

The CBA is being implemented now because employees spoke out and expressed displeasure over the benefits denied when appraisals came out. The undersigned, and others who supported the Independent Union of Pension Employees, circulated flyers and other information to let employees know what Belt and Petta were up to and to share information about what was being lost. Furthermore, the Federal Labor Relations Authority has been considering whether PBGC employees should have the right to vote again for the Independent Union. With the possible competition of a real union and the prospect of employees uniting, Belt and Petta have been forced to come to their senses – at least temporarily.

### NEW BENEFITS

Here is a summary of some of what your improved working conditions include:

**FLEXIPLACE**: Flexiplace doubles. A hundred employees will be added to flexiplace to bring it up to 50%. Those now in the flexiplace program will be entitled to 2 days a week to work at home! (Management wanted to leave it up to each manager to decide who could and could not participate and to deny flexiplace days anytime.) Employees with health problems will be able to work at home.

**PERFORMANCE**: Many more employees will receive Outstandings based on 18 points instead of the current 19 points, and Excellents based on 13 points instead of 15. Ratings will no longer be based on a quota system driven by dividing up a limited amount of awards money and playing favorites so that particular individuals will get higher appraisals at others' expense.

**AWARDS**: Excellent employees will receive a full 2% of salary with time off available to make up any difference. In the past, some Excellent employees have received as low as one-fifth of a percent.

**DISCIPLINE**: No employee may be disciplined (suspended) until *after* a neutral, third party makes a final decision. (Remember all the people who faced discipline over the email investigation last year when NAGE officials Robert Perry and Dwayne Jeffers ratted on employees?)

**MERIT SYSTEM PRINCIPLES**: Even though PBGC is a government corporation, it will now have to abide by Merit System Principles and treat employees fairly with respect to personnel matters and career opportunities. Individual managers can be held accountable.

**OFFICE SPACE**: Guaranteed private offices and office sizes and a fair selection process. (Management wanted to be able to double employees up in offices or force employees into cubicles.)

**METROCHECK**: The maximum metrocheck allowable under law, including any increases, is guaranteed by the contract. (Management had proposed only $45 a month.)

**FLEXIBLE LUNCH**: Employees may take more than 45 minutes for lunch, so long as they work later.

**STARTING TIME**: Employees on 5/4-9 may start as late as 9:30 a.m.

### What's Ahead?.

It is gratifying to know that PBGC employees will be enjoying very real improvements that we worked so hard and paid so much to win – including $11,000 to an arbitrator.

The two problems ahead, though are, first, that management controls the local union through Dick Petta, Robert Perry and Dwayne Jeffers. (Robert Perry has quit, and will be gone by May.) That means that managers can easily decide not to provide you with some of your new benefits because they know that the NAGE National and local will never stand up for you.

Second, management already has an agenda to force many concessions and move towards a pay-for-performance system as soon as a year from now. There are signs that they plan to justify it by accusing some employees now of poor performance.

Study your new contract. Take advantage of your new rights and benefits. Pay attention to what is going on. Remember who really worked hard for you. And, if you have any questions, feel free to give me a call.

*Stuart Bernsen*
Stuart Bernsen, ext. 3060