*Good News for PBGC Employees*

# Court Orders Trial Against NAGE Over Retaliation

A federal Judge has ordered a jury trial against NAGE over claims that it violated basic civil rights and democratic rights of PBGC employees.

Smelling something very rotten about NAGE and the behavior of its National President, David Holway, the Court ordered that a jury here in Washington, D.C. will decide on the retaliatory removal of Valda Johnson and Stuart Bernsen from their elected local positions of President and Executive Vice President, and their improper removal from membership. *Johnson v. Holway*, No. 03-2513 (D.D.C.). The Judge wrote that there is "sufficient evidence to support a finding" that NAGE acted in retaliation, and not for the reasons given by NAGE.

The Court's decision comes on the heels of a federal jury in Massachusetts awarding a NAGE union member $2.2 million because of retaliation by NAGE.

The upcoming trial marks a major turning point for PBGC employees. It provides an opportunity for PBGC employees to restore some democracy to their workplace.

The jury will hear how NAGE acted against its own members and hurt PBGC employees. It will hear how NAGE helped management to violate employees' rights by failing to represent PBGC employees.

It is time to hold accountable NAGE and those individuals here at PBGC who aided NAGE's wrongdoing.

*If you have any information, or would like to testify, please let the plaintiffs know.*