# New Years Resolutions

That You Will Never Hear From

# DICK PETTA

- I promise to try to tell employees and union members the truth once in a while.

- I promise to have the new Collective Bargaining Agreement (CBA) implemented some day.

- I will apologize to more than 125 employees who have been denied **flexiplace** because of my failure to finish up the new CBA

- I will apologize to all the employees who got appraisal ratings of Excellent but did not get a full 2% of salary as a performance award because I did not finish up the new CBA.

- I will apologize to the employees who missed getting Outstandings based on 18 points instead 19 because of my failure to finish the new CBA

- I will apologize to all employees who missed getting Excellent appraisals based on 13 points instead of 15 points because of my failure to finish the new CBA

- I will denounce **Robert Perry** and **Dwayne Jeffers** for ratting on employees and helping management fire contractors and discipline employees for use of the email system

- I will publicly admit that I was the one who first called for a trusteeship of the local union and to impose a dictatorship

- I will reveal the names of those in management whose orders I followed to get rid of the former elected union leaders

- I will apologize for working to undermine and sabotage the arbitration cases of several employees, including a GS--4 disabled employee

- **I will tell the truth about how I am working for Brad Belt to help him implement a pay for performance system that will eliminate step increases and annual salary increases**

- I will resign from union office, quit the union in February when anyone can, and will retire from PBGC

- I will confess to my sins against PBGC employees