# SAM BATSELL

# For a Union With Management

Hi! Sam Batsell here.

Here are my reasons for wanting to be a union officer:

I would like to have a union to serve management.

I have met Brad Belt. He's the greatest!

Anything that can be done to please Brad – that's what I'm about.

I have never been elected to union office.

But, now it should be easy!

The union is so much smaller. As they say – "small is beautiful."

Dick Petta is pleased with me.

And, I believe Brad is rooting for me.

Brad must know that I've been doing all I could to help him.

For example:

- I helped rush through that big reorganization Brad wanted last year even though many employees lost out.

- When Brad said he did not want a new Collective Bargaining Agreement (CBA), I helped delay it.

- When union officials Robert Perry and Dwayne Jeffers along with the support of Dick Petta got employees and contractors into trouble over e-mails, I did nothing about it. Management loved it.

- I hoodwinked a few new employees to believe that some day management would pay for student loans and would be fair.

So, as I say, I'd be happy to serve in order to please management.

(Paid for by Employees Against the Election of Sam "Sell You Out" Batsell. Statements are based on their own impressions)