

# Pension Benefit Guaranty Corporation
Office of Inspector General
1200 K Street, N.W., Washington, D.C. 20005-4026

### Declaration of Frederick T. Zigan

1. I am the Assistant Inspector General for Investigations in the Pension Benefit Guaranty Corporation (PBGC) Office of Inspector General (OIG). I am providing this Declaration at the request of PBGC's Office of the General Counsel in an arbitration hearing involving PBGC employee Rhonda Baird.

2. On April 29, 2004, I received an electronic message (e-mail) from Robert Perry, dated April 27, 2004, that was forwarded to me by the Inspector General Robert Emmons. I read the e-mail shortly after I received it and discussed it with Deputy Inspector General Deborah Stover-Springer.

3. It is OIG policy not to open an inquiry or an investigation into a matter that is being pursued in another forum. From our review, Mr. Perry's e-mail allegations were being pursued in the EEO context.

4. In general, the OIG does not open an inquiry or investigation into matters that have been forwarded to a large number of PBGC officials, of which the Inspector General is just one, unless there is a specific request that the OIG address a matter. Mr. Perry's e-mail did not do so, nor did we interpret it as a request for the OIG to investigate a particular matter.

5. To protect the privacy of individuals and sensitivity of our investigations, it is also our policy to neither confirm nor deny whether there is a particular investigation on-going.

I have read the foregoing statement consisting of __1__ (2) typed pages. I have made any corrections necessary and initialed the page. The facts stated above are true, correct and complete to the best of my knowledge and belief.

_____
Frederick T. Zigan

Subscribed and sworn to before me this 21st day of September, 2004 in Washington, DC.

_____
Cornelia R. B. Green
Special Agent
Pension Benefit Guaranty Corporation