October 17, 2002

Ms. Gloria Johnson
Arbitrator
9500 Arena Drive, Suite 104
Largo, Maryland 20774

Re:  National Association of Government Employees, (NAGE) Local R3-77 v. Pension Benefit Guaranty Corporation, (PBGC), FMCS No. 000707-12746-A

Dear Ms. Johnson:

    I am writing to you as a concerned EEO Management Staffer to encourage you to issue a decision in the NAGE v. PBGC EEO arbitration soon. We here at PBGC are feeling the stress and tension of the current structure and will likely continue to experience heightened stress and tension until your decision is issued outlining the EEO structure that is proper for the corporation. The EEO Management staff is being attacked by union employees who make allegations that Janice Mackey, the EEO Manager, and myself, the EEO Specialist, are merely rubber stamps for management and have no actual authority to execute our responsibilities. I categorically deny the allegation that we are a rubber stamp for management. EEO Counselor training teaches counselors to empathize not sympathize with either of the parties in order to maintain an appearance of neutrality. I am not "for" or "against" any side, I merely attempt to resolve complaints in a fair and impartial manner in the early stages.

    I have worked at PBGC for over 18 years, and have over 30 years of service in the federal government. For many years, I served as a union representative assisting employees in attempts to enforce the Collective Bargaining Agreement while trying to build bridges between labor and management. For the past 2 years, I have worked as an EEO Specialist trying to aid the enforcement of EEO laws while still attempting to be a bridge builder here at the agency. Though I have very high regard for James J. Keightley as our General Counsel, his service as the EEO neutral attorney is an apparent conflict because he is not able to maintain an appearance of being neutral, unbiased and objective due to the very nature of his duties and responsibilities. (MD 110, Chapter I, Sections III and VI.)

    As a result of a EEO Counselor's pro-active attention to the EEO arbitration pleadings, I learned that James J. Keightley was the agency's EEO neutral attorney assisted by Stan Hecht. Stan Hecht had been introduced to the collateral duty EEO counselor staff, and to me, as the EEO neutral attorney and no mention was ever made of James Keightley's direct role in the EEO process. This issue caused heated debate and discussion among the counselors and as their coordinator, they came to me for some "straight talk." I too was under the mistaken impression that Stan Hecht was the EEO neutral and affirmed the same to the counselors. Attempting to

resolve the question further, an EEO staff meeting was held where the EEO Counselor's were informed that James J. Keightley was in fact the EEO neutral attorney. This fact was not well received by the counselors. It is for this reason that I write to you today.

As the EEO Specialist, I'm concerned about the increase of individual EEO case filing, despite EEO counselors' best efforts to resolve the resolvable issues; however in most cases, the parties have been unable or unwilling, to find common ground to resolve anything. There is an atmosphere of hostility and distrust and I fear it will continue unless or until a EEO structure is in place that both management and union can long endure.

Despite the obvious EEO concerns here, this agency is a great place to work, and we have some of the best employees and staff anywhere. We all look forward to your learned and informed decision soon. Thank you.

Very truly yours,

Noisette Smith, Jr.
EEO Specialist
EEO Management Staff

cc:   Rick Lattimer, Jr., Esq.
      Ray Forster, Esq.
      Gina Lightfoot-Walker, Esq.
      Valda Johnson, NAGE, Union President