**:ROY W. WARREN, JR., MEMBER**
:CP NATIONAL BOARD OF DIRECTORS

I03 STONECREST DRIVE   SILVER SPRING, MARYLAND 20904-5236

(301) 622-3633

October 22, 2001

The Honorable John Seal
Acting Executive Director
Pension Benefit Guaranty Corporation
1200 K Street, N.W., 10th Floor
Washington, D.C. 20005

Re:   Arbitration Decision and Retaliation

Dear Mr. Seal:

The NAACP Federal Sector Task Force has been monitoring the equal employment opportunity record of the Pension Benefit Guaranty Corporation (the "PBGC"), for in excess of one year. The Task Force has reviewed the Arbitration decision that finds that PBGC is failing to comply with the legal requirement to provide a neutral and independent EEO process. The Arbitrator rightly points out very serious problems frequently arise from the involvement of personnel and labor relations officials and adversarial lawyers in neutral EEO functions. The Task Force also considers the practice of having one individual serve as both Chief Management Officer (CMO) and EEO Director to be wrong and unjustifiable, especially at an agency the size of the PBGC. Simultaneously serving as CMO and EEO Director, is in opposition to enlightened and broadly accepted progressive thinking. The Task Force understands that you recently inherited the position as Acting Executive Director, but the responsibility to clean up the mess you inherited is now your responsibility.

The Task Force has received reports and documentation that indicate that PBGC is attempting to bypass the Arbitrator. That needs to be stopped immediately.

In addition, the information received shows that PBGC is using both subtle and overt forms of harassment and retaliation against union officials who are involved in the arbitration and who are opposing discrimination. I have been actively involved in Civil Rights for 40 years, and know harassment, reprisals, and retaliation when I see it. The Task Force will join with the national labor unions, national civil rights organizations, some leaders of the U.S. Congress, and others to prevent further harassment of or retaliation against the Union President, other union leaders, or other PBGC employees, if you are unwilling to stop these illegal practices.

The Task Force looks forward to working with you to rectify the problems delineated in this letter. The issues delineated in this letter are serious and they deserve your personal attention.

If you have any questions, or wish to discuss these matters, you may contact me at at the above address or telephone number.

Sincerely,

*Leroy W. Warren*

Leroy W. Warren, Jr., Chairman
NAACP Federal Sector Task Force