

# EROY W. WARREN, JR., MEMBER
## ACP NATIONAL BOARD OF DIRECTORS

803 STONECREST DRIVE   SILVER SPRING, MARYLAND 20904-5236                    (301) 622-3633

December 15, 2002

Hon. Steven Kandarian
Executive Director
Pension Benefit Guaranty Corporation
1200 K Street, N.W. 10th Floor
Washington, D.C.  20005

SUBJECT:   ALLEGATIONS OF RACISM & ABUSE OF AUTHORITY AT PBGC

During the last three to four years, the NAACP Federal Sector Task Force has received numerous serious claims and allegations from both current and former employees involving the following issues at the Pension Benefit Guaranty Corporation (PBGC). The following is a synopsis of some of the most serious issues bought to our attention:

1. The EEO program is basically inoperative and is not providing adequate protection for those who have legitimate complaints.

2. The EEOC's concerns relative to placement of its programs within the PBGC organizational structure has not been addressed, despite the intervention of the U.S. Equal Employment Opportunity Commission (EEOC).

3. The unbridled actions that some managers are allowed to perpetrate against some employees demonstrate inadequate control over rogue managers.

4. An excessive number of those filing EEO complaints are subjected to "Reprisal, Retaliation, and Abuse by Managers," and, in many instances, are often forced to work in an extremely hostile work environment.

5. Based upon occurrences during the last three to four years, it seems fair to state that there is, at best, limited commitment by many PBGC managers to do the right thing.

6. Based upon the statements of many employees, there seems to be very little if any punishment for PBGC officials and employees who do the wrong thing(s).

7. Many of PBGC's senior staffers are part of the problem to include appearing to be devoted opponents of needed reforms and the local union (NAGE Local R3-77).

8. Union leaders who are members and/or supporters of the Task Force seem to be frequent targets for mistreatment and/or harassment. The Task Force and some national civil rights leaders are deeply troubled over these very serious allegations. This mistreatment cannot continue.

We understand that you inherited a number of serious issues dealing with the U.S. Equal Employment Opportunity Commission (EEOC) that, as far as the Task Force can determine, have not been resolved. The Task Force is, therefore, requesting a meeting with you as soon as possible to discuss the critically important issues and concerns delineated within this letter. We believe this meeting would be of utmost importance and of valuable to all parties involved.

We look forward to a positive response and the granting of this request for a meeting.

Leroy W. Warren, Jr., Chairman
NAACP Federal Sector Task Force