# LEROY W. WARREN, JR., MEMBER
NAACP NATIONAL BOARD OF DIRECTORS

12803 STONECREST DRIVE   SILVER SPRING, MARYLAND 20904-5236                                                 (301) 622-3633

September 10, 2003

Mr. Joseph Grant
Director of Equal Employment Opportunity
Pension Benefit Guaranty Corporation
1200 K Street, N.W., Second Floor
Washington, D.C. 20005

SUBJECT: PBGC's Gross Failure to Correct Serious Internal EEO Problems

The NAACP Federal Sector Task Force is extremely disappointed that you have failed to honor your word and cooperate with us in our attempts to solve some of the extremely serious ongoing and chronic problems at the PBGC.

The Task Force members left the February 11, 2003 meeting with you, the agency's General Counsel, and EEO manager feeling that you would move forward in a slow and slightly more positive manner. We have now judged the meeting to have been a ploy, designed to provide time, while the PBGC management does virtually nothing of substance to correct the extremely serious problems facing many employees at the PBGC.

On March 24, 2003, on behalf of the NAACP Federal Sector Task Force, I wrote to you asking for documents and answers to some very serious questions regarding Equal Employment (EEO) opportunity at the Pension Benefit Guaranty Corporation ("PBGC" hereafter). The NAACP Task Force is disappointed that PBGC has totally ignored our requests and has failed to respond, to any of the concerns delineated in the March 24, 2003 letter. *Once again, we ask that you provide the requested information promptly.*

During the February 11, 2003 meeting, the Task Force urged that PBGC take immediate steps to comply with the rulings of an arbitrator and the EEOC, which called upon PBGC to establish a truly independent EEO function.

According to number reliable sources, since the February meeting the EEO situation within the agency, especially in the Office of General Counsel has rapidly deteriorated. It is strongly alleged that the action of many management Attorneys toward some employees are increasing adversarial, and indefensible under any reasonable standards of decency. It is further reported that many management attorneys under your control and that of General Counsel Keightley, who was in attendance at the February meeting reportedly are running amok, intimidating and interfering with EEO complainants process while in many cases simultaneously distorting and corrupting the investigatory process. It is bad policy for the OGC and the Chief Operating Officer to be involved in the early stages of the EEO process.

The PBGC should provide some compelling public information and to justify the failure to comply with the EEOC ruling.

The following is a summary of the major concerns and allegations, which have been bought to the attention of the Federal Sector Task Force:

- A seven (7) day suspension of an employee who needed 2 hours emergency sick leave. The employee had filed several EEO complaints and testified as a witness in three EEO proceedings. Continuing harassment of this employee, including threats to his career.

- Blackballing and slandering of an employee who has alleged sexual harassment and has complained about interference by HRD and OGC in the EEO process.

- Physical intimidation and harassment of an EEO counselor who testified in the arbitration over the PBGC's unlawful EEO structure.

- Continued, daily, escalating mistreatment and harassment of the above employees and other EEO complainants, union officials and members and supporters of the NAACP Task Force.

I understand that in the past six months, things have deteriorated at PBGC, and a minimum of four employees have retained prominent and expensive legal counsel, and they are planning or have instituted discrimination litigation against the agency.

Federal government agencies are mandated to provide equal employment opportunity. The discrimination and retaliation at PBGC must stop. *Picking on sick and disabled employees is utterly despicable, and must cease.*

We want to work with PBGC but cooperation is a two way street. We are prepared to move forward, if no response is received by September 30, 2003. We are prepared to do whatever is required to expose the cesspool of racism and injustice at PBGC.

Sincerely,

*Leroy W. Warren*

Leroy W. Warren, Jr.
Chairman,
NAACP Federal Sector Task Force