# NAACP FEDERAL SECTOR TASK FORCE

## INTERIM REPORT IV

## NATIONAL EEO SUMMIT IV

### "PROTECTING FEDERAL EMPLOYEES, PROGRAMS, PAY, BENEFITS, & JOBS IN A HOSTILE POLITICAL ENVIRONMENT"

Leroy W. Warren, Jr., Chairman
NAACP Federal Sector Task Force

# TABLE OF CONTENTS

| | Page Number |
|---|---|
| Cover Letter | i |
| Table of Contents | ii |
| Executive Abstract | 1 |
| Offshore Outsourcing Of American Jobs | 3 |
| Karl Rove Architect of The Attacks On Federal Employees?? | 4 |
| EEOC Management Directive 715 (MD-715) | 5 |
| Proposal To Improve The Federal-Sector EEO Process | 7 |
| Blacks In Government Issues Affecting Members | 15 |
| U.S. Department Of Commerce | 18 |
| Pension Benefit Guaranty Corporation (PBGC) | 22 |
| Bureau Of Engraving And Printing (BEP) | 26 |
| United States Department Of Agriculture (USDA) | 29 |
| Federal Sector Privatization | 35 |
|    a. Historical Overview Of Privatization, Dr. Priscilla Murolo | 38 |
|    b. The Effects of Privatization and Contracting Out of Federal Government Work on Minority Employees, AFGE | 41 |
|    c. Bush's Federal Sector Privatization Agenda | 40 |
|    d. Federal Sector Job Privatization Target Estimates By State | 45 |
| Department of Defense Entities | 47 |
|    a. Fort Gordon, GA—A Bastion Of Systemic Racism | 48 |
|    b. Defense Supply Center Philadelphia (DPSC) | 50 |
|    c. Redstone Arsenal Racism & Criminal Activities | 52 |
|    d. U.S. Marine Corps (Quantico & Other Sites) | 57 |

# NAACP FEDERAL SECTOR TASK FORCE

**12803 STONECREST DRIVE**
**SILVER SPRING, M20904-5236**
**Website: NAACPFSTF.ORG**

301-622-3633

January 17, 2004

TO: NAACP Federal Sector Task Force Summit IV Attendees
President George W. Bush
Members of The 109th U.S. Congress
Concerned Individuals and Organizations

On behalf of the NAACP Federal Sector Task Force, I welcome all attendees to Summit IV. Summit IV will vary somewhat from the previous Summits, in that; we will be in plenary sessions rather than breakout groups. We hope that Summit IV is as productive as the previous Summits.

The following major issues are before us today and they will be critically important as we move forward:
- *EEOC Reform Proposal*
- *Personnel Reform Proposals*
- *No FEAR Legislation Implementation*
- *Privatization of the Federal Sector*

The last three years have been extremely difficult for Federal employees. Federal employee wages, benefits, working conditions, and job security have been viciously attacked, assaulted, and continuously threatened by a hostile administration and a frequently hostile U.S. Congress.

The Task Force has a number of active union members. We are of the opinion that unions representing Federal employees are silently targeted for extinction or weakening to the extent that they become basically incompetent or sidelined to a minor role in the American political process.

The Task Force continues to receive serious concerns regarding the entrenched racism within the U.S. Department of Defense, especially the U.S. Marine Corps and the U.S. Army. Overall, the Department of Defense is a hotbed of extreme racism, sexism, and misuse of authority. DOD is not the only agency with serious EEO and employment discrimination problems. USDA, Interior and Commerce are also horrible.

The Task Force has critiqued and evaluated the potential impact of Privatization on the workforce, especially the adverse impact on the continued employment of women, racial minorities, veterans, older employees, and people with disabilities, many of whom have 15 or more years of service with the Federal government. We have sadly arrived at the decision that Privatization is a vehicle used by racial extremists, and extreme right-wing conservatives, to undermine the racial diversity of the Federal government achieved over the last three plus decades. Media quotes of Presidential Aide Karl Rove prove this point in clear and concise terms.

The Task Force is deeply concerned over the exportation/outsourcing of millions of White Collar jobs to India, numerous countries in Asia, Ireland and other parts of the world. Where will displaced Federal workers be employed if the jobs are exported offshore? The issue of outsourcing needs to be evaluated by the U.S. Congress with the goal of implementing corrective actions, and avoiding excesses.

The Task Force has seen a marked improvement in many audits performed by the EEOC since Summit III. These audits will assist Federal managers and the NAACP in tracking the progress of agencies in meeting EEO goals. We want to thank the Office of Federal Operations for these substantive improvements.

Again, we hope that the Summit will be productive for all attendees as we continue the struggle to address and constructively resolve the civil right and equal opportunity issues plaguing Federal workers, particularly women, older workers, and racial minorities.

*Leroy W. Warren, Jr.*, Chairman
NAACP Federal Sector Task Force

# PENSION BENEFIT GUARANTY CORPORATION (PBGC)

During the last 3 to 4 years, the NAACP Federal Sector Task Force has received numerous serious, documented claims and sworn allegations of discrimination of every conceivable type at the Pension Benefit Guaranty Corporation (**PBGC**). Discrimination and retaliation are in reality becoming worse than ever at this small Federal agency (about 750 employees) PBGC is in continuous defiance of the U.S. Equal Employment Opportunity Commission (**EEOC**) and a labor arbitrator's findings of institutional violations of basic civil rights at PBGC. The PBGC is engaging in massive refusal to comply with the EEOC's directive to restructure its EEO program to provide for the fair, impartial, and neutral processing of EEO complaints. Rather, PBGC frequently dismisses all or significant portions of EEO complaints. PBGC is retaliating against complainants, witnesses and representatives to include subjecting them to a hostile work environment. Despite retaliation and its chilling effects, employees are compelled to file an increasing number of complaints, including three (3) federal court lawsuits filed in 2003.

Some of the most intense claims and allegations of discrimination at PBGC are by disabled employees and those with some serious health problems. Due to hostility, stress, and retaliation, several victims of discrimination have suffered physical and mental trauma, developed disabilities and, in some instances, have been hospitalized. Three employees reported becoming suicidal. One employee reportedly attempted suicide. A Black female died under questionable circumstances. Her family attributed her death to the lack of medical care, which she lost when fired. Some have left the agency for reasons that they attribute to intolerable working conditions.

A number of current and former employees vigorously assert that the Chief Management Office, the Office of the General Counsel, and the Human Resources Department, via their actions and or inactions, control, orchestrate, and condone discrimination and reprisal at PBGC.

*The following is a synopsis of some of the cases of racism, sexism, and management's abuse of authority that is alleged to frequently occur at PBGC.*



- A. Failure to accommodate disabled employees and discipline of disabled employees.
- B. Systematic mis-classification of minority and female employees to lower grades as compared to White and male employees (e.g., downgrading auditors from GS-12 to GS-11 and examiners from GS-6 to GS-5). According to complainants, excessive downgrading has negatively impacted females and racial minorities, many of whom had or have filed EEO complaints.
- C. Widespread failure to promote highly qualified and highly skilled minority employees
- D. Frequently hiring minority employees at relatively lower grade levels.
- E. Serious under-representation of minority employees, particularly Hispanic, Asian Americans, and White females in higher-level positions.
- F. Arbitrary and frequently lower performance evaluations and the frequent failure to give awards to deserving minority employees.
- G. Hiring an extraordinarily high number of private contractor employees who are largely minority and female, thereby, providing those individuals with lower pay and benefits and exposing them to job insecurity.

*The following is a sampling of allegations and claims involving a synopsis of the cases bought to the Federal Sector Task for assistance and action in PBGC departments where discrimination is most severe and affects the most employees:*

1. Within the <u>Insurance Operations Department</u>, there is massive denial of equal opportunity for promotion.
2. Within the <u>Office of the General Counsel</u>, there has been a policy to eliminate minority support staff employees, disparate and mistreatment of minority professionals to include improper grade classification of technical employees and longstanding refusal to hire a representative number of African American male attorneys.

22

3. In the <u>Financial Operations Department</u>, there are discriminatory promotion practices in the form of ghettoizing minority employees into lower graded position and/or classifications.

## PBGC'S FAILURE TO COMPLY WITH EEOC'S DIRECTIVE REGARDING ITS EEO PROGRAM

In 2001, both the EEOC and a labor arbitrator found that PBGC was in blatant violation of EEOC regulations and EEOC Management Directive 110 because PBGC was failing to provide a neutral and independent EEO office. Instead, the Chief Management Officer, who is in charge of personnel actions, also served as the "neutral" EEO Director. The Office of General Counsel (OGC), which is involved in personnel actions and EEO litigation against EEO complainants, was also involved in "neutral" EEO investigations to include making "neutral" legal decisions about EEO processing and the dismissal and/or settlement of EEO complaints. In a letter issued in October of 2001, EEOC found that, in order to remain truly neutral, the EEO and personnel "functions must be separate to maintain the integrity of the EEO investigative and decision-making processes." Instead of complying, PBGC has unlawfully placed the entire EEO system within the Office of the General Counsel-Chief Operating Office.

The Task Force recently heard allegations that OGC has deployed adversarial labor relations attorneys to interfere with the neutral EEO investigative process by having them attend meetings conducted by EEO investigators and mediators to include serving as "representative" for alleged discriminating officials and witnesses. OGC and the Human Resources Department take control over and intimidate witnesses by conducting "investigations" when an employee contacts an EEO counselor or raises a complaint

PBGC employees have lived in fear of the EEO system ever since an EEO complainant and an eyewitness were fired for statements they made to the EEO counselor. It is alleged by knowledgeable sources that the Chief Management Officer, who also served as the EEO Director, dismissed the employee's EEO complaint on the grounds that the employee did not seek EEO counseling. Management then decided that the employee's statement to the EEO counselor was false and removed him! The eyewitness refused to change or retract her statement. She was fired, and later died. The word on the street is that PBGC refused to consider medical evidence that corroborated the employee's claim.

## HARASSMENT OF UNION OFFICIALS

A top union official, who is an African American female, and who has led the effort to enforce the civil rights laws at PBGC, feels that she has been targeted by PBGC via increased harassment and hostile mistreatment. *PBGC officials reportedly have told her that her career would be over within two years.* The Director of Human Resources issued a public notice, which in the Task Force's opinion, unjustly attacked the African American female's professional reputation, assassinated her character, and appeared to be a staged frontal assault designed to blacklist her from any further promotional opportunities. As a result of the unspoken and unofficial blacklisting, PBGC has denied this employee several promotions. **The PBGC has told her, in writing, to cease her EEO activity!**

Another Union official and NAACP Task Force member is also under attack. The agency disciplined him for delivering a letter to a PBGC labor relations attorney in an EEO case. PBGC managers act abusively towards him as an agency employee and **have threatened his career.**

## ALLEGATIONS OF MISTREATED DISABLED EMPLOYEES

According to current and former employees, some of the worst hostile mistreatment and most severe discrimination is against employees with disabilities, including the mentally disabled.

**A GS-4 African American female** was denied leave and other accommodations and flexibilities after she returned from surgery. When the employee verbally complained, the supervisor (White female) lowered her appraisal, denied her within grade increase, and waged a campaign of abuse. The employee suffered a breakdown and had to be taken from work to the emergency room. Her doctors diagnosed her with a disability resulting from constant stress related to a hostile work environment. The employee filed an EEO complaint. After it was settled, PBGC intensified the hostile work environment, put her under constant surveillance, and

restricted her work hours. PBGC suspended the employee for three days. The employee's medical condition worsened, forcing her to request accommodations such as medical leave. PBGC denied the accommodations, and, instead, suspended her for another 11 days when all she needed or requested was an hour or two of medical leave. The employee had another breakdown, and became suicidal. In an arbitration hearing, the employee's doctor, who studied medicine at Cornell and Harvard, testified to confirm the employee's disability and the effects of mistreatment.

PBGC proposed to fire a mentally disabled **African American GS-6 secretary** after her doctor's appointment ran beyond her period of approved leave. The PBGC had repeatedly denied her requests for accommodations. Due to the hostile work environment, the employee left PBGC.

A **disabled employee (White, Male, GS-12)** was denied time off that was requested by his doctor. PBGC accused him of poor performance and took steps to ultimately remove him. The employee was hospitalized and considered suicide. A Department Director blamed the employee's doctor for the employee's difficulties. When the employee initiated the EEO complaint process, he was demoted. The Task Force has received documented support for claims of disability discrimination in five (5) other cases involving harassment, unfair evaluations, discipline, and removals.

### INSURANCE OPERATIONS DEPARTMENT (IOD)

With about half of the PBGC employee population, the Insurance Operations Department ("IOD") consists largely of professionals and para-professionals, including Actuaries, Auditors, Financial Analysts and Management Analysts at the GS-11 through GS-14 levels. The statistics show a disproportionately low number of promotions for minorities and females to the higher-grade levels. Indeed, with respect to GS-13 auditors, only one African American male was promoted to the GS-13 level in a five or six year period. African American female actuaries were not selected for promotion to the GS-14 level until finally one was promoted after EEO complaints were filed. An African American male actuary was not automatically promoted in accordance with the de facto career ladder to the GS-13 level for nearly five years; that is, until after an EEO complaint was filed. As mentioned above, mostly minority auditors and examiners were downgraded. There is a long history in IOD of grooming and pre-selecting White employees for promotion.

Employees have testified under oath that the IOD Director, acting as a messenger for upper management, has told an employee that his career would be over if he did not drop an EEO complaint regarding failure to promote. The Director also advised an employee that her career would be finished in two years. He also told several employees that it would be bad to file an EEO complaint. The IOD Director bragged at an EEOC hearing that he meets with employees who file EEO complaints and tells them that they need to change their "negative behavior."

Despite the effort to suppress EEO activity, there are and have been numerous EEO complaints and grievances by IOD employees. The Task Force is aware of at least eleven (11) complaints of discrimination based on disability, race, age, sex and retaliation to include blacklisting, denial of promotions, downgrading, misclassification, inaccurate appraisals that do not reflect performance, denial of sick leave, hostile work environment, quid pro quo sexual harassment, and unwarranted disciplinary actions.

### OFFICE OF THE GENERAL COUNSEL (OGC)

The Office of the General Counsel (OGC) has admitted to a severe under-representation of African American male attorneys. For many years there has been zero in an office with a total of about 80 attorneys. A recently hired African American male attorney, with a degree from an Ivy League law school and many years of Federal Government service, recently left after two years. Reportedly, he was subjected to mistreatment by a White supervisor. Currently, there is only one Black male attorney. African American female attorneys and White females have complained about discriminatory performance evaluations and delays in promotions.

According to a number of sources, OGC has misclassified 5 paralegals at the GS-11 level. Four are African Americans and one is a Caucasian female. White paralegals in the Public Affairs department, whose duties involve similar or less knowledge, skills and responsibility, are classified one grade higher at the GS-12 level. In addition, over the years, OGC has carried out a policy to eliminate minority support staff employees,

24

created a hostile work environment, and doubled the workload of those who remain.

The Task Force is aware of EEO matters in OGC involving allegations of discrimination involving removals, discipline, hostile work environment, improper appraisals, and denials of promotions based on religion, (Jewish, White male), disability, retaliation, race, and sex.

## FINANCIAL OPERATIONS DEPARTMENT

In the Financial Operations Department, based on statistics and information available so far, it strongly appears that white employees are classified one grade higher than African American and other minority employees. In one division, white accountants are at the GS-13 level, while in another division, minority accountants are at the GS-12 level. According to reliable sources, **there is a nest of three or four white male managers who are abusive toward minorities. These managers have generated several EEO cases and caused great emotional distress for a long period.** The Task Force is aware of at least six (6) cases involving claims of discrimination based on blacklisting, improper appraisals, and denial of promotions.

## THE TASK FORCE IS UNIMPRESSED WITH PBGC TOP OFFICIALS

The NAACP Federal Sector Task Force has been totally disappointed by the cavalier and seemingly unconcerned attitude of the top officials in charge of PBGC. After meeting with some of PBGC's top officials, we left the meeting disappointed, believing that they were not really concerned and that they are not inclined to voluntarily do the right thing when the issue(s) involve employment discrimination, the disabled, racism, sexism, employees disliked by management, and those willing to speak up for justice and equality. It is obvious to the Task Force that there will have to be congressional and other external pressure for equality, justice and human dignity to become a reality at PBGC.

The Task Force is deeply troubled over the vicious smear attack on the Black female union president at PBGC. Early in 2004, the Task Force will request a meeting with the national leadership of the National Association of Government Employees (NAGE) and its parent, the Service Employees International Union (SEIU), unions to discuss their role and responsibility in cleaning up the rampant racism, employment discrimination, and abuse of some employee by rogue PBGC managers. *One sordid example of the thinking and mindset of PBGC management is a statement by one top official wherein he asked the question, "what is gender discrimination?"* The Task Force believes that the attacks on the Black female union president must be investigated and those with any role and or responsibility must face appropriate sanctions commensurate with their questionable or possible illegal activities.

PBGC management has refused two requests to provide the Task Force with data relative to the agency's overall employment profile by race, sex and grade level, discrimination complaints, employment discrimination complaints, the amount paid to settle complaints, and other related data that is in the PBGC files and readily available. The refusal to provide the requested data is prima facie evidence of a cover-up of some problems.

If things do not change at the PBGC soon, expect the Task Force and other groups to conduct protest demonstrations in front of the building in the spring of 2004. Although the USDA is widely known as the last plantation, the PBGC is, in our opinion, on a per employee basis is, "***the worst Federal Plantation for the years 2002- 2004.***" Although PBGC is a small agency, the EEO problems within the agency are substantial and there seems to be basically zero concern or effort to implement corrective actions.

## CONCLUSION

In spite of being a small agency, PBGC exhibits the rampant discrimination that, unfortunately, is typical of a number of larger Federal agencies. That some cases are known to have settled, despite the agency's general tendency to oppose justified settlements at all costs, shows that discrimination at PBGC is real. PBGC has paid at least $65,000 in settlements, and has promoted one (1) complainant. It is quite damning that the EEOC and a labor arbitrator have found that the PBGC is unlawfully denying its employees the basic civil right to have a neutral and independent EEO process to investigate their claims. The continued defiance of PBGC to implement the recommended changes to its EEO structure is of grave concern and evidences a lack of serious commitment to an effective EEO program.