```
                UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF COLUMBIA

ROBERT T. PERRY,                    )
                                    )
        Plaintiff,                  )
                                    )
    v.                              ) Civil Action No. 06-1371 CKK
                                    )
CHARLES E.F. MILLARD,¹              )
Interim Director, Pension           )
  Benefit Guaranty Corporation      )
                                    )
        Defendant.                  )
_____)
```

## NOTICE OF FILING

Defendant hereby notifies the Court and Plaintiff of the filing of the accompanying May 22, 2007 Letter by Plaintiff's counsel in which Plaintiff admits that certain of the assertions in Plaintiff's affidavit were, in fact, erroneous. Defendant

---

[1] Mr. Millard has been substituted as the proper defendant by operation of Fed. R. Civ. P. 25(d)(1).

submits that the concessions in the attached letter constitute admissions under Fed. R. Evid. 801(d)(2).[2]

Respectfully submitted,

/s/ Jeffrey A. Taylor
JEFFREY A. TAYLOR, DC Bar #498610
United States Attorney

/s/
RUDOLPH CONTRERAS, DC Bar #434122
Assistant United States Attorney

/s/ W. Mark Nebeker
W. MARK NEBEKER, DC Bar #396739
Assistant United States Attorney

---

[2] These admissions by Plaintiff support Defendant's Statement Of Material Facts Not In Dispute, ¶¶ 4 and 16. They also concede issues addressed by Defendant in Defendant's Reply To Plaintiff's Opposition To Defendant's Motion For Summary Judgment And Opposition To Plaintiff's Request For Discovery at 10-11 and fn.8; id. at 20-22 and fn.16; and addressed by Defendant in Defendant's Reply To Plaintiff's Responses To Statement Of Undisputed Material Facts, ¶¶ 3-5, 13-16; and id. at 16-17.

-2-

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that service of the foregoing Defendant's Notice Of Filing and attachment has been made through the Court's electronic transmission facilities on this 6th day of June, 2007.

```
                    /s/ W. Mark Nebeker
                    _____
                    W. MARK NEBEKER, D.C. Bar #396739
                    Assistant United States Attorney
                    Civil Division
                    555 4th Street, N.W.
                    Washington, DC  20530
                    (202) 514-7230
```