**S&A** **S**LAW OFFICES OF **NIDER & ASSOCIATES,** LLC

JUSTICE IN THE WORKPLACE®

May 22, 2007

Via Certified First class mail

Mr. W. Mark Nebeker, Esq.
Judiciary Center
555 Fourth St., N.W.
Washington, DC 20530

       Re:    Perry v. PBGC
              Civil Action No. 06-1371 CKK

Dear Mr. Nebeker:

Please allow this letter to serve as a response to your letter dated May 11, 2007 regarding Plaintiff's affidavit filed with the court. You highlighted several issues that you found to be improper so I will respond to each individually.

Item 11 of the affidavit:

Mr. Perry has asserted that an SF-50 was issued on November 23, 2006, when no such SF-50 was issued on that date.

Reply: Plaintiff mistakenly wrote in the incorrect year. The SF-50 was dated November 23, 2005 and not November 23, 2006.

Item 30 of the affidavit:

Mr. Perry has asserted that he was the subject of a sexual harassment investigation on November 2, 2005, when his own attachments and his earlier allegations in Civil Action No. 04-1996 make clear that this investigation ended in 2004;

Reply: Plaintiff mistakenly wrote the wrong year. The correct year should be January 22, 2004, the date he received letters from OGC to cooperate with an investigation regarding a sexual harassment complaint.

Item 30 of the affidavit:

Mr. Perry has asserted that the Arbitration by Robert Moore was in Mr. Perry's matter, when in fact, he was merely a witness.

Reply: The affidavit does not assert that Robert Moore held hearings for Plaintiff's arbitration matter. It states that Moore held an arbitration and made findings in his arbitration decision regarding complaints and investigation conducted by PBGC.

I sincerely hope that this clears up any issues you may have. If you would like, we would be willing to re-file the affidavit with the corrections. As stated, they were simple mistakes and were not meant to mislead either the Court or the Government.

Sincerely,

Ari Taragin, Esq.