UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROBERT T. PERRY, )<br>)<br>    Plaintiff, )<br>)<br>    v. )<br>)<br>VINCENT K. SNOWBARGER, )<br>Interim Director, Pension )<br>  Benefit Guaranty Corporation )<br>)<br>    Defendant. )<br>_____ ) | Civil Action No. 06-1371 CKK |

NOTICE OF SUPPLEMENTAL AUTHORITY

    Defendant hereby advises the Court and plaintiff of the attached decision in <u>Jacqueline West</u> v. <u>John Potter</u>, Civil Action No. 06-00531 HHK, slip op. at 9-12 (D.D.C. Mar. 3, 2008), which addresses the Breach of Contract issue discussed in the Memorandum Of Points And Authorities In Support Of Defendant's Motion To Dismiss Or, In The Alternative, For Summary Judgment at 32-34.

                                         Respectfully submitted,

                                         _____
                                         JEFFREY A. TAYLOR, DC Bar #498610
                                         United States Attorney

                                         _____
                                         RUDOLPH CONTRERAS, DC Bar #434122
                                         Assistant United States Attorney

                                         _____/s/
                                         W. MARK NEBEKER, DC Bar #396739
                                         Assistant United States Attorney

CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that service of the foregoing Defendant's Notice Of Supplemental Authority and attachment has been made through the Court's electronic transmission system on this 6th day of March, 2008.

```
                                          /s/
W. MARK NEBEKER, DC Bar # 396739
Assistant United States Attorney
Civil Division
555 4th Street, N.W.
Washington, DC  20530
(202) 514-7230
```